# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>ROCKDALE MARCELLUS HOLDINGS, LLC, and ROCKDALE MARCELLUS, LLC,[1]<br><br>Debtors.<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ROCKDALE MARCELLUS HOLDINGS, LLC, and ROCKDALE MARCELLUS, LLC,<br><br>Movant,<br><br>v.<br><br>NO RESPONDENT. | Case No. 21-22080-GLT<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>Document No.<br><br>Related to Doc. No. 272<br><br>Hearing Date: November 12, 2021<br>Hearing Time: 10:00 a.m.<br><br>Objection Deadline: November 5, 2021 at 4 p.m. |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO SECTIONS 327, 328, 330, AND 1103 OF THE BANKRUPTCY CODE, FEDERAL RULES OF BANKRUPTCY PROCEDURE 2014 AND 2016, AND LOCAL RULE 2016-1 FOR AUTHORIZATION TO RETAIN AND EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL EFFECTIVE AS OF OCTOBER 6, 2021**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk, a response to the Application by no later than **November 5, 2021, at 4:00 p.m. (prevailing Eastern time)**, which response shall be served so as to be received on or before such date by counsel to the Movants, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Application may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Application to a lawyer at once.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Rockdale Marcellus Holdings, LLC (7117); Rockdale Marcellus, LLC (8767). The Debtors' address is 4600 J. Barry Ct., Suite 220, Canonsburg, PA 15317.

An in-person hearing will be held on **November 12, 2021, at 10:00 a.m. (prevailing Eastern time)** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day prior to the scheduled hearing**. All parties participating remotely shall comply with Judge Taddonio's *General Procedures* (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Dated: October 18, 2021      WHITEFORD, TAYLOR & PRESTON, LLP

*/s/ Daniel R. Schimizzi*
Daniel R. Schimizzi, Esq. (PA I.D.: 311869)
Michael J. Roeschenthaler, Esq. (PA I.D.: 87647)
Scott M. Hare (PA ID No. 63818)
200 First Avenue Third Floor
Pittsburgh, PA 15222
Tel: (412) 275-2401
Fax: (412) 275-2404
mroeschenthaler@wtplaw.com
share@wtplaw.com
dschimizzi@wtplaw.com

*Proposed Local Counsel to the Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings, LLC, and Rockdale Marcellus, LLC*