# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF

### WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re. ROCKDALE MARCELLUS, LLC | § | Case No.  21-22080 |
| | § | |
| | § | Lead Case No.  21-22080 |
| Debtor(s) | § | |

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2021

Petition Date: 09/21/2021

Months Pending: 0

Industry Classification: | 2 | 1 | 1 | 1 |

Reporting Method:         Accrual Basis ⦿         Cash Basis ○

Debtor's Full-Time Employees (current):                                      0

Debtor's Full-Time Employees (as of date of order for relief):     0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ John C. DiDonato
_____
Signature of Responsible Party

10/21/2021
_____
Date

John C. DiDonato
_____
Printed Name of Responsible Party

1166 Avenue of the Americas, Suite 300
New York NY 10036
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)                          1

Debtor's Name ROCKDALE MARCELLUS, LLC      Case No. 21-22080

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $107,745 | |
| b.   Total receipts (net of transfers between accounts) | $6,678,407 | $6,678,407 |
| c.   Total disbursements (net of transfers between accounts) | $1,985,024 | $1,985,024 |
| d.   Cash balance end of month (a+b-c) | $4,801,128 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $1,985,024 | $1,985,024 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.   Accounts receivable (total net of allowance) | $8,030,792 |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.   Inventory   (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d   Total current assets | $15,491,460 |
| e.   Total assets | $81,120,323 |
| f.   Postpetition payables (excluding taxes) | $8,270,775 |
| g.   Postpetition payables past due (excluding taxes) | $0 |
| h.   Postpetition taxes payable | $0 |
| i.   Postpetition taxes past due | $0 |
| j.   Total postpetition debt (f+h) | $8,270,775 |
| k.   Prepetition secured debt | $190,537,509 |
| l.   Prepetition priority debt | $0 |
| m.   Prepetition unsecured debt | $58,456,389 |
| n.   Total liabilities (debt) (j+k+l+m) | $257,264,673 |
| o.   Ending equity/net worth (e-n) | $-176,144,350 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $2,867,472 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $403,161 | |
| c.   Gross profit (a-b) | $2,464,311 | |
| d.   Selling expenses | $672,474 | |
| e.   General and administrative expenses | $160,117 | |
| f.   Other expenses | $48,562 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $354,958 | |
| i.   Taxes (local, state, and federal) | $0 | |
| j.   Reorganization items | $274,031 | |
| k.   Profit (loss) | $-5,298,351 | $-5,298,351 |

UST Form 11-MOR (06/07/2021)                                  2

Debtor's Name ROCKDALE MARCELLUS, LLC                                Case No.  21-22080

## Part 5:  Professional Fees and Expenses

|   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| | i | | | | |
| | ii | | | | |

|   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| | i | | | | |
| | ii | | | | |
| c. | All professional fees and expenses (debtor & committees) | $0 | | | |

## Part 6:  Postpetition Taxes

|   |   | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○  No ●

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○  No ●

c. Were any payments made to or on behalf of insiders?    Yes ○  No ●

d. Are you current on postpetition tax return filings?    Yes ●  No ○

e. Are you current on postpetition estimated tax payments?    Yes ●  No ○

f. Were all trust fund taxes remitted on a current basis?    Yes ●  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○  No ●

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ○  No ○  N/A ●

i. Do you have:    Worker's compensation insurance?    Yes ●  No ○

    If yes, are your premiums current?    Yes ●  No ○  N/A ○  (if no, see Instructions)

    Casualty/property insurance?    Yes ●  No ○

    If yes, are your premiums current?    Yes ●  No ○  N/A ○  (if no, see Instructions)

    General liability insurance?    Yes ●  No ○

    If yes, are your premiums current?    Yes ●  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ○  No ●

Debtor's Name ROCKDALE MARCELLUS, LLC                                    Case No. 21-22080

| | | |
|---|---|---|
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ John C. DiDonato                                    John C. DiDonato
_____                   _____
Signature of Responsible Party                        Printed Name of Responsible Party

Chief Restructuring Officer                           10/21/2021
_____                   _____
Title                                                 Date

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

CASE NAME:    ROCKDALE MARCELLUS HOLDINGS, LLC and ROCKDALE MARCELLUS, LLC.

PETITION DATE:    9/21/2021

CASE NUMBER:    21-22080-GLT

**MONTHLY OPERATING REPORT NOTES FOR SEPTEMBER 21 THROUGH SEPTEMBER 30, 2021**

On September 21, 2021, (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On September 27, 2021, an order was entered directing the joint administration of these chapter 11 cases [Docket No. 105]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Monthly Operating Report ("MOR").

1.  **General Methodology:** The Debtors are filing this MOR solely for purposes of complying with the monthly operating requirements of the Debtors' chapter 11 cases. The MOR is unaudited, limited in scope, and as such, has not been subjected to procedures that would typically be applied to preparing financial statements in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") or may not be consistent with the business' own internal financial statements. The MOR should not be relied on by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the results of operations contained herein are not necessarily indicative of results that may be expected from any other period or for the full year and may not necessarily reflect the consolidated results of operations, financial position, and schedule of cash receipts and disbursements in the future. There can be no assurance that such information is complete, and the MOR may be subject to revision. The following notes, statements, and limitations should be referred to, and referenced in connection with, any review of the MOR.

