IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ROCKDALE MARCELLUS HOLDINGS, LLC AND ROCKDALE, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-22080-GLT<br><br>(Jointly Administered) |

### ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Pursuant to Bankruptcy Rule 2002, the undersigned requests that all notices given or required to be served in this case be served upon the following person and that the following person be added to the CM/ECF System for notices and the mailing matrix in this case:

> Sharon M. Beausoleil
> Foley & Lardner LLP
> 1000 Louisiana Street, Suite 2000
> Houston, TX  77002
> Telephone: 713-276-5500
> Facsimile: 713-276-5555
> Email: sbeausoleil@foley.com

The request set forth above includes all motions, proposed orders, notices of hearing, and all other documents or pleadings referenced in or required to be filed or served under Rule 2002 of the Federal Rules of Bankruptcy Procedure and the Bankruptcy Rules referenced or incorporated in Bankruptcy Rule 2002, or under any applicable Local Bankruptcy Rules and also includes, without limiting the generality of the foregoing request, all plans of reorganization and disclosure statements and objections relating thereto, orders, pleadings, motions, applications, complaints, demands, hearings, requests for hearings, petitions, answers, replies, responses,

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Rockdale Marcellus Holdings, LLC (7117); and Rockdale Marcellus, LLC (8767).  The Debtors address is 4600 J. Barry Ct., Suite 220, Canonsburg, PA  15317.

memoranda and briefs in support of any of the foregoing and any other paper or document brought before or filed with the Court with respect to this case, whether formal or informal and whether filed, transmitted or conveyed by mail, delivery, telephone, facsimile, email, electronically or otherwise.

Further, KINDLY TAKE NOTICE and enter the appearance of the undersigned on behalf of **ENERGY WATER SOLUTIONS, LLC.**

This Request and Notice is not intended to and shall not be deemed or construed to be a waiver by such party (i) of the right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding arising in or related to this case; (ii) of any right to challenge in personam or subject matter jurisdiction or the power of the Court to issue final orders and judgments in any matter, without the further express consent of such party; (iii) of any right to request abstention or a withdrawal of the reference of jurisdiction; or (iv) of any other right, remedy, claim, action, setoff or recoupment to which such parties are or may be entitled, at law or in equity, all of which are hereby expressly reserved and preserved.

Dated:  December 13, 2021

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Sharon M. Beausoleil*
Sharon M. Beausoleil (admitted *pro hac vice*)
Texas State Bar No. 13919600
sbeausoleil@foley.com
1000 Louisiana Street, Suite 2000
Houston, TX 77002
Telephone: 713.276.5500

*and*

DENTONS COHEN & GRIGSBY P.C.
Helen Sara Ward
Pa. ID No. 204088
625 Liberty Avenue, 5th Floor
Pittsburgh, PA  15222-3152
Phone – 412-297-4648
Email – Helen.Ward@Dentons.com

*Counsel for Energy Water Solutions, LLC*

CERTIFICATE OF SERVICE

The undersigned does hereby certify that the foregoing was electronically filed on this 13th day of December 2021 and accordingly was served upon all parties currently registered to receive electronic notice via this Court's CM/ECF notification system.

*/s/ Sharon M. Beausoleil*
Sharon M. Beausoleil