# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROCKDALE MARCELLUS, LLC, and ROCKDALE MARCELLUS HOLDINGS, LLC,[1] | : : : : : | Chapter 11<br><br>Case No. 21-22080-GLT (lead)<br>Case No. 21-22079-GLT |
| *Debtors,* | : | (Jointly Administered) |
| REGENCY MARCELLUS GAS GATHERING, LLC, and ETC AQUA, LLC, | : : : : | |
| *Movants* | : : | |
| v. | : : | Docket No. |
| ROCKDALE MARCELLUS, LLC, and ROCKDALE MARCELLUS HOLDINGS, LLC, | : : : : | Hearing Date and Time:<br><br>Response Deadline: |
| *Respondents.* | : | |

## ORDER

AND NOW, this ___ day of _____, 2022, upon consideration of the foregoing Emergency Motion of Regency Marcellus Gas Gathering, LLC and ETC Aqua, LLC to Convert Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code, together with any responses thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is hereby GRANTED and the above-captioned cases shall be converted to Chapter 7 immediately following the closing of the sale.

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Rockdale Marcellus Holdings, LLC (7117); and Rockdale Marcellus, LLC (8767). The Debtors' address is 4600 J. Barry Ct., Suite 220, Canonsburg, PA 15317.

{C1194180.1 }