# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **ROCKDALE MARCELLUS, LLC**, and **ROCKDALE MARCELLUS HOLDINGS, LLC,** | : : : : : | Chapter 11<br><br>Case No. 21-22080-GLT (lead)<br>Case No. 21-22079-GLT |
| *Debtors,* | : | (Jointly Administered) |
| **REGENCY MARCELLUS GAS GATHERING, LLC**, and **ETC AQUA, LLC,** | : : : : : | |
| *Movants* | : : : | |
| v. | : : : | Related to Dkt No. |
| **ROCKDALE MARCELLUS, LLC**, and **ROCKDALE MARCELLUS HOLDINGS, LLC,** | : : : : : : | |
| *Respondents.* | : | |

## NOTICE AND ORDER SETTING
## HEARING ON AN EXPEDITED BASIS

**AND NOW**, this \_\_\_\_\_ day of _____, 2022, **NOTICE IS HEREBY GIVEN THAT** a request for an expedited hearing on the ***Motion to Convert Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code*** (the "Motion") has been filed in the above-referenced case by Regency Marcellus Gas Gathering, LLC and ETC Aqua, LLC.

**On** _____, 2022 at \_\_\_\_\_ m. a hearing has been scheduled in

.

**On or before** _____, **Responses** to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

**Movants shall serve** a copy of this completed Scheduling Order and the Motion by U.S. Mail **and**, (1) hand delivery **or** (2) facsimile **or** (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. Movant shall immediately file a certificate of service indicating such service.

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

{C1194182.1 }