IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ROCKDALE MARCELLUS HOLDINGS, LLC and ROCKDALE MARCELLUS, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-22080-GLT<br><br>(Jointly Administered) |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING SECOND AMENDED COMBINED DISCLOSURE STATEMENT AND PLAN OF LIQUIDATION OF ROCKDALE MARCELLUS HOLDINGS, LLC AND ROCKDALE MARCELLUS, LLC UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, AND (II) OCCURRENCE OF EFFECTIVE DATE**

**PLEASE TAKE NOTICE** that, on April 14, 2022, the United States Bankruptcy Court for the Western District of Pennsylvania (the "Bankruptcy Court") entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Second Amended Combined Disclosure Statement and Plan of Liquidation of Rockdale Marcellus Holdings, LLC and Rockdale Marcellus, LLC Under Chapter 11 of the Bankruptcy Code on a Final Basis, and (II) Confirming the Second Amended Combined Disclosure Statement and Plan of Liquidation of Rockdale Marcellus Holdings, LLC and Rockdale Marcellus, LLC Under Chapter 11 of the Bankruptcy Code* (the "Confirmation Order") [Doc. No. 1070] confirming the *Second Amended Combined Disclosure Statement and Plan of Liquidation of Rockdale Marcellus Holdings, LLC and Rockdale Marcellus, LLC Under Chapter 11 of the Bankruptcy Code* (as amended, modified, and supplemented, the "Plan") [Doc. No. 920]. Capitalized terms used but not defined in this notice have the meanings given to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that each condition set forth in Section 17.1 of the Plan has been satisfied or duly waived and that the Effective Date of the Plan occurred on April 29, 2022.

**PLEASE TAKE FURTHER NOTICE** that distributions on account of Convenience Claims will be made on the Effective Date or as soon as reasonably practicable thereafter.

**PLEASE TAKE FURTHER NOTICE** that the holder of an Administrative Expense Claim, other than (a) a Claim covered by Section 8.3 or 8.4 of the Plan, (b) a liability incurred and payable in the ordinary course of business by the Debtors after the Petition Date, (c) an Administrative Expense Claim that has been Allowed and/or paid in full on or before the Effective Date, or (d) an Administrative Expense Claim that was required to be filed on or prior to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Rockdale Marcellus Holdings, LLC (7117); and Rockdale Marcellus, LLC (8767). The Debtors' address is 4600 J. Barry Ct., Suite 320, Canonsburg, PA 15317.

the Initial Administrative Expense Claims Bar Date (which covered any Administrative Expense Claims arising from September 21, 2021 through January 31, 2022), must file and serve on the Debtors a request for payment of such Administrative Expense Claim pursuant to section 503(a) of the Bankruptcy Code so that it is received no later than **May 31, 2022**.  **Holders required to file and serve, who fail to file and serve, a request for payment of Administrative Expense Claims by the Initial Administrative Expense Claims Bar Date or the Administrative Expense Claims Bar Date, as applicable, shall be forever barred, estopped, and enjoined from asserting such Administrative Expense Claims against the Debtors and their property, and such Administrative Expense Claims shall, as of the Effective Date, be subject to the permanent injunction set forth in Section 16.5 of the Plan.**  Notwithstanding the foregoing, pursuant to section 503(b)(1)(D) of the Bankruptcy Code, no governmental unit shall be required to file a request for payment of any Administrative Expense Claim of a type described in sections 503(b)(1)(B) or 503(b)(1)(C) of the Bankruptcy Code as a condition to such Claim being Allowed.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 13.2 of the Plan, Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, if any, must be filed with the Court on or before **May 31, 2022**, to the extent not already filed and to the extent that there was no other prior order setting an earlier deadline to file such rejection Claim.  **Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not filed with the Court within such time will be Disallowed, forever barred from assertion, and not be enforceable against the Debtors, the Estates, the Plan Administrator, or the property of any of the foregoing.**

**PLEASE TAKE FURTHER NOTICE** that each Professional requesting compensation for services rendered in connection with the Chapter 11 Cases before the Effective Date is required to file with the Bankruptcy Court and serve on the Debtors an application for allowance of final compensation and reimbursement of expenses in the Chapter 11 Cases on or before **June 13, 2022**.  **Professionals required to file and serve, who fail to file and serve, a request for payment for services rendered in connection with the Chapter 11 Cases before the Effective Date, will be Disallowed, forever barred from assertion, and not be enforceable against the Debtors, the Estates, the Plan Administrator, or the property of any of the foregoing.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and the related documents are available free of charge at https://dm.epiq11.com/case/rockdale/info.  Copies also may be examined by interested parties between the hours of 9:00 a.m. and 4:30 p.m. (prevailing Eastern Time) at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Western District of Pennsylvania, United States, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  To the extent any portion of this notice conflicts with the Plan or the Confirmation Order, the terms of those documents control over this notice.

**PLEASE TAKE FURTHER NOTICE** that the provisions of the Plan are binding on the Debtors, any holder of a Claim against, or Interest in, the Debtors, and such holder's respective successors and assigns, whether or not the Claim or Interest of such holder is Impaired under the Plan and whether or not such holder has accepted the Plan.

Dated: April 29, 2022

Respectfully submitted,

REED SMITH LLP

By: */s/ Luke A. Sizemore*
Luke A. Sizemore (PA ID No. 306443)
Jared S. Roach (PA ID No. 307541)
Alexis A. Leventhal (PA ID No. 324472)
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: lsizemore@reedsmith.com
Email: jroach@reedsmith.com
Email: aleventhal@reedsmith.com

and

Keith M. Aurzada (admitted *pro hac vice*)
Omar J. Alaniz (admitted *pro hac vice*)
Lindsey L. Robin (admitted *pro hac vice*)
Devan Dal Col (admitted *pro hac vice*)
2850 N. Harwood St., Ste. 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Facsimile: (469) 680-4299
Email: kaurzada@reedsmith.com
Email: oalaniz@reedsmith.com
Email: lrobin@reedsmith.com
Email: ddalcol@reedsmith.com

*Counsel for the Debtors and Debtors-in-Possession*