FILED
9/19/22 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>ROCKDALE MARCELLUS HOLDINGS, LLC, and ROCKDALE MARCELLUS, LLC,[1]<br><br>                Debtors.<br><br>ALFRED T. GIULIANO, SOLELY IN HIS CAPACITY AS PLAN ADMINISTRATOR ACTING ON BEHALF OF ROCKDALE MARCELLUS HOLDINGS, LLC, AND ROCKDALE MARCELLUS, LLC,<br><br>                Movant,<br><br>v.<br><br>NO RESPONDENT. | Chapter 11<br><br>Case No. 21-22080-GLT<br><br>(Jointly Administered)<br><br>Related to Dkt. No. 1248<br>Hearing: September 22, 2022 at 1:30 PM |

## MODIFIED ORDER GRANTING PLAN ADMINISTRATOR'S MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS

Upon consideration of the *Plan Administrator's Motion for Entry of an Order Further Extending the Deadline to Object to Claims* (the "Motion")[2] filed by Alfred T. Giuliano, solely in his capacity as Plan Administrator acting on behalf of Rockdale Marcellus Holdings, LLC, and Rockdale Marcellus, LLC (the "Plan Administrator") and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided; and the Plan Administrator has shown good, sufficient and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Rockdale Marcellus Holdings, LLC (7117); Rockdale Marcellus, LLC (8767). The Debtors' address is 4600 J. Barry Ct., Suite 220, Canonsburg, PA 15317.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

sound justification for the relief requested in the Motion and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, the Court hereby finds that the Motion should be granted as provided herein,

        IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Current Claims Objection Deadline is extended to and including December 27, 2022.

3. This Order shall be without prejudice to the Plan Administrator's right to seek a further extension or extensions of the December 27, 2022 claims objection deadline, provided however, the Court will require a hearing to examine any further request for an extension of time beyond December 27, 2022.

4. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Prepared by:  Daniel Schimizzi, Esq.

**DEFAULT ENTRY**

Dated: September 19, 2022

                              Gregory L. Taddonio   jah
                              United States Bankruptcy Judge

Case Administrator to serve:
Daniel Schimizzi, Esq.