**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 11 |
| ROCKDALE MARCELLUS HOLDINGS, LLC and ROCKDALE MARCELLUS, LLC,[1] | Case No. 21-22080-GLT |
| Debtors. | (Jointly Administered) |

**NOTICE OF PRELIMINARY AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 27, 2022, at 1:30 PM (EST)**

**MATTERS GOING FORWARD:**

1.      Debtors' Objection to Proof of Claim No. 82 filed by J.L. Watts Excavating, Inc. [Doc. No. 832; Filed on February 22, 2022].

   Objection / Response Deadline:        September 15, 2022, at 4:00 PM (ET).

   Objections / Responses Received:

   a.   Response in Opposition to Objection to Proof of Filed by J.L. Watts Excavating, Inc. [Doc. No. 1245].

   Replies Received:

   a.   Reply in Further Support of Debtors' Objection to Proof of Claim No. 82 Filed by J.L. Watts Excavating, Inc. [Doc. No. 1259; Filed on September 20, 2022].

   Related Documents:

   b.   Notice of Hearing and Response Deadline Regarding Debtors' Objection to Proof of Claim No. 82 filed by J.L. Watts Excavating, Inc. [Doc. No. 833; Filed on February 22, 2022].

   c.   Certificate of Service [Doc. No. 845; Filed on February 23, 2022].

   d.   Declaration of John C. DiDonato in Support of Debtors' Objection to Proof of Claim No. 82 Filed by J.L. Watts Excavating, Inc. [Doc. No. 832-2; Filed on February 22, 2022].

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Rockdale Marcellus Holdings, LLC (7117); and Rockdale Marcellus, LLC (8767).

e. Order Extending Time to Respond to The Debtors' Objection to Proof of Claim No. 82 Filed by J.L. Watts Excavating, Inc. and Adjourning Hearing Thereon [Doc. No. 963; Filed on March 15, 2022].

f. Order Extending Time to Respond to Debtors' Objection to Proof of Claim No. 82 Filed by J.L. Watts Excavating, Inc. and Adjourning Hearing Thereon [Doc. No. 1098; Filed on April 21, 2022].

g. Order Extending Time to Respond to the Debtors' Objection to Proof of Claim No. 82 filed by J.L. Watts Excavating, Inc. and Adjourning Hearing Thereon [Doc. No. 1133; Entered on May 18, 2022].

h. Joint Motion for Entry of an Order Extending Time to Respond to the Debtors' Objection to Proof of Claim No. 82 Filed by J.L. Watts Excavating, Inc. and Adjourning Hearing Thereon [Doc. No. 1205; Filed on July 13, 2022].

i. Joint Motion for Entry of an Order Extending Time to Respond to the Debtors' Objection to Proof of Claim No. 82 Filed by J.L. Watts Excavating, Inc. and Adjourning Hearing Thereon [Doc. No. 1244; Filed on August 16, 2022].

j. Order Extending Time to Respond to the Debtors' Objection to Proof of Claim No. 82 filed by J.L. Watts Excavating, Inc. and Adjourning Hearing Thereon [Doc. No. 1245; Entered on August 18, 2022].

k. Joint Discovery Plan and Statement of Estimated Time of Final Evidentiary Hearing on Objections to Claims filed by J.L. Watts Excavating, Inc. [Doc. No. 1281; Entered on October 3, 2022].

Status:   The adjudication of this matter is subject to the Joint Discovery Plan and Statement of Estimated Time of Final Evidentiary Hearing on Objections to Claims filed by J.L. Watts Excavating, Inc., and Tilden Marcellus, LLC [Doc. No. 1281].

2. Objection to Informal Claim of Pennsylvania Public Utility Commission [Doc. No. 1176; Filed on June 13, 2022].

Objection / Response Deadline:        September 20, 2022, at 4:00 PM (ET).

Objections / Responses Received:

a. Pennsylvania Public Utility Commission Response in Opposition to Plan Administrator's Objection [Doc. No. 1208; Filed on July 1, 2022].

Replies Received:

    a. Plan Administrator's Reply in Support of Objection to Informal Claim of Pennsylvania Public Utility Commission [Doc. No. 1287; Filed October 20, 2022].

Related Documents:

    a. Declaration of Alfred T. Giuliano in Support of Objection [Doc. No. 1176-2, Filed on June 13, 2022].

    b. Notice of Hearing and Response Deadline Regarding Objection to Claim of Pennsylvania Public Utility Commission [Doc. No. 1177; Filed on June 13, 2022].

    c. Certificate of Service [Doc. No. 1186; Filed on June 14, 2022].

    d. Opposition Response to Plan Administrator Objection filed by PA Public Utility Commission [Doc No. 1228; Filed on July 18, 2022].

    e. Joint Motion to Continue/Reschedule Hearing On the Plan Administrator's Objection to Informal Claim of Pennsylvania Public Utility Commission [Doc No. 1231; Filed July 19, 2022].

    f. Order Extending the Deadline for the Plan Administrator to File a Reply And Adjourning Hearing on the Plan Administrator's Objection to Informal Claim of Pennsylvania Public Utility Commission [Doc No. 1232; Filed on July 19, 2022].

    g. Certificate of Service [Doc. No. 1236; Filed on July 21, 2022].

Status:  This matter is going forward.

3. *Motion to Interpret, Implement and Enforce Sale Transaction filed by PA Public Utility Commission* [Doc. No. 1274; Filed on September 26, 2022].

Objection / Response Deadline:    October 20, 2022, at 4:00 PM (ET).

Objections / Responses Received:

    a. Plan Administrator's Statement in Response to the Motion to Interpret, Implement and Enforce Sale Transaction [Doc. No. 1286; Filed on October 20, 2022].

    b. Repsol Oil & Gas, LLC's Response (I) Joining the Plan Administrator's Objection to Informal Claim of Pennsylvania Public Utility Commission and (II) Objecting to Pennsylvania Public Utility Commission's Motion to Interpret, Implement and Enforce Sale Transaction [Doc. No. 1288; Filed on October 20, 2022].

Related Documents:

    a.  Notice of Hearing and Response Deadline Regarding Motion to Interpret, Implement and Enforce Sale Transaction filed by PA Public Utility Commission [Doc. No. 1275; Filed on September 26, 2022].

    b.  Certificate of Service [Doc. No. 1276; Filed on September 27, 2022].

Status:  This matter is going forward.

**PLEASE TAKE NOTICE** that copies of the foregoing pleadings may be obtained from the Court's website http://www.pawb.uscourts.gov via ECF/Pacer, or upon request to the undersigned.

Dated:  October 20, 2022          Respectfully submitted,

                    WHITEFORD, TAYLOR & PRESTON, LLP

                    By: */s/ Daniel R. Schimizzi*
                    Daniel R. Schimizzi, Esq. (PA I.D.: 311869)
                    11 Stanwix Street, Suite 1400
                    Pittsburgh, PA 15222
                    Tel: (412) 275-2401
                    Fax: (412) 275-2404
                    dschimizzi@wtplaw.com

                    PACHULSKI STANG ZIEHL & JONES LLP
                    Bradford J. Sandler (PA ID No. 77463)
                    780 Third Avenue, 34th Floor
                    New York, NY 10017
                    t: 212-561-7700
                    f: 212-561-7777
                    bsandler@pszjlaw.com

                    *Counsel to Alfred T. Giuliano, Plan Administrator for Rockdale Marcellus Holdings, LLC, and Rockdale Marcellus, LLC*