**United States Bankruptcy Court**
**Western District Court of Pennsylvania**

In re: Rockdale Marcellus, LLC                           Chapter 11

Case No. 21-22080

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Trace Midstream Management, LLC a creditor in the cases of the above-captioned debtors ("Debtors"), has changed his/her/its address and directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims (as listed on the Debtors' schedules and claims register) and hereby requests that service of any pleadings, notices, correspondence, ballots and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Trace Midstream Management, LLC
14811 Saint Mary's Lane, Suite 130
Houston, TX 77079

New Address
Trace Midstream Management, LLC
c/o Bradford Capital Holdings, LP
PO Box 4353
Clifton, NJ 07012

I declare that the foregoing is true and correct.

Authorized Signatory for:

Trace Midstream Management, LLC

By: /s/ Natara
Name: Natara Williams
Title: General Counsel
Date: December 14, 2022