FILED
2/22/23 12:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROCKDALE MARCELLUS HOLDINGS, LLC and ROCKDALE MARCELLUS, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-22080-GLT<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, SOLELY IN HIS CAPACITY AS PLAN ADMINISTRATOR FOR ROCKDALE MARCELLUS HOLDINGS, LLC, and ROCKDALE MARCELLUS, LLC, and PENNSYLVANIA PUBLIC UTILITY COMMISSION<br><br>Movants,<br><br>v.<br><br>NO RESPONDENTS. | Document No. ____<br><br>Related to Document No. 1176, 1305 & 1362<br><br>Hearing Date: February 23, 2023<br><br>Hearing Time: 11:00 AM (EST)<br><br>Response Deadline: |

**ORDER ADJOURNING HEARINGS ON
(I) PLAN ADMINISTRATOR'S OBJECTION TO INFORMAL CLAIM OF
PENNSYLVANIA PUBLIC UTILITY COMMISSION [Doc. No. 1176] AND
(II) MOTION FOR LEAVE TO FILE PROOF OF CLAIM [Doc. No. 1305]**

AND NOW, this 22nd Day of February, 2023, upon consideration of the *Joint Motion for an Order Adjourning Hearings on (I) Plan Administrator's Objection to Informal Claim of Pennsylvania Public Utility Commission* [Doc. No. 1176] *and (II) Motion for Leave to File Proof of Claim [Doc. No. 1305]* (the "Motion"),[2] and after due deliberation and good and sufficient cause appearing,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Rockdale Marcellus Holdings, LLC (7117); and Rockdale Marcellus, LLC (8767). The Debtors' address is 4600 J. Barry Ct., Suite 320, Canonsburg, PA 15317.

[2] Capitalized terms used but not defined in this Order have the meanings given in the Motion.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. The hearing on the Objection is adjourned until the next omnibus hearing scheduled for March 29, 2023, at 11:00 AM (EST). via P01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh.

3. The hearing on the Motion for Leave is adjourned until the next omnibus hearing scheduled for March 29, 2023, at 11:00 AM (EST).  via P01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh.

4. The Court retains jurisdiction over the interpretation, implementation, and enforcement of this Order.

Prepared by:  Daniel R. Schimizzi, Esq.

Dated: ___February 22, 2023_____

GREGORY L. TADDONIO, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22080-GLT |
| Rockdale Marcellus, LLC | Chapter 11 |
| Rockdale Marcellus Holdings, LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 6 |
| Date Rcvd: Feb 22, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Bradford J. Sandler, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 24, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron S. Applebaum | on behalf of Attorney DLA Piper LLP (US) aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com |
| Aaron S. Applebaum | on behalf of Creditor Committee The Official Committee of Unsecured Creditors aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com |
| Aaron S. Applebaum | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Tilden Marcellus LLC aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com |
| Alan C. Hochheiser | on behalf of Creditor AmTrust North America Inc. on behalf of Wesco Insurance Company ahochheiser@mauricewutscher.com |
| Alexis Allen Leventhal | on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC aleventhal@reedsmith.com, |

Case 21-22080-GLT    Doc 1369    Filed 02/24/23    Entered 02/25/23 00:29:29    Desc
Imaged Certificate of Notice    Page 4 of 8

| District/off: 0315-2 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Feb 22, 2023 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Plaintiff Rockdale Marcellus Holdings LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Debtor Rockdale Marcellus LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Debtor Rockdale Marcellus Holdings LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Plaintiff Rockdale Marcellus LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Beverly Weiss Manne | on behalf of Attorney Tucker Arensberg bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Attorney Morris Nichols, Asht & Tunnell LLP bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Debtor Tilden Marcellus LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Tilden Marcellus LLC bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Petrie Partners Securities LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Attorney Tilden Marcellus LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Other Prof. Epiq Corporate Restructuring LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Attorney Tucker Arensberg P.C. bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Creditor Tilden Marcellus LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Epiq Corporate bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Brendan Andrew O'Donnell | on behalf of Creditor Jeffrey L. Dugan as Trustee for the Dugan Family Trust odonnellba@hh-law.com |
| Brendan Andrew O'Donnell | on behalf of Creditor Veronica Dugan odonnellba@hh-law.com |
| Brendan Andrew O'Donnell | on behalf of Creditor Jeffrey L. Dugan odonnellba@hh-law.com |
| Christopher Darnell Porter | on behalf of Plaintiff Rockdale Marcellus LLC chrisporter@quinnemanuel.com |
| Christopher L. Perkins | on behalf of Attorney PA Public Utility Commission cperkins@eckertseamans.com |
| Christopher L. Perkins | cperkins@eckertseamans.com |
| Christopher P. Schueller | on behalf of Defendant UGI Energy Services LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com |
| Christopher P. Schueller | on behalf of Defendant UGI Texas Creek LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com |
| Christopher P. Schueller | on behalf of Creditor UGI Energy Services LLC and UGI Texas Creek, LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com |

