FILED
2/24/23 4:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>ROCKDALE MARCELLUS HOLDINGS, LLC, and ROCKDALE MARCELLUS, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 21-22080-GLT<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, SOLELY IN HIS CAPACITY AS PLAN ADMINISTRATOR FOR ROCKDALE MARCELLUS HOLDINGS, LLC, and ROCKDALE MARCELLUS, LLC,<br><br>Movants,<br><br>v.<br><br>TILDEN MARCELLUS, LLC,<br><br>Respondent. | Related to Docket Nos. 1281, 1284 & 1367 |

**ORDER EXTENDING DEADLINES REGARDING THE PLAN ADMINISTRATOR'S OBJECTION TO PROOFS OF CLAIM NOS. 10035 AND 10036 FILED BY <u>TILDEN MARCELLUS, LLC</u>**

AND NOW, this <u>24th Day of February</u>, 2023, upon consideration of the *Joint Motion for an Order Extending Deadlines Regarding the Plan Administrator's Objection to Proofs of Claim Nos. 10335 and 10036 Filed by Tilden Marcellus, LLC* (the "<u>Motion</u>"),[1] and after due deliberation and good and sufficient cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED** as set forth herein.

---

[1] Capitalized terms used but not defined in this Order have the meanings given in the Motion.

2. The Parties' deadline to submit a stipulation of facts, exhibits, and memorandum of law, if any, is extended through and until and including **March 3, 2023**.

3. All other deadlines provided for in the *Order Extending Deadlines Regarding the Plan Administrator's Objection to Proofs of Claim Nos. 10035 and 10036 Filed by Tilden Marcellus, LLC and Adjourning Hearings* [Doc. No. 1338] shall remain in place.

Prepared by:  Reed Smith LLP

Dated:  February 24, 2023

GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22080-GLT |
| Rockdale Marcellus, LLC | Chapter 11 |
| Rockdale Marcellus Holdings, LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 6 |
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rockdale Marcellus, LLC, 4600 J. Barry Ct., Suite 320, Canonsburg, PA 15317 |
| aty | + | Bradford J. Sandler, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| aty | | Robert J. Dehney, Morris, Nichols, Arsht & Tunnell, LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE 19899-1347 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:**

**Name**      **Email Address**

Aaron S. Applebaum
    on behalf of Attorney DLA Piper LLP (US) aaron.applebaum@us.dlapiper.com  carolyn.fox@us.dlapiper.com

Aaron S. Applebaum
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com

Aaron S. Applebaum
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Tilden Marcellus  LLC aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com

Alan C. Hochheiser

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 6 |
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 3 |

| | |
|---|---|
| | on behalf of Creditor AmTrust North America Inc. on behalf of Wesco Insurance Company ahochheiser@mauricewutscher.com |
| Alexis Allen Leventhal | on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Plaintiff Rockdale Marcellus Holdings LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Debtor Rockdale Marcellus Holdings LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Debtor Rockdale Marcellus LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Plaintiff Rockdale Marcellus LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Beverly Weiss Manne | on behalf of Attorney Tucker Arensberg bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Attorney Morris Nichols, Asht & Tunnell LLP bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Debtor Tilden Marcellus LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Tilden Marcellus LLC bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Attorney Tilden Marcellus LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Petrie Partners Securities LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Other Prof. Epiq Corporate Restructuring LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Attorney Tucker Arensberg P.C. bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Creditor Tilden Marcellus LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Epiq Corporate bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Brendan Andrew O'Donnell | on behalf of Creditor Jeffrey L. Dugan as Trustee for the Dugan Family Trust odonnellba@hh-law.com |
| Brendan Andrew O'Donnell | on behalf of Creditor Veronica Dugan odonnellba@hh-law.com |
| Brendan Andrew O'Donnell | on behalf of Creditor Jeffrey L. Dugan odonnellba@hh-law.com |
| Christopher Darnell Porter | on behalf of Plaintiff Rockdale Marcellus LLC chrisporter@quinnemanuel.com |
| Christopher L. Perkins | cperkins@eckertseamans.com |
| Christopher L. Perkins | on behalf of Attorney PA Public Utility Commission cperkins@eckertseamans.com |
| Christopher P. Schueller | on behalf of Defendant UGI Energy Services LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com |
| Christopher P. Schueller | on behalf of Defendant UGI Texas Creek LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 6 |
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 3 |

