# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ROCKDALE MARCELLUS HOLDINGS, LLC and ROCKDALE MARCELLUS, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-22080-GLT<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, SOLELY IN HIS CAPACITY AS PLAN ADMINISTRATOR ACTING ON BEHALF OF ROCKDALE MARCELLUS HOLDINGS, LLC, AND ROCKDALE MARCELLUS, LLC<br><br>Movant,<br><br>v.<br><br>NO RESPONDENT. | Related to Doc. No.: 1372 & 1373<br><br>Hearing Date: March 29, 2023<br><br>Hearing Time: 11:00 AM (EST)<br><br>Response Deadline: March 22, 2023 at 4 PM (EST) |

**CERTIFICATE OF SERVICE OF PLAN ADMINISTRATOR'S MOTION TO EXTEND THE DEADLINE TO OBJECT TO CLAIMS [DOC. NO. 1372] AND NOTICE OF HEARING WITH <u>RESPONSE DEADLINE ON THE MOTION [DOC. NO. 1373]</u>**

I certify, under penalty of perjury, that I caused a true and correct copy of the forgoing document to be served on February 27, 2023 as indicated below.

The types of service used were: ECF Notification, Direct Mail, and U.S. First Class Mail.

***<u>Service by CM/ECF Notification on February 27, 2023:</u>***

Omar Alaniz on behalf of Debtor Rockdale Marcellus Holdings, LLC
oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz on behalf of Debtor Rockdale Marcellus Holdings, LLC and Rockdale Marcellus, LLC
oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz on behalf of Other Prof. Alfred T. Giuliano, solely in his capacity as Plan Administrator
oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz on behalf of Plaintiff Rockdale Marcellus Holdings, LLC
oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Rockdale Marcellus Holdings, LLC (7117); and Rockdale Marcellus, LLC (8767).

Omar Alaniz on behalf of Plaintiff Rockdale Marcellus, LLC
oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar J. Alaniz on behalf of Debtor Rockdale Marcellus, LLC
, rstanbery@reedsmith.com;srhea@reedsmith.com

Aaron S. Applebaum on behalf of Attorney DLA Piper LLP (US)
aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com

Aaron S. Applebaum on behalf of Creditor Committee Official Committee of Unsecured Creditors of Tilden Marcellus, LLC
aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com

Aaron S. Applebaum on behalf of Creditor Committee The Official Committee of Unsecured Creditors
aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com

Keith M. Aurzada on behalf of Debtor Rockdale Marcellus Holdings, LLC and Rockdale Marcellus, LLC
kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com

Keith M. Aurzada on behalf of Plaintiff Rockdale Marcellus Holdings, LLC
kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com

Keith M. Aurzada on behalf of Plaintiff Rockdale Marcellus, LLC
kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com

Sharon M. Beausoleil on behalf of Creditor Energy Water Solutions, LLC
, sbeausoleil@foley.com;rdiep@foley.com

Nicholas F. Borsuk-Woodman on behalf of Attorney PA Public Utility Commission
NBorsuk@eckertseamans.com

Robert J Burnett on behalf of Creditor Jeffrey L. Dugan, as Trustee for the Dugan Family Trust
rburnett@hh-law.com

Robert J Burnett on behalf of Creditor Jeffrey L. Dugan
rburnett@hh-law.com

Robert J Burnett on behalf of Creditor Veronica Dugan
rburnett@hh-law.com

Allison L. Carr on behalf of Creditor Commonwealth of Pennsylvania, Department of Revenue
acarr@attorneygeneral.gov

Paul J. Cordaro on behalf of Creditor Regency Marcellus Gas Gathering, LLC
pjc@camlev.com,
candl@camlev.com;tmatiasic@yahoo.com;hlp@camlev.com;jmb@camlev.com;kmonahan@camlev.com

Clayton W. Davidson on behalf of Creditor Brubacher Excavating, Inc.
cdavidson@mwn.com, ctran@mcneeslaw.com

Clayton W. Davidson on behalf of Creditor Principle Enterprises LLC
cdavidson@mwn.com, ctran@mcneeslaw.com

Clayton W. Davidson on behalf of Creditor Principle Enterprises, LLC
cdavidson@mwn.com, ctran@mcneeslaw.com

Clayton W. Davidson on behalf of Defendant Principle Enterprises, LLC
cdavidson@mwn.com, ctran@mcneeslaw.com

