## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | |
| | Chapter 11 |
| ROCKDALE MARCELLUS HOLDINGS, LLC, and ROCKDALE MARCELLUS, LLC, | Case No. 21-22080-GLT |
| Debtors. | (Jointly Administered) |
| ALFRED T. GIULIANO, SOLELY IN HIS CAPACITY AS PLAN ADMINISTRATOR FOR ROCKDALE MARCELLUS HOLDINGS, LLC, and ROCKDALE MARCELLUS, LLC, | Related to Docket No. 1376 |
| Movants, | |
| v. | |
| TILDEN MARCELLUS, LLC, | |
| Respondent. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Certification of Counsel Regarding Stipulation and Agreed Order Resolving Claim Nos. 10035 and 10036 of Tilden Marcellus, LLC and Claims of the Rockdale Debtors against Tilden* [Doc. No. 1376] was served on March 3, 2023, via U.S. First Class Mail, to the parties listed on Exhibit A, and on March 3, 2023, via electronic mail, to the parties listed on Exhibit B

Dated:  March 3, 2023                      Respectfully submitted,

                                           REED SMITH LLP

                                           By: /s/ Omar J. Alaniz
                                           Omar J. Alaniz (admitted *pro hac vice*)
                                           2850 N. Harwood St., Ste. 1500
                                           Dallas, TX 75201
                                           Telephone:  (469) 680-4200
                                           Facsimile:  (469) 680-4299
                                           Email:   oalaniz@reedsmith.com

                                           Luke A. Sizemore (PA ID No. 306443)
                                           Jared S. Roach (PA ID No. 307541)
                                           Alexis A. Leventhal (PA ID No. 324472)
                                           Reed Smith Centre
                                           225 Fifth Avenue, Suite 1200
                                           Pittsburgh, PA 15222
                                           Telephone:  (412) 288-3131
                                           Facsimile:  (412) 288-3063
                                           Email: lsizemore@reedsmith.com
                                           Email:   jroach@reedsmith.com
                                           Email:   aleventhal@reedsmith.com

                                           WHITEFORD, TAYLOR & PRESTON, LLP
                                           Daniel R. Schimizzi, Esq. (PA I.D. 311869)
                                           11 Stanwix Street, Suite 1400
                                           Pittsburgh, PA 15222
                                           Telephone: (412) 275-2401
                                           Facsimile: (412) 275-2404
                                           Email:   dschimizzi@wtplaw.com

                                           PACHULSKI STANG ZIEHL & JONES LLP
                                           Bradford J. Sandler (PA ID No. 77463)
                                           780 Third Avenue, 34th Floor
                                           New York, NY 10017
                                           Telephone: (212)-561-7700
                                           Facsimile: (212)-561-7777
                                           Email:   bsandler@pszjlaw.com

                                           *Counsel to Alfred T. Giuliano, Plan Administrator
                                            for Rockdale Marcellus Holdings, LLC, and
                                            Rockdale Marcellus, LLC*

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES INSOLVENCY PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| SHELL TRADING RISK MANAGEMENT | 1000 MAIN ST, 12TH FL HOUSTON TX 77002 |
| SHELL WESTERN E&P, LP | 200 N DAIRY ASHFORD ROAD HOUSTON TX 77079-1101 |
| US ATTORNEY'S OFFICE FOR THE WESTERN DIST OF PA | ATTN STEPHEN R KAUFMAN & JOSEPH F WEIS, JR US COURTHOUSE 700 GRANT ST, STE 4000 PITTSBURGH PA 15219 |

**Total Creditor count  4**

**EXHIBIT B**

**Rockdale Marcellus, LLC**
**Case No. 21-22080 (GLT)**
**Electronic Mail Master Service List**

AALFONSO@WILLKIE.COM
ACARR@ATTORNEYGENERAL.GOV
ADAM.BERMAN@DELAWARETRUST.COM
ADAM.SHPEEN@DAVISPOLK.COM
AHOCHHEISER@MAURICEWUTSCHER.COM
ALEVENTHAL@REEDSMITH.COM
ASHMEAD@SEWKIS.COM
BATEMAN@SEWKIS.COM
BENJAMINFINESTONE@QUINNEMANUEL.COM
BMANNE@TUCKERLAW.COM
BSANDLER@PSZJLAW.COM
BURRERK@GTLAW.COM
CBROWN@HCG.COM
CDAVIDSON@MCNEESLAW.COM
CHRISPORTER@QUINNEMANUEL.COM
DARREN.KLEIN@DAVISPOLK.COM
DCHILSON@MCNEESLAW.COM
DDALCOL@REEDSMITH.COM
DENNIS.ODONNELL@DLAPIPER.COM
DEVINVANDERHAHN@QUINNEMANUEL.COM
DONALDREINHARD@QUINNEMANUEL.COM
DPEREIRA@STRADLEY.COM
DROSS@BABSTCALLAND.COM
DSCHIMIZZI@WTPLAW.COM
EDAUSCH@BABSTCALLAND.COM
ESCHAFFER@STONECIPHERLAW.COM
GSNYDER@STONECIPHERLAW.COM
HELEN.WARD@DENTONS.COM
INFO@ATTORNEYGENERAL.GOV
JC@ALTAFUNDAMENTAL.COM
JDIDONATO@HCG.COM
JK@PIETRAGALLO.COM
JODI.HAUSE@USDOJ.GOV
JOHN.MITCHELL@KATTEN.COM
JROACH@REEDSMITH.COM

KAURZADA@REEDSMITH.COM
KHARRISON@CAMLEV.COM
LOTEMPIO@SEWKIS.COM
LROBIN@REEDSMITH.COM
LSIZEMORE@REEDSMITH.COM
MARCGREENWALD@QUINNEMANUEL.COM
MHARVEY@MORRISNICHOLS.COM
MICHAELA.CROCKER@KATTEN.COM
MICHELLE.DREYER@CSCGFM.COM
MPOLIVERIO@VORYS.COM
MPROCTOR@BOWLESRICE.COM
MROESCHENTHALER@WTPLAW.COM
OALANIZ@REEDSMITH.COM
ODONNELLBA@HH-LAW.COM
PCORDARO@CAMLEV.COM
PLABOV@PSZJLAW.COM
RBURNETT@HH-LAW.COM
RDEHNEY@MORRISNICHOLS.COM
RFEINSTEIN@PSZJLAW.COM
RSTARK@BROWNRUDNICK.COM
SARATURK@QUINNEMANUEL.COM
SBEAUSOLEIL@FOLEY.COM
SCHO@PSZJLAW.COM
SEAN.FORONJY@DELAWARETRUST.COM
SHARE@WTPLAW.COM
SLEVINE@BROWNRUDNICK.COM
SSIMON@HH-LAW.COM
STURGESG@GTLAW.COM
THAGA@MORRISNICHOLS.COM
THOMAS.MAXSON@DENTONS.COM
TIMOTHY.PALMER@BIPC.COM
TYLER.DISCHINGER@BIPC.COM
VERKANOVA@PA.GOV
YELENA.ARCHIYAN@KATTEN.COM