2.  **Basis of Presentation**: For financial reporting purposes, Rockdale Marcellus, LLC prepares consolidated financial statements, which include information for Rockdale Marcellus, LLC and Rockdale Marcellus Holdings, LLC. This MOR only contains financial information of the Debtors. For the purposes of MOR reporting, the Debtors included the accompanying Balance Sheets and Statement of Income (Loss). The Debtors are maintaining their books and records in accordance with U.S. GAAP and its own internal reporting practices the information furnished in this MOR uses the Debtors' normal accrual method of accounting. In preparing the MOR, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors made reasonable efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been identified therein. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update this MOR.

3.  **Reporting Period:** Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring
    during the applicable reporting period. The financial statements included herein include accrual estimates to the best of the Debtor's ability and the Debtor reserves the right to retroactively adjust prior month's reported MOR figures.

4.  **Payment of Prepetition Claims Pursuant to First Day Orders**: The Bankruptcy Court entered various interim and final orders authorizing, but not directing, the Debtors to, among other things, pay certain prepetition (a) production expenses, (c) royalty & mineral interest obligations, (d) utilities, (e) hedging obligations, (f) joint interest billing, (g) surety bond obligations, and (h) other operating expense payments. If any payments were made on account of such claims following the commencement of these chapter 11 cases pursuant to the authority

granted to the Debtors by the Bankruptcy Court under the First Day Orders, such payments have been included in this MOR unless otherwise noted.

5. **Reservation of Rights:** The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate, but shall be under no obligation to do so.  Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

| Debtor's Name | Case No. |
|---|---|
| **ROCKDALE MARCELLUS, LLC.** | **21-22080** |

*in $ whole numbers*

| **Statement of Cash Receipts and Disbursements** | **9/21-9/30** |
|---|---|
| **Receipts** | |
| Operating Production Receipts | 6,616,046 |
| Net Non-Op Production Receipts | 25,343 |
| Other Deposits | 37,018 |
| **Total Receipts** | **6,678,407** |
| **Operating Disbursements** | |
| Hedging Proceeds/(Disbursements) | (648,210) |
| G&A | (179,491) |
| LOE | (536,536) |
| LOE (Non-op) | - |
| Royalty Payments | (453,436) |
| Impact Fees Paid | - |
| Land/Leasing Bonuses | (470) |
| Capex | (26,502) |
| Canceled and Reissued Pre-petition Checks | (105,379) |
| **Total Operating Disbursements** | **(1,950,024)** |
| **Restructuring Costs** | |
| Company Professional Fees | - |
| 1st Lien Professional Fees | - |
| 2nd Lien Professional Fees | - |
| UCC Professional Fees | - |
| Other: D&O and Collateral Call | - |
| Trustee Fees | - |
| **Total Restructuring Costs** | **-** |
| **Debt Service & Financing** | |
| Fees and Interest Payments | (35,000) |
| RBL Facility (Repayment) / Draw | - |
| **Total Debt Service & Financing** | **(35,000)** |
| **Total Disbursements** | **(1,985,024)** |
| **Cash Summary** | |
| **Beginning Cash Balance** | **$107,745** |
| Net Cash Flow | 4,693,383 |
| **Ending Book Cash Balance** | **$4,801,128** |
| Checks Outstanding | 581,795 |
| **Ending Bank Cash Balance** | **$5,382,924** |

| Debtor's Name | Case No. |
|---|---|
| **ROCKDALE MARCELLUS, LLC.** | **21-22080** |
| (Debtor-in possession) | |

*in $ whole numbers*

| **Balance Sheet** | **9/30/2021** |
|---|---|
| **ASSETS** | |
| CURRENT ASSETS | |
| Cash & Cash Equivalents | 4,801,128 |
| Accounts Receivable | 8,030,792 |
| Prepaid Expenses | 2,659,540 |
| Deposit | - |
| Derivative Instruments | - |
| TOTAL CURRENT ASSETS | 15,491,460 |
| | |
| PROPERTY PLANT & EQUIPMENT | |
| Oil & Gas Properties, Net | 60,573,999 |
| Other | 224,863 |
| TOTAL PROPERTY & EQUIPMENT | 60,798,863 |
| | |
| NON-CURRENT ASSETS | |
| Deposits (1) | 4,830,000 |
| TOTAL NON-CURRENT ASSETS | 4,830,000 |
| | |
| **TOTAL ASSETS** | **81,120,323** |
| | - |
| | |
| **LIABILITIES & MEMBERS' EQUITY** | |
| LIABILITIES NOT SUBJECT TO COMPROMISE | |
| Accounts Payable | 52,002 |
| Revenue Payable | 377,626 |
| Accrued Liabilities | 1,291,983 |
| ARO Liability | 2,496,050 |
| Debt, net | 40,000,000 |
| TOTAL LIABILITIES NOT SUBJECT TO COMPROMISE | 44,217,662 |
| | |
| LIABILITIES SUBJECT TO COMPROMISE | |
| Accounts Payable | 6,155,876 |
| Revenue Payable | 3,246,701 |
| Accrued Liabilities | 740,532 |
| Derivative Instruments | 25,336,642 |
| Preferred units subject to mandatory redemption | 48,243,162 |
| Debt, net | 128,656,655 |
| TOTAL LIABILITIES SUBJECT TO COMPROMISE | 212,379,568 |
| | |
| **TOTAL LIABILITIES** | **256,597,230** |
| | |
| Commitments and Contingencies | - |
| | |
| MEMBERS' EQUITY | |
| Accumulated Losses | (175,476,907) |
| **TOTAL MEMBERS' EQUITY** | **(175,476,907)** |
| | |
| **TOTAL LIABILITIES & EQUITY** | **81,120,323** |
| | - |