Case 21-22080-GLT    Doc 1369    Filed 02/24/23    Entered 02/25/23 00:29:29    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0315-2 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Feb 22, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Clayton W. Davidson
    on behalf of Creditor Principle Enterprises LLC cdavidson@mwn.com, ctran@mcneeslaw.com

Clayton W. Davidson
    on behalf of Creditor Brubacher Excavating Inc. cdavidson@mwn.com, ctran@mcneeslaw.com

Clayton W. Davidson
    on behalf of Creditor Principle Enterprises LLC cdavidson@mwn.com ctran@mcneeslaw.com

Clayton W. Davidson
    on behalf of Defendant Principle Enterprises LLC cdavidson@mwn.com, ctran@mcneeslaw.com

Daniel Michael Pereira
    on behalf of Creditor Flynn Energy Transport Inc. dpereira@stradley.com

Daniel R. Schimizzi
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings LLC, and Rockdale Marcellus, LLC dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

Daniel R. Schimizzi
    on behalf of Interested Party Alfred T. Giuliano solely in his capacity as Plan Administrator dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

Daniel R. Schimizzi
    on behalf of Financial Advisor Riveron RTS LLC dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

Daniel R. Schimizzi
    on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

David W. Ross
    on behalf of Interested Party Repsol Oil and Gas USA LLC dross@bernsteinlaw.com, cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com

Devin van der Hahn
    on behalf of Spec. Counsel Quinn Emanuel Urquhart & Sullivan LLP Devinvanderhahn@quinnemanuel.com

Devin van der Hahn
    on behalf of Plaintiff Rockdale Marcellus Holdings LLC Devinvanderhahn@quinnemanuel.com

Devin van der Hahn
    on behalf of Plaintiff Rockdale Marcellus LLC Devinvanderhahn@quinnemanuel.com

Donald J. Reinhard, II
    on behalf of Plaintiff Rockdale Marcellus LLC donaldreinhard@quinnemanuel.com

Donald J. Reinhard, II
    on behalf of Debtor Rockdale Marcellus LLC donaldreinhard@quinnemanuel.com

Donald J. Reinhard, II
    on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC donaldreinhard@quinnemanuel.com

Eric A. Schaffer
    on behalf of Interested Party Delaware Trust Company eschaffer@stonecipherlaw.com

Eric A. Schaffer
    on behalf of Creditor Alta Fundamental Advisers LLC eschaffer@stonecipherlaw.com

Erin Tate
    on behalf of Attorney PA Public Utility Commission etate@pa.gov

George T. Snyder
    on behalf of Interested Party Delaware Trust Company gsnyder@stonecipherlaw.com

George T. Snyder
    on behalf of Creditor Alta Fundamental Advisers LLC gsnyder@stonecipherlaw.com

Gregory Thomas Sturges
    on behalf of Interested Party TXCR Acquisition Co. LLC sturgesg@gtlaw.com, herrinm@gtlaw.com

Gretchen Lee Jankowski
    on behalf of Defendant UGI Texas Creek LLC gretchen.jankowski@bipc.com, eservice@bipc.com

Gretchen Lee Jankowski
    on behalf of Defendant UGI Energy Services LLC gretchen.jankowski@bipc.com, eservice@bipc.com

Helen S. Ward
    on behalf of Creditor Energy Water Solutions LLC helen.ward@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com

Jacob Charles Hanley
    on behalf of Attorney PA Public Utility Commission jhanley@eckertseamans.com