Christopher P. Schueller
    on behalf of Creditor UGI Energy Services LLC and UGI Texas Creek, LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com

Clayton W. Davidson
    on behalf of Creditor Principle Enterprises LLC cdavidson@mwn.com, ctran@mcneeslaw.com

Clayton W. Davidson
    on behalf of Creditor Brubacher Excavating Inc. cdavidson@mwn.com, ctran@mcneeslaw.com

Clayton W. Davidson
    on behalf of Creditor Principle Enterprises LLC cdavidson@mwn.com ctran@mcneeslaw.com

Clayton W. Davidson
    on behalf of Defendant Principle Enterprises LLC cdavidson@mwn.com, ctran@mcneeslaw.com

Daniel Michael Pereira
    on behalf of Creditor Flynn Energy Transport Inc. dpereira@stradley.com

Daniel R. Schimizzi
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings LLC, and Rockdale Marcellus, LLC dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

Daniel R. Schimizzi
    on behalf of Interested Party Alfred T. Giuliano solely in his capacity as Plan Administrator dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

Daniel R. Schimizzi
    on behalf of Financial Advisor Riveron RTS LLC dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

Daniel R. Schimizzi
    on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

David W. Ross
    on behalf of Interested Party Repsol Oil and Gas USA LLC dross@bernsteinlaw.com, cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com

Devin van der Hahn
    on behalf of Plaintiff Rockdale Marcellus Holdings LLC Devinvanderhahn@quinnemanuel.com

Devin van der Hahn
    on behalf of Spec. Counsel Quinn Emanuel Urquhart & Sullivan LLP Devinvanderhahn@quinnemanuel.com

Devin van der Hahn
    on behalf of Plaintiff Rockdale Marcellus LLC Devinvanderhahn@quinnemanuel.com

Donald J. Reinhard, II
    on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC donaldreinhard@quinnemanuel.com

Donald J. Reinhard, II
    on behalf of Plaintiff Rockdale Marcellus LLC donaldreinhard@quinnemanuel.com

Donald J. Reinhard, II
    on behalf of Debtor Rockdale Marcellus LLC donaldreinhard@quinnemanuel.com

Eric A. Schaffer
    on behalf of Interested Party Delaware Trust Company eschaffer@stonecipherlaw.com

Eric A. Schaffer
    on behalf of Creditor Alta Fundamental Advisers LLC eschaffer@stonecipherlaw.com

Erin Tate
    on behalf of Attorney PA Public Utility Commission etate@pa.gov

George T. Snyder
    on behalf of Interested Party Delaware Trust Company gsnyder@stonecipherlaw.com

George T. Snyder
    on behalf of Creditor Alta Fundamental Advisers LLC gsnyder@stonecipherlaw.com

Gregory Thomas Sturges
    on behalf of Interested Party TXCR Acquisition Co. LLC sturgesg@gtlaw.com, herrinm@gtlaw.com

Gretchen Lee Jankowski
    on behalf of Defendant UGI Texas Creek LLC gretchen.jankowski@bipc.com, eservice@bipc.com

Gretchen Lee Jankowski
    on behalf of Defendant UGI Energy Services LLC gretchen.jankowski@bipc.com, eservice@bipc.com

Helen S. Ward
    on behalf of Creditor Energy Water Solutions LLC helen.ward@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com

Case 21-22080-GLT   Doc 1371   Filed 02/26/23   Entered 02/27/23 00:30:43   Desc
Imaged Certificate of Notice   Page 6 of 8

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 3 |

Jacob Charles Hanley
    on behalf of Attorney PA Public Utility Commission jhanley@eckertseamans.com