Tyler S. Dischinger on behalf of Creditor UGI Energy Services, LLC and UGI Texas Creek, LLC
tyler.dischinger@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger on behalf of Defendant UGI Energy Services, LLC
tyler.dischinger@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger on behalf of Defendant UGI Texas Creek, LLC
tyler.dischinger@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Joshua Ebersole on behalf of Interested Party Commonwealth of Pennsylvania, Department of Conservation and Natural Resources
josebersol@pa.gov

Marc Greenwald on behalf of Plaintiff Rockdale Marcellus, LLC
marcgreenwald@quinnemanuel.com

Jacob Charles Hanley on behalf of Attorney PA Public Utility Commission
jhanley@eckertseamans.com

Scott M. Hare on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings, LLC, and Rockdale Marcellus, LLC
share@wtplaw.com,
share4@mac.com;8047805420@filings.docketbird.com;llescallette@wtplaw.com;JWeisbrod@wtplaw.com

Kathryn L. Harrison on behalf of Creditor Regency Marcellus Gas Gathering, LLC
klh@camlev.com,
jmb@camlev.com;hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com

Jodi Hause on behalf of U.S. Trustee Office of the United States Trustee
jodi.hause@usdoj.gov, David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Alan C. Hochheiser on behalf of Creditor AmTrust North America, Inc. on behalf of Wesco Insurance Company
ahochheiser@mauricewutscher.com

Jennifer M. Irvin on behalf of Creditor CSU - OUCTS, PA Labor & Industry
jeirvin@pa.gov, jeirvin@pa.gov

Gretchen Lee Jankowski on behalf of Defendant UGI Energy Services, LLC
gretchen.jankowski@bipc.com, eservice@bipc.com

Gretchen Lee Jankowski on behalf of Defendant UGI Texas Creek, LLC
gretchen.jankowski@bipc.com, eservice@bipc.com

Steven J. Kahn on behalf of Other Prof. Alfred T. Giuliano, solely in his capacity as Plan Administrator
skahn@pszjlaw.com

Vera Kanova on behalf of Interested Party Commonwealth of Pennsylvania, Department of Environmental Protection
verkanova@pa.gov

Vera Kanova on behalf of Interested Party PA Dept of Environmental Protection
verkanova@pa.gov

John W. Kettering on behalf of Creditor J.L. Watts Excavating, Inc.
JK@pietragallo.com, ms@pietragallo.com

Alexis Allen Leventhal on behalf of Debtor Rockdale Marcellus Holdings, LLC
aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com

Alexis Allen Leventhal on behalf of Debtor Rockdale Marcellus Holdings, LLC and Rockdale Marcellus, LLC
aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com

Alexis Allen Leventhal on behalf of Debtor Rockdale Marcellus, LLC
aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com

Alexis Allen Leventhal on behalf of Other Prof. Alfred T. Giuliano, solely in his capacity as Plan Administrator
aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com

Alexis Allen Leventhal on behalf of Plaintiff Rockdale Marcellus Holdings, LLC
aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com

Alexis Allen Leventhal on behalf of Plaintiff Rockdale Marcellus, LLC
aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com

Mark A. Lindsay on behalf of Creditor ABC Holding I, LLC
mlindsay@bernsteinlaw.com, cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com

Beverly Weiss Manne on behalf of Attorney Morris, Nichols, Asht & Tunnell LLP
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne on behalf of Attorney Tilden Marcellus, LLC
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne on behalf of Attorney Tucker Arensberg
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne on behalf of Attorney Tucker Arensberg, P.C.
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne on behalf of Creditor Tilden Marcellus, LLC
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne on behalf of Debtor Tilden Marcellus, LLC
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne on behalf of Interested Party Epiq Corporate
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne on behalf of Interested Party Petrie Partners Securities, LLC
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne on behalf of Interested Party Tilden Marcellus LLC
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne on behalf of Other Prof. Epiq Corporate Restructuring, LLC
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Thomas D. Maxson on behalf of Attorney Dentons Cohen & Grigsby P.C.
thomas.maxson@dentons.com, michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Thomas D. Maxson on behalf of Creditor Committee Official Committee of Unsecured Creditors of Tilden Marcellus, LLC
thomas.maxson@dentons.com, michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Thomas D. Maxson on behalf of Creditor Committee The Official Committee of Unsecured Creditors
thomas.maxson@dentons.com, michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Brendan Andrew O'Donnell on behalf of Creditor Jeffrey L. Dugan, as Trustee for the Dugan Family Trust
odonnellba@hh-law.com