Notes

(1) As of September 30, 2021, the escrow payment to UGI totaled $3.75M and there is $1.08mm deposit with ETC.

| Debtor's Name | Case No. |
|---|---|
| **ROCKDALE MARCELLUS, LLC.** | **21-22080** |
| **(Debtor-in possession)** | |

*in $ whole numbers*

| Income Statement | 9/21 - 9/30/21 |
|---|---|
| **REVENUES:** | |
| Oil and natural gas sales | 2,867,472 |
| Other Income | - |
| Derivative gain (loss) | (6,246,208) |
| Total revenues | (3,378,736) |
| | |
| **EXPENSES:** | |
| Lease operating expenses | 171,628 |
| Marketing & transportation | 672,474 |
| (1) Other operating expenses | 48,562 |
| Depreciation and depletion | 231,533 |
| Accretion expense | 6,312 |
| Restructuring expense | 274,031 |
| General & administrative | 160,117 |
| Total expenses | 1,564,657 |
| | |
| Income\(loss) from operations | (4,943,394) |
| | |
| OTHER INCOME\(EXPENSE): | |
| Other income | - |
| (2) Interest expense | (354,958) |
| Total other income\(expense) | (354,958) |
| | |
| Net income\(loss) | (5,298,351) |

Notes
(1) Other operating expenses presented relates to the take or pay contract with Aqua.
(2) PIK Interest related to all 1L Debt

**Debtor's Name**        **Case No.**

**ROCKDALE MARCELLUS, LLC.**        **21-22080**

*in $ whole numbers*

| Post-petition Liabilities | 9/30/2021 |
|---|---:|
| Taxes payable | - |
| Accrued Professional Fees | 274,031 |
| General payables | 52,002 |
| Accrued Interest Payable | 354,958 |
| Revenue Payable | 377,626 |
| Change in fair-value of the derivatives | 6,246,208 |
| Other Accrued Liabilities | 965,950 |
| Total Post-Petition Liabilities | $8,270,775 |

| Aging of Post-petition Liabilities | | | | 9/30/2021 |
|---|---|---|---|---|
| | **Total** | Taxes payable | General Payables | Professional Fees | All Other |
| 0-30 | **$8,270,775** | - | 52,002 | 274,031 | 7,944,742 |
| 31-60 | - | - | - | - | - |
| 61-90 | - | - | - | - | - |
| 91+ | - | - | - | - | - |
| **TOTAL** | **$8,270,775** | **$0** | **$52,002** | **$274,031** | **$7,944,742** |


# Citizens Bank

Commercial Account Statement

**1** OF 4

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Beginning September 01, 2021 through September 30, 2021

US259 BRO45          221    1

ROCKDALE MARCELLUS LLC
DIP CHAP 11 BANKRUPTCY CASE 21-22080-GLT
OPERATING ACCOUNT
945 BUNKER HILL RD STE 950
HOUSTON TX  77024-1364

---

## Commercial Checking

**SUMMARY**

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | 5,102,890.60 | |
| Checks | 685,771.03 | - |
| Debits | 5,721,049.86 | - |
| Deposits & Credits | 6,686,853.83 | + |
| **Current Balance** | 5,382,923.54 | = |

Your next statement period will end on October 29, 2021.

ROCKDALE MARCELLUS LLC
DIP CHAP 11 BANKRUPTCY CASE 21
OPERATING ACCOUNT
**Commercial Checking**
401524-361-6