Case 21-22080-GLT   Doc 1369   Filed 02/24/23   Entered 02/25/23 00:29:29   Desc
Imaged Certificate of Notice   Page 6 of 8

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Feb 22, 2023 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| Jared S. Roach | on behalf of Debtor Rockdale Marcellus  LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Plaintiff Rockdale Marcellus Holdings  LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Other Prof. Alfred T. Giuliano  solely in his capacity as Plan Administrator jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Plaintiff Rockdale Marcellus  LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Debtor Rockdale Marcellus Holdings  LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Accountant Houlihan Lokey Capital  Inc. jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jennifer M. Irvin | on behalf of Creditor CSU - OUCTS  PA Labor & Industry jeirvin@pa.gov, jeirvin@pa.gov |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Joel M. Walker | on behalf of Attorney Joel M. Walker jmwalker@nshmlaw.com |
| John R. O'Keefe, Jr. | on behalf of Creditor National Fuel Gas Distribution Corp. jokeefe@metzlewis.com |
| John W. Kettering | on behalf of Creditor J.L. Watts Excavating  Inc. JK@pietragallo.com, ms@pietragallo.com |
| Jordan Webster | on behalf of Defendant UGI Texas Creek  LLC jordan.webster@bipc.com |
| Jordan Webster | on behalf of Defendant UGI Energy Services  LLC jordan.webster@bipc.com |
| Joshua Ebersole | on behalf of Interested Party Commonwealth of Pennsylvania  Department of Conservation and Natural Resources josebersol@pa.gov |
| Kathryn L. Harrison | on behalf of Creditor Regency Marcellus Gas Gathering  LLC klh@camlev.com, jmb@camlev.com;hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com |
| Keith M. Aurzada | on behalf of Debtor Rockdale Marcellus Holdings  LLC and Rockdale Marcellus, LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com |
| Keith M. Aurzada | on behalf of Plaintiff Rockdale Marcellus  LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com |
| Keith M. Aurzada | on behalf of Plaintiff Rockdale Marcellus Holdings  LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com |
| Lindsey L. Robin | on behalf of Plaintiff Rockdale Marcellus Holdings  LLC lrobin@reedsmith.com, srhea@reedsmith.com |
| Lindsey L. Robin | on behalf of Plaintiff Rockdale Marcellus  LLC lrobin@reedsmith.com, srhea@reedsmith.com |
| Lindsey L. Robin | on behalf of Debtor Rockdale Marcellus Holdings  LLC and Rockdale Marcellus, LLC lrobin@reedsmith.com, srhea@reedsmith.com |
| Lindsey L. Robin | on behalf of Debtor Rockdale Marcellus  LLC , srhea@reedsmith.com |
| Luke A. Sizemore | on behalf of Attorney Reed Smith LLP lsizemore@reedsmith.com  slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com |
| Luke A. Sizemore | on behalf of Debtor Rockdale Marcellus  LLC lsizemore@reedsmith.com, |