Jared S. Roach
    on behalf of Debtor Rockdale Marcellus  LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach
    on behalf of Plaintiff Rockdale Marcellus Holdings  LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach
    on behalf of Other Prof. Alfred T. Giuliano  solely in his capacity as Plan Administrator jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach
    on behalf of Plaintiff Rockdale Marcellus  LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach
    on behalf of Debtor Rockdale Marcellus Holdings  LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach
    on behalf of Accountant Houlihan Lokey Capital  Inc. jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jennifer M. Irvin
    on behalf of Creditor CSU - OUCTS  PA Labor & Industry jeirvin@pa.gov, jeirvin@pa.gov

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Joel M. Walker
    on behalf of Attorney Joel M. Walker jmwalker@nshmlaw.com

John R. O'Keefe, Jr.
    on behalf of Creditor National Fuel Gas Distribution Corp. jokeefe@metzlewis.com

John W. Kettering
    on behalf of Creditor J.L. Watts Excavating  Inc. JK@pietragallo.com, ms@pietragallo.com

Jordan Webster
    on behalf of Defendant UGI Texas Creek  LLC jordan.webster@bipc.com

Jordan Webster
    on behalf of Defendant UGI Energy Services  LLC jordan.webster@bipc.com

Joshua Ebersole
    on behalf of Interested Party Commonwealth of Pennsylvania  Department of Conservation and Natural Resources joebersol@pa.gov

Kathryn L. Harrison
    on behalf of Creditor Regency Marcellus Gas Gathering  LLC klh@camlev.com, jmb@camlev.com;hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com

Keith M. Aurzada
    on behalf of Debtor Rockdale Marcellus Holdings  LLC and Rockdale Marcellus, LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com

Keith M. Aurzada
    on behalf of Plaintiff Rockdale Marcellus  LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com

Keith M. Aurzada
    on behalf of Plaintiff Rockdale Marcellus Holdings  LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com

Lindsey L. Robin
    on behalf of Plaintiff Rockdale Marcellus Holdings  LLC lrobin@reedsmith.com, srhea@reedsmith.com

Lindsey L. Robin
    on behalf of Plaintiff Rockdale Marcellus  LLC lrobin@reedsmith.com, srhea@reedsmith.com

Lindsey L. Robin
    on behalf of Debtor Rockdale Marcellus Holdings  LLC and Rockdale Marcellus, LLC lrobin@reedsmith.com, srhea@reedsmith.com

Lindsey L. Robin
    on behalf of Debtor Rockdale Marcellus  LLC , srhea@reedsmith.com

Luke A. Sizemore
    on behalf of Attorney Reed Smith LLP lsizemore@reedsmith.com slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Case 21-22080-GLT   Doc 1371   Filed 02/26/23   Entered 02/27/23 00:30:43   Desc
Imaged Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 3 |

Luke A. Sizemore
    on behalf of Debtor Rockdale Marcellus LLC lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Luke A. Sizemore
    on behalf of Debtor Rockdale Marcellus Holdings LLC lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Marc Greenwald
    on behalf of Plaintiff Rockdale Marcellus LLC marcgreenwald@quinnemanuel.com

Maribeth Thomas
    on behalf of Debtor Tilden Marcellus LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Mark A. Lindsay
    on behalf of Creditor ABC Holding I LLC mlindsay@bernsteinlaw.com, cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com

Michael J. Roeschenthaler
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings LLC, and Rockdale Marcellus, LLC mroeschenthaler@wtplaw.com, kmccauley@wtplaw.com;llescallette@wtplaw.com

Michael Paul Oliverio
    on behalf of Creditor ProFrac Services LLC mpoliverio@vorys.com, mjcoleman@vorys.com

Michael R. Proctor
    on behalf of Creditor White Oak Global Advisors LLC mproctor@bowlesrice.com lcrown@bowlesrice.com

Michael R. Proctor
    on behalf of Creditor White Oak Global Advisors LLC mproctor@bowlesrice.com, lcrown@bowlesrice.com