Brendan Andrew O'Donnell on behalf of Creditor Jeffrey L. Dugan
odonnellba@hh-law.com

Brendan Andrew O'Donnell on behalf of Creditor Veronica Dugan
odonnellba@hh-law.com

John R. O'Keefe, Jr. on behalf of Creditor National Fuel Gas Distribution Corp.
jokeefe@metzlewis.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Michael Paul Oliverio on behalf of Creditor ProFrac Services, LLC
mpoliverio@vorys.com, mjcoleman@vorys.com

Timothy P. Palmer on behalf of Creditor UGI Energy Services, LLC and UGI Texas Creek, LLC
timothy.palmer@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer on behalf of Creditor UGI Texas Creek, LLC
timothy.palmer@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer on behalf of Defendant UGI Energy Services, LLC
timothy.palmer@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer on behalf of Defendant UGI Texas Creek, LLC
timothy.palmer@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Daniel Michael Pereira on behalf of Creditor Flynn Energy Transport, Inc.
dpereira@stradley.com

Christopher L. Perkins
cperkins@eckertseamans.com

Christopher L. Perkins on behalf of Attorney PA Public Utility Commission
cperkins@eckertseamans.com

Christopher Darnell Porter on behalf of Plaintiff Rockdale Marcellus, LLC
chrisporter@quinnemanuel.com

Michael R. Proctor on behalf of Creditor White Oak Global Advisors LLC
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Michael R. Proctor on behalf of Creditor White Oak Global Advisors, LLC
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Donald J. Reinhard, II on behalf of Debtor Rockdale Marcellus Holdings, LLC and Rockdale Marcellus, LLC
donaldreinhard@quinnemanuel.com

Donald J. Reinhard, II on behalf of Debtor Rockdale Marcellus, LLC
donaldreinhard@quinnemanuel.com

Donald J. Reinhard, II on behalf of Plaintiff Rockdale Marcellus, LLC
donaldreinhard@quinnemanuel.com

Jared S. Roach on behalf of Accountant Houlihan Lokey Capital, Inc.
jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach on behalf of Debtor Rockdale Marcellus Holdings, LLC
jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach on behalf of Debtor Rockdale Marcellus, LLC
jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach on behalf of Other Prof. Alfred T. Giuliano, solely in his capacity as Plan Administrator
jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach on behalf of Plaintiff Rockdale Marcellus Holdings, LLC

jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach on behalf of Plaintiff Rockdale Marcellus, LLC
jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Lindsey L. Robin on behalf of Debtor Rockdale Marcellus Holdings, LLC and Rockdale Marcellus, LLC
lrobin@reedsmith.com, srhea@reedsmith.com

Lindsey L. Robin on behalf of Debtor Rockdale Marcellus, LLC
, srhea@reedsmith.com

Lindsey L. Robin on behalf of Plaintiff Rockdale Marcellus Holdings, LLC
lrobin@reedsmith.com, srhea@reedsmith.com

Lindsey L. Robin on behalf of Plaintiff Rockdale Marcellus, LLC
lrobin@reedsmith.com, srhea@reedsmith.com

Michael J. Roeschenthaler on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings, LLC, and Rockdale Marcellus, LLC
mroeschenthaler@wtplaw.com, kmccauley@wtplaw.com;llescallette@wtplaw.com

David W. Ross on behalf of Interested Party Repsol Oil and Gas USA, LLC
dross@bernsteinlaw.com, cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com

Eric A. Schaffer on behalf of Creditor Alta Fundamental Advisers, LLC
eschaffer@stonecipherlaw.com

Eric A. Schaffer on behalf of Interested Party Delaware Trust Company
eschaffer@stonecipherlaw.com

Daniel R. Schimizzi on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings, LLC, and Rockdale Marcellus, LLC
dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

Daniel R. Schimizzi on behalf of Financial Advisor Riveron RTS, LLC
dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

Daniel R. Schimizzi on behalf of Interested Party Alfred T. Giuliano, solely in his capacity as Plan Administrator
dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