Previous Balance

5,102,890.60

**TRANSACTION DETAILS**

**Checks** * There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 1626 | 80.65 | 09/03 | 16620 | 163.12 | 09/22 |
| 15827* | 20,587.92 | 09/20 | 16621 | 127.92 | 09/03 |
| 16080* | 203.31 | 09/14 | 16623* | 1,319.20 | 09/01 |
| 16197* | 254.88 | 09/08 | 16624 | 97.04 | 09/02 |
| 16273* | 264.48 | 09/13 | 16625 | 272.60 | 09/08 |
| 16301* | 173.93 | 09/14 | 16627* | 186.49 | 09/02 |
| 16379* | 42.20 | 09/03 | 16628 | 191.74 | 09/03 |
| 16389* | 287.07 | 09/20 | 16629 | 655.52 | 09/03 |
| 16405* | 119.52 | 09/01 | 16631* | 28.76 | 09/07 |
| 16408* | 114.93 | 09/08 | 16633* | 32.94 | 09/07 |
| 16414* | 139.28 | 09/01 | 16634 | 109.74 | 09/03 |
| 16432* | 86.69 | 09/23 | 16635 | 1,559.27 | 09/02 |
| 16452* | 41.78 | 09/03 | 16637* | 2,396.68 | 09/01 |
| 16472* | 826.50 | 09/17 | 16638 | 127.92 | 09/01 |
| 16505* | 108.56 | 09/14 | 16639 | 64.47 | 09/01 |
| 16531* | 1,619.01 | 09/14 | 16640 | 272.06 | 09/02 |
| 16570* | 10.00 | 09/07 | 16642* | 12,359.07 | 09/22 |
| 16594* | 60.22 | 09/02 | 16643 | 660.74 | 09/08 |
| 16595 | 1,487.89 | 09/01 | 16644 | 2,237.93 | 09/07 |
| 16596 | 48.34 | 09/02 | 16645 | 4,969.17 | 09/03 |
| 16597 | 855.68 | 09/02 | 16646 | 1,880.69 | 09/01 |
| 16599* | 954.21 | 09/01 | 16648* | 76.20 | 09/01 |
| 16600 | 121.32 | 09/14 | 16649 | 717.71 | 09/01 |
| 16601 | 30.17 | 09/08 | 16650 | 252.30 | 09/22 |
| 16602 | 5,233.56 | 09/02 | 16651 | 4,689.62 | 09/10 |
| 16603 | 28.75 | 09/13 | 16652 | 598.84 | 09/08 |
| 16604 | 947.74 | 09/16 | 16653 | 856.54 | 09/07 |
| 16606* | 457.72 | 09/20 | 16654 | 521.44 | 09/13 |
| 16607 | 221.22 | 09/10 | 16655 | 1,439.37 | 09/30 |
| 16608 | 109.74 | 09/07 | 16656 | 565.65 | 09/10 |
| 16609 | 1,258.49 | 09/07 | 16657 | 260.38 | 09/21 |
| 16610 | 434.02 | 09/07 | 16658 | 83.90 | 09/01 |
| 16611 | 123.59 | 09/07 | 16659 | 2,371.35 | 09/03 |
| 16612 | 209.73 | 09/07 | 16660 | 272.52 | 09/08 |
| 16613 | 1,817.87 | 09/09 | 16661 | 2,349.86 | 09/14 |
| 16614 | 450.04 | 09/07 | 16663* | 187.99 | 09/24 |
| 16615 | 70.03 | 09/03 | 16664 | 98.05 | 09/09 |
| 16619* | 25.51 | 09/02 | 16665 | 221.99 | 09/07 |

# Citizens Bank

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Commercial Account Statement