Case 21-22080-GLT    Doc 1369    Filed 02/24/23    Entered 02/25/23 00:29:29    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Feb 22, 2023 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com |
| Luke A. Sizemore | on behalf of Debtor Rockdale Marcellus Holdings LLC lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com |
| Marc Greenwald | on behalf of Plaintiff Rockdale Marcellus LLC marcgreenwald@quinnemanuel.com |
| Maribeth Thomas | on behalf of Debtor Tilden Marcellus LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Mark A. Lindsay | on behalf of Creditor ABC Holding I LLC mlindsay@bernsteinlaw.com, cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com |
| Michael J. Roeschenthaler | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings LLC, and Rockdale Marcellus, LLC mroeschenthaler@wtplaw.com, kmccauley@wtplaw.com;llescallette@wtplaw.com |
| Michael Paul Oliverio | on behalf of Creditor ProFrac Services LLC mpoliverio@vorys.com, mjcoleman@vorys.com |
| Michael R. Proctor | on behalf of Creditor White Oak Global Advisors LLC mproctor@bowlesrice.com lcrown@bowlesrice.com |
| Michael R. Proctor | on behalf of Creditor White Oak Global Advisors LLC mproctor@bowlesrice.com, lcrown@bowlesrice.com |
| Nicholas F. Borsuk-Woodman | on behalf of Attorney PA Public Utility Commission NBorsuk@eckertseamans.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Omar Alaniz | on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com |
| Omar Alaniz | on behalf of Plaintiff Rockdale Marcellus Holdings LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com |
| Omar Alaniz | on behalf of Debtor Rockdale Marcellus Holdings LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com |
| Omar Alaniz | on behalf of Plaintiff Rockdale Marcellus LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com |
| Omar Alaniz | on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com |
| Omar J. Alaniz | on behalf of Debtor Rockdale Marcellus LLC , rstanbery@reedsmith.com;srhea@reedsmith.com |
| Paul J. Cordaro | on behalf of Creditor Regency Marcellus Gas Gathering LLC pjc@camlev.com, candl@camlev.com;tmatiasic@yahoo.com;hlp@camlev.com;jmb@camlev.com;kmonahan@camlev.com |
| Robert J Burnett | on behalf of Creditor Veronica Dugan rburnett@hh-law.com |
| Robert J Burnett | on behalf of Creditor Jeffrey L. Dugan rburnett@hh-law.com |
| Robert J Burnett | on behalf of Creditor Jeffrey L. Dugan as Trustee for the Dugan Family Trust rburnett@hh-law.com |
| Robert Jay Stark | on behalf of Creditor Alta Fundamental Advisers LLC rstark@brownrudnick.com |
| Samuel H. Simon | on behalf of Respondent Tioga Resources I LLC ssimon@hh-law.com, gallagherjl@hh-law.com |
| Samuel H. Simon | on behalf of Creditor Butters Living Trust Dated September 28 2010 ssimon@hh-law.com, gallagherjl@hh-law.com |
| Samuel H. Simon | on behalf of Creditor Tioga Resources I LLC ssimon@hh-law.com, gallagherjl@hh-law.com |
| Sara Mae Turk | |

Case 21-22080-GLT    Doc 1369    Filed 02/24/23    Entered 02/25/23 00:29:29    Desc
Imaged Certificate of Notice    Page 8 of 8

| District/off: 0315-2 | User: auto | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Feb 22, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Plaintiff Rockdale Marcellus LLC saraturk@quinnemanuel.com

Scott M. Hare

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings LLC, and Rockdale
Marcellus, LLC share@wtplaw.com,
share4@mac.com;8047805420@filings.docketbird.com;llescallette@wtplaw.com;JWeisbrod@wtplaw.com

Sharon M. Beausoleil

on behalf of Creditor Energy Water Solutions LLC , sbeausoleil@foley.com;rdiep@foley.com

Steven J. Kahn

on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator skahn@pszjlaw.com

Terry A. Shulsky

on behalf of Creditor Suit-Kote Corporation terry.shulsky@bipc.com
jessica.dillard@bipc.com;donna.curcio@bipc.com;eservice@bipc.com

Thomas D. Maxson

on behalf of Attorney Dentons Cohen & Grigsby P.C. thomas.maxson@dentons.com
michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Thomas D. Maxson

on behalf of Creditor Committee Official Committee of Unsecured Creditors of Tilden Marcellus LLC
thomas.maxson@dentons.com, michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Thomas D. Maxson

on behalf of Creditor Committee The Official Committee of Unsecured Creditors thomas.maxson@dentons.com
michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Timothy P. Palmer

on behalf of Creditor UGI Texas Creek LLC timothy.palmer@bipc.com,
donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer

on behalf of Creditor UGI Energy Services LLC and UGI Texas Creek, LLC timothy.palmer@bipc.com,
donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer

on behalf of Defendant UGI Energy Services LLC timothy.palmer@bipc.com,
donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer

on behalf of Defendant UGI Texas Creek LLC timothy.palmer@bipc.com,
donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger

on behalf of Creditor UGI Energy Services LLC and UGI Texas Creek, LLC tyler.dischinger@bipc.com,
donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger

on behalf of Defendant UGI Texas Creek LLC tyler.dischinger@bipc.com,
donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger

on behalf of Defendant UGI Energy Services LLC tyler.dischinger@bipc.com,
donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Vera Kanova

on behalf of Interested Party PA Dept of Environmental Protection verkanova@pa.gov

Vera Kanova

on behalf of Interested Party Commonwealth of Pennsylvania Department of Environmental Protection verkanova@pa.gov

TOTAL: 121