Nicholas F. Borsuk-Woodman
    on behalf of Attorney PA Public Utility Commission NBorsuk@eckertseamans.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Omar Alaniz
    on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Plaintiff Rockdale Marcellus Holdings LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Debtor Rockdale Marcellus Holdings LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Plaintiff Rockdale Marcellus LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar J. Alaniz
    on behalf of Debtor Rockdale Marcellus LLC , rstanbery@reedsmith.com;srhea@reedsmith.com

Paul J. Cordaro
    on behalf of Creditor Regency Marcellus Gas Gathering LLC pjc@camlev.com, candl@camlev.com;tmatiasic@yahoo.com;hlp@camlev.com;jmb@camlev.com;kmonahan@camlev.com

Robert J Burnett
    on behalf of Creditor Veronica Dugan rburnett@hh-law.com

Robert J Burnett
    on behalf of Creditor Jeffrey L. Dugan rburnett@hh-law.com

Robert J Burnett
    on behalf of Creditor Jeffrey L. Dugan as Trustee for the Dugan Family Trust rburnett@hh-law.com

Robert Jay Stark
    on behalf of Creditor Alta Fundamental Advisers LLC rstark@brownrudnick.com

Samuel H. Simon
    on behalf of Respondent Tioga Resources I LLC ssimon@hh-law.com, gallagherjl@hh-law.com

Samuel H. Simon
    on behalf of Creditor Butters Living Trust Dated September 28 2010 ssimon@hh-law.com, gallagherjl@hh-law.com

Samuel H. Simon
    on behalf of Creditor Tioga Resources I LLC ssimon@hh-law.com, gallagherjl@hh-law.com

Sara Mae Turk
   on behalf of Plaintiff Rockdale Marcellus LLC saraturk@quinnemanuel.com

Scott M. Hare
   on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings LLC, and Rockdale Marcellus, LLC share@wtplaw.com,
   share4@mac.com;8047805420@filings.docketbird.com;llescallette@wtplaw.com;JWeisbrod@wtplaw.com

Sharon M. Beausoleil
   on behalf of Creditor Energy Water Solutions LLC , sbeausoleil@foley.com;rdiep@foley.com

Steven J. Kahn
   on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator skahn@pszjlaw.com

Terry A. Shulsky
   on behalf of Creditor Suit-Kote Corporation terry.shulsky@bipc.com
   jessica.dillard@bipc.com;donna.curcio@bipc.com;eservice@bipc.com

Thomas D. Maxson
   on behalf of Creditor Committee The Official Committee of Unsecured Creditors thomas.maxson@dentons.com
   michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Thomas D. Maxson
   on behalf of Attorney Dentons Cohen & Grigsby P.C. thomas.maxson@dentons.com
   michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Thomas D. Maxson
   on behalf of Creditor Committee Official Committee of Unsecured Creditors of Tilden Marcellus LLC
   thomas.maxson@dentons.com, michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Timothy P. Palmer
   on behalf of Creditor UGI Texas Creek LLC timothy.palmer@bipc.com,
   donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer
   on behalf of Creditor UGI Energy Services LLC and UGI Texas Creek, LLC timothy.palmer@bipc.com,
   donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer
   on behalf of Defendant UGI Energy Services LLC timothy.palmer@bipc.com,
   donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer
   on behalf of Defendant UGI Texas Creek LLC timothy.palmer@bipc.com,
   donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger
   on behalf of Creditor UGI Energy Services LLC and UGI Texas Creek, LLC tyler.dischinger@bipc.com,
   donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger
   on behalf of Defendant UGI Texas Creek LLC tyler.dischinger@bipc.com,
   donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger
   on behalf of Defendant UGI Energy Services LLC tyler.dischinger@bipc.com,
   donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Vera Kanova
   on behalf of Interested Party PA Dept of Environmental Protection verkanova@pa.gov

Vera Kanova
   on behalf of Interested Party Commonwealth of Pennsylvania Department of Environmental Protection verkanova@pa.gov

TOTAL: 121