Daniel R. Schimizzi on behalf of Other Prof. Alfred T. Giuliano, solely in his capacity as Plan Administrator
dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

Christopher P. Schueller on behalf of Creditor UGI Energy Services, LLC and UGI Texas Creek, LLC
christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com

Christopher P. Schueller on behalf of Defendant UGI Energy Services, LLC
christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com

Christopher P. Schueller on behalf of Defendant UGI Texas Creek, LLC
christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com

Terry A. Shulsky on behalf of Creditor Suit-Kote Corporation
terry.shulsky@bipc.com, jessica.dillard@bipc.com;donna.curcio@bipc.com;eservice@bipc.com

Samuel H. Simon on behalf of Creditor Butters Living Trust Dated September 28, 2010
ssimon@hh-law.com, gallagherjl@hh-law.com

Samuel H. Simon on behalf of Creditor Tioga Resources I, LLC
ssimon@hh-law.com, gallagherjl@hh-law.com

Samuel H. Simon on behalf of Respondent Tioga Resources I, LLC
ssimon@hh-law.com, gallagherjl@hh-law.com

Luke A. Sizemore on behalf of Attorney Reed Smith LLP
lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Luke A. Sizemore on behalf of Debtor Rockdale Marcellus Holdings, LLC
lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Luke A. Sizemore on behalf of Debtor Rockdale Marcellus, LLC
lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

George T. Snyder on behalf of Creditor Alta Fundamental Advisers, LLC
gsnyder@stonecipherlaw.com

George T. Snyder on behalf of Interested Party Delaware Trust Company
gsnyder@stonecipherlaw.com

Robert Jay Stark on behalf of Creditor Alta Fundamental Advisers, LLC
rstark@brownrudnick.com

Gregory Thomas Sturges on behalf of Interested Party TXCR Acquisition Co., LLC
sturgesg@gtlaw.com, herrinm@gtlaw.com

Erin Tate on behalf of Attorney PA Public Utility Commission
etate@pa.gov

Maribeth Thomas on behalf of Debtor Tilden Marcellus, LLC
mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Sara Mae Turk on behalf of Plaintiff Rockdale Marcellus, LLC
saraturk@quinnemanuel.com

Joel M. Walker on behalf of Attorney Joel M. Walker
jmwalker@nshmlaw.com

Helen S. Ward on behalf of Creditor Energy Water Solutions, LLC
helen.ward@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com

Jordan Webster on behalf of Defendant UGI Energy Services, LLC
jordan.webster@bipc.com

Jordan Webster on behalf of Defendant UGI Texas Creek, LLC
jordan.webster@bipc.com

Devin van der Hahn on behalf of Plaintiff Rockdale Marcellus Holdings, LLC
Devinvanderhahn@quinnemanuel.com

Devin van der Hahn on behalf of Plaintiff Rockdale Marcellus, LLC
Devinvanderhahn@quinnemanuel.com

Devin van der Hahn on behalf of Spec. Counsel Quinn Emanuel Urquhart & Sullivan, LLP
Devinvanderhahn@quinnemanuel.com

*__Service by Direct Email on February 27, 2023__*:

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| BABST, CALLAND, CLEMENTS & ZOMNIR, P.C. | ATTN: DAVID W ROSS; ERICA K DAUSCH | DROSS@BABSTCALLAND.COM; EDAUSCH@BABSTCALLAND.COM |
| BOWLES RICE LLP | ATTN MICHAEL R PROCTOR | MPROCTOR@BOWLESRICE.COM |
| BROWN RUDNICK, LLP | ATTN: ROBERT J STARK & STEVEN B LEVINE | RSTARK@BROWNRUDNICK.COM; SLEVINE@BROWNRUDNICK.COM |
| BROWN RUDNICK, LLP | ATTN ROBERT J. STARK & STEVE LEVINE | RSTARK@BROWNRUDNICK.COM;SLEVINE@BROWNRUDNICK.COM |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN TIMOTHY PALMER, TYLER S DISCHINGER | TIMOTHY.PALMER@BIPC.COM; TYLER.DISCHINGER@BIPC.COM |
| CAMPBELL & LEVINE, LLC | ATTN: PAUL J CORDARO; KATHRYN L HARRISON | PCORDARO@CAMLEV.COM; KHARRISON@CAMLEV.COM |
| DAVIS POLK & WARDWELL LLP | ATTN DARREN S KLEIN & ADAM L SHPEEN | DARREN.KLEIN@DAVISPOLK.COM; ADAM.SHPEEN@DAVISPOLK.COM |
| DELAWARE TRUST COMPANY | ATTN ADAM BERMAN, MICHELLE DREYER, SEAN FORONJY | ADAM.BERMAN@DELAWARETRUST.COM; MICHELLE.DREYER@CSCGFM.COM; SEAN.FORONJY@DELAWARETRUST.COM |
| DENTONS COHEN & GRIGSBY P.C. | ATTN: HELEN SARA WARD | HELEN.WARD@DENTONS.COM |
| DENTONS COHEN & GRIGSBY P.C. | ATTN: THOMAS D. MAXSON | THOMAS.MAXSON@DENTONS.COM |
| DEPARTMENT OF ENVIRONMENTAL PROTECTION | ATTN VERA N KANOVA, ASSISTANT COUNSEL | VERKANOVA@PA.GOV |
| DLA PIPER LLP (US) | ATTN: DENNIS O'DONNELL | DENNIS.ODONNELL@DLAPIPER.COM |
| FOLEY & LARDNER LLP | ATTN: SHARON M. BEAUSOLEIL | SBEAUSOLEIL@FOLEY.COM |
| GREENBERG TRAURIG, LLP | ATTN: KARL D. BURRER | BURRERK@GTLAW.COM |
| GREENBERG TRAURIG, LLP | ATTN: GREGORY T. STURGES | STURGESG@GTLAW.COM |
| HOUSTON HARBAUGH, P.C. | ATTN: S. SIMON, R. BURNETT, B. O'DONNELL | SSIMON@HH-LAW.COM; RBURNETT@HH-LAW.COM; ODONNELLBA@HH-LAW.COM |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: JOHN E. MITCHELL, YELENA E. ARCHIYAN, | JOHN.MITCHELL@KATTEN.COM; YELENA.ARCHIYAN@KATTEN.COM; MICHAELA.CROCKER@KATTEN.COM |
| MAURICE WUTSCHER LLP | ATTN ALAN C HOCHHEISER | AHOCHHEISER@MAURICEWUTSCHER.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| MCNEES WALLACE & NURICK LLC | ATTN CLAYTON W DAVIDSON, ESQ & DANA W CHILSON, ESQ | CDAVIDSON@MCNEESLAW.COM; DCHILSON@MCNEESLAW.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN ROBERT J DEHNEY; TAYLOR M HAGA; | RDEHNEY@MORRISNICHOLS.COM; THAGA@MORRISNICHOLS.COM; MHARVEY@MORRISNICHOLS.COM |
| OFFICE OF ATTORNEY GENERAL | ATTN ALLISON L CARR, SR DEPUTY ATTORNEY GENERAL | ACARR@ATTORNEYGENERAL.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN JODI L HAUSE | JODI.HAUSE@USDOJ.GOV |
| PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP | ATTN: JOHN W KETTERING | JK@PIETRAGALLO.COM |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | ATTN BENJAMIN I. FINESTONE, MARC L. GREENWALD, | BENJAMINFINESTONE@QUINNEMANUEL.COM; MARCGREENWALD@QUINNEMANUEL.COM; DONALDREINHARD@QUINNEMANUEL.COM; SARATURK@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | ATTN CHRISTOPHER D. PORTER, DEVIN VAN DER HAHN | CHRISPORTER@QUINNEMANUEL.COM; DEVINVANDERHAHN@QUINNEMANUEL.COM |
| REED SMITH LLP | ATTN KEITH M AURZADA, OMAR J ALANIZ, | KAURZADA@REEDSMITH.COM; OALANIZ@REEDSMITH.COM; LROBIN@REEDSMITH.COM; DDALCOL@REEDSMITH.COM |