 **2** OF 4

Beginning September 01, 2021
through September 30, 2021

*Commercial Checking continued from previous page*

## Checks (continued)   *\* There is a break in check sequence*

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 16668* | 441.13 | 09/07 | 16751 | 36.51 | 09/15 |
| 16669 | 61.28 | 09/24 | 16752 | 317.38 | 09/07 |
| 16671* | 29.01 | 09/27 | 16753 | 25.01 | 09/03 |
| 16672 | 35.33 | 09/07 | 16756* | 114.13 | 09/09 |
| 16673 | 32.93 | 09/07 | 16758* | 42.62 | 09/24 |
| 16674 | 108.12 | 09/03 | 16759 | 129,607.33 | 09/02 |
| 16675 | 51.09 | 09/08 | 16760 | 85.07 | 09/01 |
| 16676 | 173.88 | 09/07 | 16761 | 127.92 | 09/03 |
| 16677 | 103.60 | 09/30 | 16762 | 1,181.81 | 09/01 |
| 16678 | 97.04 | 09/24 | 16763 | 3,913.51 | 09/13 |
| 16679 | 827.82 | 09/01 | 16764 | 3,103.97 | 09/07 |
| 16680 | 50.87 | 09/17 | 16766* | 314.98 | 09/15 |
| 16681 | 467.96 | 09/02 | 16767 | 432.31 | 09/01 |
| 16682 | 612.25 | 09/13 | 16768 | 2,404.88 | 09/02 |
| 16683 | 4,598.77 | 09/03 | 16769 | 5,669.93 | 09/10 |
| 16684 | 612.25 | 09/17 | 16772* | 35.33 | 09/28 |
| 16686* | 1,401.10 | 09/02 | 16773 | 1,747.35 | 09/20 |
| 16687 | 2,724.61 | 09/02 | 16774 | 2,532.98 | 09/14 |
| 16688 | 197.63 | 09/14 | 16775 | 43.71 | 09/13 |
| 16689 | 5,001.61 | 09/03 | 16776 | 25.42 | 09/13 |
| 16690 | 193.90 | 09/03 | 16777 | 318.72 | 09/02 |
| 16691 | 28.03 | 09/03 | 16779* | 2,175.93 | 09/15 |
| 16692 | 28.06 | 09/09 | 16780 | 612.23 | 09/15 |
| 16694* | 16,640.71 | 09/01 | 16781 | 2,115.27 | 09/03 |
| 16695 | 908.85 | 09/27 | 16782 | 232.99 | 09/15 |
| 16696 | 162.49 | 09/08 | 16784* | 35.00 | 09/28 |
| 16697 | 114.91 | 09/13 | 16786* | 8,389.16 | 09/07 |
| 16698 | 80.95 | 09/14 | 16787 | 8,389.16 | 09/07 |
| 16700* | 27.63 | 09/28 | 16790* | 15,000.00 | 09/07 |
| 16701 | 1,518.52 | 09/02 | 16791 | 8,389.16 | 09/13 |
| 16703* | 816.72 | 09/08 | 16792 | 1,413.75 | 09/08 |
| 16704 | 81.90 | 09/07 | 16793 | 776.47 | 09/10 |
| 16705 | 350.37 | 09/09 | 16794 | 695.40 | 09/09 |
| 16706 | 312.19 | 09/08 | 16795 | 13,080.00 | 09/08 |
| 16707 | 3,506.52 | 09/02 | 16796 | 9,482.29 | 09/13 |
| 16708 | 142.62 | 09/01 | 16798* | 3,500.00 | 09/08 |
| 16709 | 64.46 | 09/10 | 16799 | 120.00 | 09/14 |
| 16710 | 29.01 | 09/09 | 16800 | 1,533.71 | 09/09 |
| 16711 | 2,477.55 | 09/15 | 16801 | 16,650.00 | 09/07 |
| 16713* | 128.06 | 09/02 | 16802 | 75.00 | 09/08 |
| 16714 | 66.67 | 09/02 | 16804* | 99,432.15 | 09/08 |
| 16716* | 42.94 | 09/08 | 16805 | 214.40 | 09/14 |
| 16717 | 344.54 | 09/14 | 16806 | 4,691.15 | 09/07 |
| 16718 | 5,174.00 | 09/15 | 16807 | 1,060.00 | 09/09 |
| 16720* | 26.11 | 09/08 | 16808 | 3,033.50 | 09/07 |
| 16722* | 127.01 | 09/13 | 16809 | 1,113.00 | 09/16 |
| 16723 | 134.75 | 09/09 | 16810 | 1,050.00 | 09/08 |
| 16725* | 27.11 | 09/03 | 16811 | 21,618.40 | 09/08 |
| 16726 | 68.70 | 09/01 | 16812 | 4,493.63 | 09/08 |
| 16727 | 167.85 | 09/13 | 16813 | 778.00 | 09/14 |
| 16728 | 836.07 | 09/03 | 16814 | 1,834.69 | 09/07 |
| 16729 | 21,698.20 | 09/01 | 16815 | 553.41 | 09/07 |
| 16730 | 622.06 | 09/07 | 16816 | 1,350.00 | 09/08 |
| 16731 | 582.12 | 09/01 | 16817 | 13,292.50 | 09/08 |
| 16732 | 49.70 | 09/02 | 16818 | 3,317.50 | 09/07 |
| 16733 | 99.08 | 09/02 | 16819 | 2,000.00 | 09/07 |
| 16734 | 1,231.34 | 09/17 | 16820 | 886.67 | 09/30 |
| 16735 | 128.99 | 09/03 | 16821 | 10,015.29 | 09/10 |
| 16736 | 2,349.86 | 09/02 | 16822 | 54.02 | 09/07 |
| 16737 | 137.48 | 09/09 | 16823 | 4,787.32 | 09/08 |
| 16738 | 49.87 | 09/03 | 16824 | 2,491.00 | 09/03 |
| 16739 | 245.15 | 09/02 | 16825 | 5,675.20 | 09/16 |
| 16740 | 173.09 | 09/14 | 16826 | 5,557.39 | 09/07 |
| 16741 | 37.94 | 09/20 | 16827 | 1,510.00 | 09/07 |
| 16742 | 124.46 | 09/02 | 16828 | 1,796.00 | 09/07 |
| 16743 | 8,173.87 | 09/01 | 16829 | 1,054.00 | 09/07 |
| 16744 | 173.55 | 09/07 | 16830 | 6,998.75 | 09/09 |
| 16745 | 44.70 | 09/16 | 16831 | 5,572.60 | 09/27 |
| 16746 | 4,068.25 | 09/07 | 16832 | 4,950.00 | 09/07 |
| 16747 | 1,246.98 | 09/01 | 16833 | 44,087.80 | 09/16 |
| 16748 | 2,085.74 | 09/08 | 16834 | 2,327.38 | 09/21 |
| 16749 | 1,930.22 | 09/01 | 16835 | 710.20 | 09/27 |
| 16750 | 25.23 | 09/16 | | | |

ROCKDALE MARCELLUS LLC
DIP CHAP 11 BANKRUPTCY CASE 21
OPERATING ACCOUNT
**Commercial Checking**
401524-361-6

**Total Checks**

685,771.03

Member FDIC   Equal Housing Lender

# Citizens Bank

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Commercial Account
Statement

  **3**  OF  4

Beginning September 01, 2021
through September 30, 2021

*Commercial Checking continued from previous page*

ROCKDALE MARCELLUS LLC
DIP CHAP 11 BANKRUPTCY CASE 21
OPERATING ACCOUNT
**Commercial Checking**
401524-361-6