| REED SMITH LLP | ATTN LUKE A SIZEMORE, JARED S ROACH, | LSIZEMORE@REEDSMITH.COM; JROACH@REEDSMITH.COM; ALEVENTHAL@REEDSMITH.COM |
| ROCKDALE MARCELLUS, LLC | C/O JOHN C. DIDONATO | JDIDONATO@HCG.COM; CBROWN@HCG.COM |
| SEWARD & KISSEL LLP | ATTN JOHN R ASHMEAD, GREGG S BATEMAN, | BATEMAN@SEWKIS.COM; ASHMEAD@SEWKIS.COM; LOTEMPIO@SEWKIS.COM |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN JOSH SHAPIRO | INFO@ATTORNEYGENERAL.GOV |
| STONECIPHER LAW FIRM | ATTN ERIC SCHAFFER, GEORGE SNYDER | ESCHAFFER@STONECIPHERLAW.COM; GSNYDER@STONECIPHERLAW.COM |
| STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA | DPEREIRA@STRADLEY.COM |
| TUCKER ARENSBERG, PC | ATTN BEVERLY WEISS MANNE | BMANNE@TUCKERLAW.COM |
| VORYS, SATER, SEYMOUR & PEASE LLP | ATTN MICHAEL P OLIVERIO | MPOLIVERIO@VORYS.COM |
| WILLKIE FARR & GALLAGHER LLP | ATTN ANA ALFONSO | AALFONSO@WILLKIE.COM |
| COMMITTEE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TILDEN MARCELLUS, LLC | AARON S. APPLEBAUM | AARON.APPLEBAUM@US.DLAPIPER.COM |
| ATTORNEY PA PUBLIC UTILITY COMMISSION | NICHOLAS F. BORSUK-WOODMAN | NBORSUK@ECKERTSEAMANS.COM |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES | JOSHUA EBERSOLE | JOSEBERSOL@PA.GOV |
| PA PUBLIC UTILITY COMMISSION | CHRIS PERKINS JACOB CHARLES HANLEY ERIN TATE | CPERKINS@ECKERTSEAMANS.COM; JHANLEY@ECKERTSEAMANS.COM ETATE@PA.GOV |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| REGENCY MARCELLUS GAS GATHERING, LLC | PAUL J. CORDARO KATHRYN L. HARRISON | PJC@CAMLEV.COM KLH@CAMLEV.COM |
| CSU - OUCTS, PA LABOR & INDUSTRY | JENNIFER M. IRVIN | JEIRVIN@PA.GOV |
| UGI ENERGY SERVICES, LLC | GRETCHEN LEE JANKOWSKI | GRETCHEN.JANKOWSKI@BIPC.COM |
| ABC HOLDING I, LLC | MARK A. LINDSAY | MLINDSAY@BERNSTEINLAW.COM |
| NATIONAL FUEL GAS DISTRIBUTION CORP. | JOHN R. O'KEEFE, JR. | JOKEEFE@METZLEWIS.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | | USTPREGION03.PI.ECF@USDOJ.GOV |
| UGI TEXAS CREEK, LLC | CHRISTOPHER P. SCHUELLER JORDAN WEBSTER | CHRISTOPHER.SCHUELLER@BIPC.COM JORDAN.WEBSTER@BIPC.COM |
| SUIT-KOTE CORPORATION | TERRY A. SHULSKY | TERRY.SHULSKY@BIPC.COM |
| TILDEN MARCELLUS, LLC | MARIBETH THOMAS | MTHOMAS@TUCKERLAW.COM |
| ATTORNEY JOEL M. WALKER | JOEL M. WALKER | JMWALKER@NSHMLAW.COM |

*Service by U.S. First Class Mail on February 27, 2023*:

Internal Revenue Service
1000 Liberty Avenue, Room 711B
Pittsburgh, PA 15222

Internal Revenue Service
Special Procedures Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Shell Trading Risk Management
1000 Main St, 12th Fl
Houston, TX 77002

Shell Western E&P, LP
200 N Dairy Ashford Road
Houston, TX 77079-1101

US Attorney's Office for the Western District of PA
Attn: Stephen R Kaufman & Joseph F Weis, Jr
US Courthouse
700 Grant St, Ste 4000
Pittsburgh, PA 15219

Dated: February 27, 2023

WHITEFORD, TAYLOR & PRESTON, LLP

*/s/ Daniel R. Schimizzi*
Daniel R. Schimizzi, Esq. (PA I.D.: 311869)
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
Tel: (412) 275-2401
Fax: (412) 275-2404
dschimizzi@wtplaw.com

*Local Counsel to Alfred T. Giuliano, Solely in his Capacity as Plan Administrator of Rockdale Marcellus Holdings, LLC, and Rockdale Marcellus, LLC*