## Debits

### Other Debits

| Date | Amount | Description |
|---|---|---|
| 09/01 | 2,123,555.13 | Outgoing Wire Transfer |
| | | (Mts No.210901010555) |
| 09/02 | 338,533.87 | Outgoing Wire Transfer |
| | | (Mts No.210902010438) |
| 09/02 | 825.00 | Chandler Motors Chandler M 210902 St-C8n7t9i7d0a2 |
| 09/02 | 128.75 | Firstenergy Opco ACH 210902 003396911126 |
| 09/02 | 25.05 | Firstenergy Opco ACH 210902 033130247087 |
| 09/02 | 18.32 | Firstenergy Opco ACH 210902 033130247089 |
| 09/02 | 18.06 | Firstenergy Opco ACH 210902 033130247088 |
| 09/03 | 2,147.02 | Amex Epayment ACH Pmt 210903 A3942 |
| 09/07 | 1,462.16 | Tri-County Rec ACH Paymnt 210903 2601256502 |
| 09/07 | 99.85 | Tri-County Rec ACH Paymnt 210903 2601155702 |
| 09/07 | 87.47 | Tri-County Rec ACH Paymnt 210903 2601004002 |
| 09/07 | 67.79 | Tri-County Rec ACH Paymnt 210903 2601090602 |
| 09/07 | 34.83 | Tri-County Rec ACH Paymnt 210903 2601285202 |
| 09/07 | 34.08 | Tri-County Rec ACH Paymnt 210903 2601246901 |
| 09/07 | 27.56 | Ugi Utilities, I Ugi 210905 421002816849 |
| 09/07 | 26.50 | Tri-County Rec ACH Paymnt 210903 2601173302 |
| 09/07 | 26.50 | Tri-County Rec ACH Paymnt 210903 2601285302 |
| 09/07 | 26.50 | Tri-County Rec ACH Paymnt 210903 2601285402 |
| 09/09 | 32,017.85 | Outgoing Wire Transfer |
| | | (Mts No.210909010647) |
| 09/09 | 83,300.00 | Outgoing Wire Transfer |
| | | (Mts No.210909010648) |
| 09/09 | 8,446.80 | Rockdale Mar3616 ACH Trans 210909 -Sett-Digi Bank |
| 09/09 | 5,724.60 | Elynx Technologi ACH Pmts 210909 C0005750 |
| 09/10 | 18,067.00 | Outgoing Wire Transfer |
| | | (Mts No.210910000998) |
| 09/10 | 18,067.00 | Outgoing Wire Transfer |
| | | (Mts No.210910007570) |
| 09/10 | 99,432.00 | Outgoing Wire Transfer |
| | | (Mts No.210910007574) |
| 09/10 | 300,000.00 | Outgoing Wire Transfer |
| | | (Mts No.210910007569) |
| 09/10 | 750,000.00 | Outgoing Wire Transfer |
| | | (Mts No.210910007571) |
| 09/10 | 8,446.80 | Rockdale Mar3616 Payment 210910 |
| 09/10 | 63.88 | Firstenergy Opco ACH 210910 003527048639 |
| 09/13 | 367,492.41 | Outgoing Wire Transfer |
| | | (Mts No.210913008426) |
| 09/15 | .17 | Firstenergy Opco ACH 210915 033009272248 |
| 09/16 | 822.72 | Service Charge |
| | | *Please refer to your Commercial Analysis Statement* |
| 09/20 | 10,000.00 | Outgoing Wire Transfer |
| | | (Mts No.210920010511) |
| 09/20 | 197,500.00 | Outgoing Wire Transfer |
| | | (Mts No.210920010508) |
| 09/30 | 648,210.00 | Outgoing Wire Transfer |
| | | (Mts No.210930009165) |
| 09/30 | 62,737.50 | Outgoing Wire Transfer |
| | | (Mts No.210930015346) |
| 09/30 | 2,700.00 | Outgoing Wire Transfer |
| | | (Mts No.210930015349) |
| 09/30 | 17,736.83 | Outgoing Wire Transfer |
| | | (Mts No.210930015345) |
| 09/30 | 35,000.00 | Outgoing Wire Transfer |
| | | (Mts No.210930015344) |
| 09/30 | 103,686.00 | Outgoing Wire Transfer |
| | | (Mts No.210930015343) |
| 09/30 | 22,887.25 | Outgoing Wire Transfer |
| | | (Mts No.210930015348) |
| 09/30 | 453,436.12 | Rockdale Mar3616 ACH Trans 210930 -Sett-Digi Bank |
| 09/30 | 7,999.23 | Rockdale Mar3616 ACH Trans 210930 -Sett-Digi Bank |
| 09/30 | 131.26 | Blue Ridge Comm Cable Bill 210930 001036087704001 |

**Total Debits**

5,721,049.86

Member FDIC   Equal Housing Lender

# Citizens Bank

Commercial Account
Statement

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

 **4** OF 4

Beginning September 01, 2021
through September 30, 2021

*Commercial Checking continued from previous page*

## Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 09/10 | 8,446.80 | Rockdale Mar3616 ACH Trans 210910 -Sett-Digi Bank |
| 09/27 | 25,342.65 | Sepco Royalty Payments 210924 653152 |
| 09/29 | 6,616,046.38 | Ugi Energy Servi 1000013977 210929 Ugi Energy Serv |
| 09/29 | 37,018.00 | Incoming Wire Transfer |
| | | (Mts No.210929007861) |

ROCKDALE MARCELLUS LLC
DIP CHAP 11 BANKRUPTCY CASE 21
OPERATING ACCOUNT
**Commercial Checking**
401524-361-6

**+** Total Deposits & Credits
6,686,853.83

**=** Current Balance
5,382,923.54

## Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/01 | 2,916,833.78 | 09/13 | 390,724.12 | 09/22 | 69,264.58 |
| 09/02 | 2,423,933.94 | 09/14 | 381,706.54 | 09/23 | 69,177.89 |
| 09/03 | 2,397,395.15 | 09/15 | 370,682.18 | 09/24 | 68,788.96 |
| 09/07 | 2,301,821.37 | 09/16 | 317,965.79 | 09/27 | 86,910.95 |
| 09/08 | 2,132,026.66 | 09/17 | 315,244.83 | 09/28 | 86,812.99 |
| 09/09 | 1,989,539.83 | 09/20 | 84,626.83 | 09/29 | 6,739,877.37 |
| 09/10 | 781,907.31 | 09/21 | 82,039.07 | 09/30 | 5,382,923.54 |

Member FDIC   Equal Housing Lender

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____
Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(−) $ _____
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____
Total

### CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Change of Address**
Please call the number shown on the front of your statement to notify us of a change of address.

**DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE**
Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens Bank is a brand name of Citizens Bank, N.A.
889155_CPOT2108Y_Stmt_8.5x11  Rev. Dec 2018

### ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes) Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.

- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.

- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.]

### OVERDRAFT LINES OF CREDIT

### BILLING RIGHTS SUMMARY

**What To Do If You Think You Find a Mistake On Your Statement:**
If you think there is an error on your statement write to us at the customer service address provided as soon as possible.

In your letter, give us the following information:

- Account information: Your name and account number.

- Dollar amount: The dollar amount of the suspected error.

- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.

- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit.

### INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**
We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**
To calculate the average daily balance, we take the beginning balance of your Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**
We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report.

*Thank you for banking with Citizens Bank.*

# Texas Capital Bank

2350 Lakeside Blvd., Suite 800
Richardson, TX 75082

**RETURN SERVICE REQUESTED**

>001794 3987787 0001 092341 10Z

ROCKDALE MARCELLUS LLC
945 BUNKER HILL RD STE 950
HOUSTON TX 77024-1364

Ilylılıllıllılllıııllyllılllylyıllylyylllylyllllylyılıl

## Managing Your Accounts

| | | |
|---|---|---|
| | Branch Name | Texas Capital Bank |
| | Phone Number | (877) TEX-BANK (839.2265) |
| | Mailing Address | 2350 Lakeside Blvd Ste 800 Richardson, Texas 75082 |
| | Online Access | www.texascapitalbank.com |



**Let's build
your goals
your business
your revenue
your bottom line
a relationship.**

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| COMMERCIAL ANALYSIS | 1111232367 | $0.00 |

## COMMERCIAL ANALYSIS-1111232367

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/01/2021 | Beginning Balance | $0.00 |
| | 1 Credit(s) This Period | $57.50 |
| | 1 Debit(s) This Period | $57.50 |
| 09/30/2021 | Ending Balance | $0.00 |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 09/14/2021 | TRANSFER CR PAPER | $57.50 |
| | | 1 item(s) totaling $57.50 |



Member FDIC
EQUAL HOUSING LENDER

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT.**

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will re-credit your account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

| THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT: | | CHECKS OUTSTANDING | | THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK: | |
|---|---|---|---|---|---|
| | | NO. | AMOUNT | | |
| BANK BALANCE SHOWN ON THIS STATEMENT: | $_____ | | | CHECKBOOK BALANCE AT STATEMENT DATE: | $_____ |
| ADD + (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT: | $_____ | | | SUBTRACT – (IF ANY) ACTIVITY CHARGE: | $_____ |
| TOTAL: | $_____ | | | SUB-TOTAL: | $_____ |
| SUBTRACT – (IF ANY) CHECKS OUTSTANDING: | $_____ | | | SUBTRACT – (IF ANY) OTHER BANK CHARGES: | $_____ |
| BALANCE: | $_____ | TOTAL | | BALANCE: | $_____ |
| SHOULD AGREE WITH YOUR CHECKBOOK BALANCE | | | | SHOULD AGREE WITH YOUR STATEMENT BALANCE | |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us (on a separate sheet) at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### TERMS GOVERNING ACCOUNTS

Deposit in or presentment to the Bank of any item for a customer account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment.

All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code-Bank Deposits & Collection (of Texas), as from time to time amended or as varied by the agreements permitted by that statute, including those hereinafter set out.

Receipt from others or items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless and until it shall have issued a receipt therefor.

The account shall at all times be subject to service charges according to the practice of the Bank prevailing at the time. When the Bank deems such action proper, the Bank may require that the account be closed. The provisions hereof shall control, in the event of conflict with any deposit slip or passbook.

The Bank reserves the right to change the provisions hereof by printing this statement Terms Governing Accounts, incorporating the change. The new Terms Governing Accounts will be effective, prospectively, when the statement containing the change is made available to the customer, by mailing or otherwise.

Please examine this statement and enclosed items at once. Report the loss or theft of any checks issued for this account immediately. If no error is reported within 30 days, this statement will be considered correct. All items credited subject to final payment.

Member FDIC

★ **Texas Capital Bank**

*Statement Ending 09/30/2021*

2350 Lakeside Blvd., Suite 800
Richardson, TX 75082

## COMMERCIAL ANALYSIS-1111232367 (continued)

### Electronic Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 09/10/2021 | MTHLY ANALYSIS CHARGE | $57.50 |
| | | 1 item(s) totaling $57.50 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 08/31/2021 | $0.00 | 09/10/2021 | -$57.50 | 09/14/2021 | $0.00 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|-----------------------------|:---------------------:|:------------------:|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Texas Capital Bank**

2350 Lakeside Blvd., Suite 800
Richardson, TX 75082

THIS PAGE LEFT INTENTIONALLY BLANK

012580 1350744 0000000 024505 049010 02/02

# Texas Capital Bank

2350 Lakeside Blvd., Suite 800
Richardson, TX 75082

**RETURN SERVICE REQUESTED**

>001798 3987787 0001 092341 10Z

ROCKDALE MARCELLUS OPERATING LLC
945 BUNKER HILL RD STE 950
HOUSTON TX 77024-1364

## Managing Your Accounts

| | | |
|---|---|---|
| | Branch Name | Texas Capital Bank |
| | Phone Number | (877) TEX-BANK (839.2265) |
| | Mailing Address | 2350 Lakeside Blvd Ste 800 Richardson, Texas 75082 |
| | Online Access | www.texascapitalbank.com |



Let's build
**your goals**
**your business**
**your revenue**
**your bottom line**
a relationship.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| COMMERCIAL ANALYSIS | 1111232508 | $0.00 |

## COMMERCIAL ANALYSIS-1111232508

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 09/01/2021 | Beginning Balance | **$0.00** |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| 09/30/2021 | Ending Balance | **$0.00** |

### Daily Balances

| Date | Amount |
|---|---|
| 08/31/2021 | $0.00 |



Member FDIC
EQUAL HOUSING LENDER

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT.**

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

   (1)  Tell us your name and account number.
   (2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   (3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will re-credit your account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

| THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT: | | CHECKS OUTSTANDING | | THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK: | |
|---|---|---|---|---|---|
| | | NO. | AMOUNT | | |
| BANK BALANCE SHOWN ON THIS STATEMENT: | $ | | | CHECKBOOK BALANCE AT STATEMENT DATE: | $ |
| ADD + (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT: | $ | | | SUBTRACT - (IF ANY) ACTIVITY CHARGE: | $ |
| TOTAL: | $ | | | SUB-TOTAL: | $ |
| SUBTRACT – (IF ANY) CHECKS OUTSTANDING: | $ | | | SUBTRACT – (IF ANY) OTHER BANK CHARGES: | $ |
| BALANCE: | $ | TOTAL | | BALANCE: | $ |
| SHOULD AGREE WITH YOUR CHECKBOOK BALANCE | | | | SHOULD AGREE WITH YOUR STATEMENT BALANCE | |

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us (on a separate sheet) at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

   (1)  Your name and account number.
   (2)  The dollar amount of the suspected error.
   (3)  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### TERMS GOVERNING ACCOUNTS

Deposit in or presentment to the Bank of any item for a customer account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment.

All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code-Bank Deposits & Collection (of Texas), as from time to time amended or as varied by the agreements permitted by that statute, including those hereinafter set out.

Receipt from others or items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless and until it shall have issued a receipt therefor.

The account shall at all times be subject to service charges according to the practice of the Bank prevailing at the time. When the Bank deems such action proper, the Bank may require that the account be closed. The provisions hereof shall control, in the event of conflict with any deposit slip or passbook.

The Bank reserves the right to change the provisions hereof by printing this statement Terms Governing Accounts, incorporating the change. The new Terms Governing Accounts will be effective, prospectively, when the statement containing the change is made available to the customer, by mailing or otherwise.

Please examine this statement and enclosed items at once. Report the loss or theft of any checks issued for this account immediately. If no error is reported within 30 days, this statement will be considered correct. All items credited subject to final payment.

Member FDIC

# Texas Capital Bank

## Statement Ending 09/30/2021

2350 Lakeside Blvd., Suite 800
Richardson, TX 75082

## COMMERCIAL ANALYSIS-1111232508 (continued)

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Case 21-22080-GLT   Doc 298   Filed 10/21/21   Entered 10/21/21 22:27:19   Desc Main
Document   Page 23 of 23

THIS PAGE LEFT INTENTIONALLY BLANK

012581 1350744 0000000 024507 049014 02/02