IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ROCKDALE MARCELLUS HOLDINGS, LLC and ROCKDALE MARCELLUS, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 21-22080-GLT<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, SOLELY IN HIS CAPACITY AS PLAN ADMINISTRATOR FOR ROCKDALE MARCELLUS HOLDINGS, LLC and ROCKDALE MARCELLUS, LLC,<br><br>Movants,<br><br>v.<br><br>TILDEN MARCELLUS, LLC,<br><br>Respondent. | Document No. ____<br><br>Related to Claim Nos. 10035 & 10036<br><br>Related to Doc. Nos. 1284, 1324<br><br>Hearing Date and Time: March 31, 2023, at 10:00 a.m. (prevailing Eastern Time) |

**STIPULATION AND AGREED ORDER RESOLVING CLAIM
NOS. 10035 AND 10036 OF TILDEN MARCELLUS, LLC AND
CLAIMS OF THE ROCKDALE DEBTORS AGAINST TILDEN**

Alfred T. Guiliano (the "Rockdale Plan Administrator"), solely in his capacity as Plan Administrator for Rockdale Marcellus Holdings, LLC ("RMH") and Rockdale Marcellus, LLC ("Rockdale" and, together with RMH, the "Rockdale Debtors"), and Jeffrey T. Varsalone, (the "Tilden Trustee" and together with the Rockdale Plan Administrator, the "Parties" and each a "Party"), solely in his capacity as Liquidating Trustee of the Tilden Liquidating Trust (the "Tilden Trust"), successor to Tilden Marcellus, LLC ("Tilden"), respectfully submit this stipulation (the "Stipulation") and agreed order to resolve all claims as between the Parties as a global resolution and settlement, including Claim Nos. 10035 and 10036 (the "Tilden Claims") filed by Tilden

against the Rockdale Debtors as well as Claim Nos. 24 and 25 filed by the Rockdale Debtors against Tilden in its bankruptcy case (the "Rockdale Claims").

### I. The Rockdale Debtors' Bankruptcy Cases.

**WHEREAS**, on September 21, 2021, each of the Rockdale Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, in the United States Bankruptcy Court for the Western District of Pennsylvania (the "Court");

**WHEREAS**, on October 22, 2021, the Rockdale Debtors filed the *Debtors' Motion for Entry of an Order (I) Establishing Bar Date for Submitting Proofs of Claim, (II) Approving Procedures for Submitting Proofs of Claim, and (III) Approving Notice Thereof* [Doc. No. 238] (the "Bar Date Motion");

**WHEREAS**, on November 9, 2021, the Court entered an order [Doc. No. 375] (the "Bar Date Order") granting the relief requested in the Bar Date Motion and establishing certain deadlines for persons or entities holding claims against the Rockdale Debtors to file claims, including a General Bar Date (including claims arising under section 503(b)(9) of the Bankruptcy Code), a Governmental Bar Date, a Rejection Bar Date, and a Supplemental Bar Date (as such terms are defined in the Bar Date Order);

**WHEREAS**, on November 12, 2021, the Rockdale Debtors caused the Bar Date Notice (as defined in the Bar Date Order) to be served in accordance with the procedures outlined in the Bar Date Order;

**WHEREAS**, On April 14, 2022, the Court entered the Rockdale Confirmation Order[1] confirming the Rockdale Plan.[2] The Rockdale Plan became effective by its terms on April 29, 2022 [Doc. No. 1122] (the "Effective Date");

**WHEREAS**, upon the Effective Date, the Rockdale Plan Administrator was appointed to serve as the Rockdale Debtors' representative in accordance with section 1123 of the Bankruptcy Code, and has all powers, authority, and responsibilities specified in the Rockdale Plan, including, without limitation, the authority to object to claims. *See* Plan § 14.1;

II. **The Tilden Bankruptcy Case.**

**WHEREAS**, on February 4, 2022, Tilden commenced its bankruptcy case, Case No. 22-20212-GLT (the "Tilden Bankruptcy Case"), Doc. No. 1;

**WHEREAS**, on March 31, 2022, the Court filed a notice of chapter 11 bankruptcy case [Tilden Bankruptcy Case, Doc. No. 217] that scheduled the section 341 meeting of creditors in the Tilden Bankruptcy Case for May 2, 2022 and, consistent with Local Rule 3003-1, established a proof of claim deadline for all creditors (except a governmental unit) for August 1, 2022 in the Tilden Bankruptcy Case. *Id.*;

**WHEREAS**, on April 21, 2022, Tilden sought to change the originally scheduled bar dates pursuant to Tilden's *Expedited Motion for Entry of an Order (I) Resetting the Bar Date for Filing Proofs of Claim, (II) Establishing Certain Bar Dates for Filing Prepetition Claims and Administrative Expense Claims, and (III) Granting Related Relief, Including Notice and Filing*

---

[1] The "Rockdale Confirmation Order" is the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Second Amended Combined Disclosure Statement and Plan of Liquidation of Rockdale Marcellus Holdings, LLC and Rockdale Marcellus, LLC Under Chapter 11 of the Bankruptcy Code on a Final Basis, and (II) Confirming the Second Amended Combined Disclosure Statement and Plan of Liquidation of Rockdale Marcellus Holdings, LLC and Rockdale Marcellus, LLC Under Chapter 11 of the Bankruptcy Code* [Doc. No. 1070].

[2] The "Rockdale Plan" is the *Second Amended Combined Disclosure Statement and Plan of Liquidation of Rockdale Marcellus Holdings, LLC and Rockdale Marcellus, LLC Under Chapter 11 of the Bankruptcy Code* [Doc. No. 920].

*Procedures* [Tilden Bankruptcy Case, Doc. No. 260], which the Court granted on May 10, 2022, setting the general bar date for June 10, 2022, at 5:00 p.m. (ET) and the governmental bar date for August 3, 2022, at 5:00 p.m. (ET) [Tilden Bankruptcy Case, Doc. No. 329];

**WHEREAS**, on September 1, 2022, Tilden confirmed its liquidating plan (the "Tilden Plan") [Tilden Bankruptcy Case, Doc. No. 473];

### III. The Claims' Process.

**WHEREAS**, on December 9, 2021, the Tilden Trustee filed the Tilden Claims against the Rockdale Debtors;

**WHEREAS**, the Tilden Claims are identical, asserting a general unsecured claim in an "undetermined" amount against Rockdale (Claim No. 10035) and RMH (Claim No. 10036), respectively, for all claims and rights:

> (i) arising out of an intercompany accounts payable reconciliation; (ii) all claims for contribution, indemnification, and consequential damages arising out of claims, actions and litigation naming Claimant as defendant, including but not limited to, (a) *Principle Enterprises, LLC v. Tilden Marcellus, et al.*, Case No. 4:21-cv-01115-MWB, pending in the U.S. District Court for the Middle District of Pennsylvania (the "Principle Action"), and (b) *Brubacher Excavating, Inc., v. Tilden Marcellus, LLC*, Case No. 4:21-cv-01614-MWB, pending in the U.S. District Court for the Middle District of Pennsylvania (the "Brubacher Action"); and (iii) all reasonable attorneys' fees and expenses incurred in the Principle and Brubacher Actions (collectively, the "Claim"). Specifically, the Claim includes, but is not limited to, all amounts, obligations, costs, expenses, interest, attorneys' fees, insurance proceeds and other charges due and owing to Claimant from the Debtors incurred prior to, on or after September 21, 2021 (the "Petition Date").

**WHEREAS**, on June 1, 2022, the Rockdale Plan Administrator filed the Rockdale Claims against Tilden in the Tilden Bankruptcy Case. The Rockdale Claims assert liability owing from Tilden to the Rockdale Debtors "(i) for contribution, unjust enrichment, indemnification, quantum meruit, and consequential damages arising out of any litigation to which Rockdale and the Debtor are parties; and (ii) all reasonable attorneys' fees and expenses, including, but not

limited to, all amounts, obligations, costs, expenses, interest, attorneys' fees, insurance proceeds and other charges due and owing to Rockdale from the Debtor incurred prior to, on or after the February 4, 2022 petition date." *See* Rockdale Claims addenda;

**WHEREAS**, on October 20, 2022, the Rockdale Plan Administrator objected (the "Objection") to the Tilden Claims on the basis that the Rockdale Debtors are not liable for the amounts asserted therein;

**WHEREAS**, on December 12, 2022, the Tilden Trustee filed the *Tilden Liquidating Trust's Preliminary Response to the Plan Administrator's Objection to Proofs of Claim Nos. 10035 and 10036 Filed by Tilden Marcellus, LLC* [Doc. No. 1324] which asserted various theories of the Rockdale Debtors' liability for the amounts comprising the Tilden Claims; and

**WHEREAS**, after good-faith, arms'-length negotiation, the Parties desire to resolve all of their disputes relating to both the Tilden Claims and the Rockdale Claims upon the terms set forth in this Stipulation.

**NOW, THEREFORE**, the Parties hereby stipulate and agree, subject to Court approval, as follows:

1. The above recitals are incorporated by reference into this Stipulation with the same force and effect as if fully set forth herein.

2. The Parties have agreed to resolve the Tilden Claims, the Objection, and the Rockdale Claims as follows:

    a. Within ten (10) days of the approval of this Stipulation by the Court, the Rockdale Plan Administrator shall pay $50,000.00 (the "Settlement Amount") to the Tilden Trustee in full and final satisfaction of the Tilden Claims.

      b.      Upon receipt of the Settlement Amount, the Tilden Trustee agrees that it is not entitled to any further payment or distribution under the Rockdale Plan, from the Rockdale Debtors' bankruptcy estates, or from the Rockdale Plan Administrator.

      c.      Within fifteen (15) days of the approval of this Stipulation by the Court, the Rockdale Plan Administrator shall withdraw the Rockdale Claims and, upon the withdrawal of the Rockdale Claims, the Rockdale Claims shall be deemed expunged from the Tilden Bankruptcy Case and claim register.

      3.      Neither Party shall sell or otherwise transfer any portion of its interest in the Tilden Claims or the Rockdale Claims.

      4.      By executing this Stipulation, each Party represents and warrants that (i) it is the sole owner and holder of the Tilden Claims and Rockdale Claims, (ii) it has not sold, assigned, or transferred the Tilden Claims and Rockdale Claims, and (iii) it shall not amend the Tilden Claims and Rockdale Claims, file any additional proofs of claim against the other Party or commence any other proceedings against the either Party with respect to the liabilities asserted in the Tilden Claims and Rockdale Claims. Any further amendments to the Tilden Claims and Rockdale Claims or any additional claims or proceedings filed by either Party or each of its successors or assigns, against the Parties with respect to the liabilities asserted in the Tilden Claims and Rockdale Claims shall be null, void, and of no effect.

      5.      By executing this Stipulation, the Rockdale Plan Administrator, without further action, but except in connection with the satisfaction of the obligations under this Stipulation, shall be deemed to have irrevocably and unconditionally, fully, finally, and forever waived and released any and all claims, manner of actions, causes of action, suits, costs, debts, liabilities, obligations, dues, sums of money, accounts, reckonings, bonds, bills, specialties,

covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, executions, and demands whatsoever, of whatever kind or nature, and other rights that the Rockdale Debtors' bankruptcy estates possess, and/or may possess, whether known or unkown and whether matured, contingent, or disputed, in law or equity, against Tilden and against each of its attorneys, representatives, agents, financial advisors, directors, employees, officers, agents, subsidiaries, affiliates, successors, assigns and insurers, individually and collectively; the Tilden Trustee, without further action, but except in connection with the satisfaction of the obligations under this Stipulation, shall be deemed to have waived and released any and all claims, manner of actions, causes of action, suits, costs, debts, liabilities, obligations, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, executions, and demands whatsoever, of whatever kind or nature, and other rights that it possesses, and/or may possess, whether known or unknown and whether matured, contingent, or disputed, against the Rockdale Debtors and their bankruptcy estates, and against their attorneys, representatives, agents, successors, assigns and insurers, individually and collectively; <u>provided</u>, <u>however</u>, that, for the avoidance of doubt, the foregoing waiver and release in no way waives, releases, or impairs any claims, manner of actions, causes of action, suits, costs, debts, liabilities, obligations, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespassess, damages, judgments, executions, and demands whatsoever, of whatever kind or nature, and other rights that Tilden or the Tilden Trustee may have against Edward Hebert, Thomas Streeter, Eric Reigle, Energy Operating Corp. or such entity's predecessors, successors, officers, directors, managers, principals, stockholders, partners, members, employees, and controlling persons.

6. The Parties agree that each of the Parties hereto shall bear its own attorneys' fees and costs in connection with the matters resolved hereby.

7. Each of the undersigned represents that he/she is authorized to execute this Stipulation on behalf of the applicable Party.

8. This Stipulation may be executed in multiple counterparts which, together, shall constitute one and the same fully executed agreement.

9. This Stipulation shall be binding upon and inure to the benefit of the Parties' successors and assigns.

10. This Stipulation may not be modified, altered, or changed except in writing and signed by both Parties wherein specific reference is made to this Stipulation.

11. This Stipulation shall be construed and interpreted in accordance with the laws of the Commonwealth of Pennsylvania. For purposes of construing this Stipulation, neither of the Parties shall be deemed to have been the drafter of this Stipulation.

12. This Stipulation sets forth the entire agreement between the Parties hereto, and fully supersedes any prior agreement or understandings between the Parties.

13. This Stipulation and Agreed Order is a final order within the meaning of 28 U.S.C. § 158(a)(1) and is effective immediately upon entry.

14. All deadlines set forth in the *Order Extending Deadlines Regarding the Plan Administrator's Objection to Proofs of Claim Nos. 10035 and 10036 Filed by Tilden Marcellus, LLC and Adjourning Hearings* [Doc. No. 1338] are cancelled.

15. The Court shall retain jurisdiction over the terms and conditions of this Stipulation, and any and all disputes, claims, or actions based upon this Stipulation shall be heard exclusively by the Court.

Prepared by: Omar J. Alaniz, Reed Smith LLP and Morris, Nichols, Arst & Tunnell LP,

Dated: March 3, 2023

**AGREED TO AND ACCEPTED BY:**

| REED SMITH LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LP |
|---|---|
| By: */s/ Omar J. Alaniz* <br> Omar J. Alaniz (admitted *pro hac vice*) <br> 2850 N. Harwood St., Ste. 1500 <br> Dallas, TX 75201 <br> Telephone: (469) 680-4200 <br> Facsimile: (469) 680-4299 <br> Email: oalaniz@reedsmith.com | By: */s/ Matthew B. Harvey* <br> Matthew B. Harvey (admitted *pro hac vice*) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 18988-1347 <br> Telephone: (302) 351-9393 <br> Email: mharvey@morrisnichols.com |
| *Counsel to Alfred T. Giuliano, Plan Administrator for Rockdale Marcellus Holdings, LLC, and Rockdale Marcellus, LLC* | *Counsel to the Tilden Liquidating Trust, as successor to the Debtor LLC* |

**AND APPROVED BY THE COURT THIS** 3rd Day of March, 2023.

GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22080-GLT |
| Rockdale Marcellus, LLC | Chapter 11 |
| Rockdale Marcellus Holdings, LLC | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 6 |
| Date Rcvd: Mar 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Matthew B. Harvey, Morris, Nichols, Arsht & Tunnell, LLP, 1201 N. Market Street, P.O. Box 1347, Wilmington, DE 19899-1347 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron S. Applebaum | on behalf of Attorney DLA Piper LLP (US) aaron.applebaum@us.dlapiper.com  carolyn.fox@us.dlapiper.com |
| Aaron S. Applebaum | on behalf of Creditor Committee The Official Committee of Unsecured Creditors aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com |
| Aaron S. Applebaum | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Tilden Marcellus  LLC aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com |
| Alan C. Hochheiser | on behalf of Creditor AmTrust North America  Inc. on behalf of Wesco Insurance Company ahochheiser@mauricewutscher.com |
| Alexis Allen Leventhal | on behalf of Debtor Rockdale Marcellus Holdings  LLC and Rockdale Marcellus, LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Plaintiff Rockdale Marcellus Holdings  LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |

Case 21-22080-GLT   Doc 1379   Filed 03/05/23   Entered 03/06/23 00:20:48   Desc
Imaged Certificate of Notice   Page 11 of 15

| District/off: 0315-2 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| Alexis Allen Leventhal | on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Debtor Rockdale Marcellus LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Debtor Rockdale Marcellus Holdings LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Plaintiff Rockdale Marcellus LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Beverly Weiss Manne | on behalf of Attorney Tucker Arensberg bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Attorney Morris Nichols, Asht & Tunnell LLP bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Debtor Tilden Marcellus LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Tilden Marcellus LLC bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Petrie Partners Securities LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Attorney Tilden Marcellus LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Other Prof. Epiq Corporate Restructuring LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Attorney Tucker Arensberg P.C. bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Creditor Tilden Marcellus LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Epiq Corporate bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Brendan Andrew O'Donnell | on behalf of Creditor Jeffrey L. Dugan as Trustee for the Dugan Family Trust odonnellba@hh-law.com |
| Brendan Andrew O'Donnell | on behalf of Creditor Veronica Dugan odonnellba@hh-law.com |
| Brendan Andrew O'Donnell | on behalf of Creditor Jeffrey L. Dugan odonnellba@hh-law.com |
| Christopher Darnell Porter | on behalf of Plaintiff Rockdale Marcellus LLC chrisporter@quinnemanuel.com |
| Christopher L. Perkins | on behalf of Attorney PA Public Utility Commission cperkins@eckertseamans.com |
| Christopher L. Perkins | cperkins@eckertseamans.com |
| Christopher P. Schueller | on behalf of Defendant UGI Energy Services LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com |
| Christopher P. Schueller | on behalf of Defendant UGI Texas Creek LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com |
| Christopher P. Schueller | on behalf of Creditor UGI Energy Services LLC and UGI Texas Creek, LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com |
| Clayton W. Davidson | on behalf of Creditor Principle Enterprises LLC cdavidson@mwn.com, ctran@mcneeslaw.com |
| Clayton W. Davidson | on behalf of Creditor Brubacher Excavating Inc. cdavidson@mwn.com, ctran@mcneeslaw.com |

Case 21-22080-GLT   Doc 1379   Filed 03/05/23   Entered 03/06/23 00:20:48   Desc
Imaged Certificate of Notice   Page 12 of 15

| District/off: 0315-2 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| Clayton W. Davidson | on behalf of Creditor Principle Enterprises LLC cdavidson@mwn.com ctran@mcneeslaw.com |
| Clayton W. Davidson | on behalf of Defendant Principle Enterprises LLC cdavidson@mwn.com, ctran@mcneeslaw.com |
| Daniel Michael Pereira | on behalf of Creditor Flynn Energy Transport Inc. dpereira@stradley.com |
| Daniel R. Schimizzi | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings LLC, and Rockdale Marcellus, LLC dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com |
| Daniel R. Schimizzi | on behalf of Interested Party Alfred T. Giuliano solely in his capacity as Plan Administrator dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com |
| Daniel R. Schimizzi | on behalf of Financial Advisor Riveron RTS LLC dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com |
| Daniel R. Schimizzi | on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com |
| David W. Ross | on behalf of Interested Party Repsol Oil and Gas USA LLC dross@bernsteinlaw.com, cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com |
| Devin van der Hahn | on behalf of Spec. Counsel Quinn Emanuel Urquhart & Sullivan LLP Devinvanderhahn@quinnemanuel.com |
| Devin van der Hahn | on behalf of Plaintiff Rockdale Marcellus Holdings LLC Devinvanderhahn@quinnemanuel.com |
| Devin van der Hahn | on behalf of Plaintiff Rockdale Marcellus LLC Devinvanderhahn@quinnemanuel.com |
| Donald J. Reinhard, II | on behalf of Plaintiff Rockdale Marcellus LLC donaldreinhard@quinnemanuel.com |
| Donald J. Reinhard, II | on behalf of Debtor Rockdale Marcellus LLC donaldreinhard@quinnemanuel.com |
| Donald J. Reinhard, II | on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC donaldreinhard@quinnemanuel.com |
| Eric A. Schaffer | on behalf of Interested Party Delaware Trust Company eschaffer@stonecipherlaw.com |
| Eric A. Schaffer | on behalf of Creditor Alta Fundamental Advisers LLC eschaffer@stonecipherlaw.com |
| Erin Tate | on behalf of Attorney PA Public Utility Commission etate@pa.gov |
| George T. Snyder | on behalf of Interested Party Delaware Trust Company gsnyder@stonecipherlaw.com |
| George T. Snyder | on behalf of Creditor Alta Fundamental Advisers LLC gsnyder@stonecipherlaw.com |
| Gregory Thomas Sturges | on behalf of Interested Party TXCR Acquisition Co. LLC sturgesg@gtlaw.com, herrinm@gtlaw.com |
| Gretchen Lee Jankowski | on behalf of Defendant UGI Texas Creek LLC gretchen.jankowski@bipc.com, eservice@bipc.com |
| Gretchen Lee Jankowski | on behalf of Defendant UGI Energy Services LLC gretchen.jankowski@bipc.com, eservice@bipc.com |
| Helen S. Ward | on behalf of Creditor Energy Water Solutions LLC helen.ward@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com |
| Jacob Charles Hanley | on behalf of Attorney PA Public Utility Commission jhanley@eckertseamans.com |
| Jared S. Roach | on behalf of Debtor Rockdale Marcellus LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Plaintiff Rockdale Marcellus Holdings LLC jroach@reedsmith.com, |

bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach
on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach
on behalf of Plaintiff Rockdale Marcellus LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach
on behalf of Debtor Rockdale Marcellus Holdings LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach
on behalf of Accountant Houlihan Lokey Capital Inc. jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jennifer M. Irvin
on behalf of Creditor CSU - OUCTS PA Labor & Industry jeirvin@pa.gov, jeirvin@pa.gov

Jodi Hause
on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Joel M. Walker
on behalf of Attorney Joel M. Walker jmwalker@nshmlaw.com

John R. O'Keefe, Jr.
on behalf of Creditor National Fuel Gas Distribution Corp. jokeefe@metzlewis.com

John W. Kettering
on behalf of Creditor J.L. Watts Excavating Inc. JK@pietragallo.com, ms@pietragallo.com

Jordan Webster
on behalf of Defendant UGI Texas Creek LLC jordan.webster@bipc.com

Jordan Webster
on behalf of Defendant UGI Energy Services LLC jordan.webster@bipc.com

Joshua Ebersole
on behalf of Interested Party Commonwealth of Pennsylvania Department of Conservation and Natural Resources josebersol@pa.gov

Kathryn L. Harrison
on behalf of Creditor Regency Marcellus Gas Gathering LLC klh@camlev.com, jmb@camlev.com;hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com

Keith M. Aurzada
on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com

Keith M. Aurzada
on behalf of Plaintiff Rockdale Marcellus LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com

Keith M. Aurzada
on behalf of Plaintiff Rockdale Marcellus Holdings LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com

Lindsey L. Robin
on behalf of Plaintiff Rockdale Marcellus Holdings LLC lrobin@reedsmith.com, srhea@reedsmith.com

Lindsey L. Robin
on behalf of Plaintiff Rockdale Marcellus LLC lrobin@reedsmith.com, srhea@reedsmith.com

Lindsey L. Robin
on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC lrobin@reedsmith.com, srhea@reedsmith.com

Lindsey L. Robin
on behalf of Debtor Rockdale Marcellus LLC , srhea@reedsmith.com

Luke A. Sizemore
on behalf of Attorney Reed Smith LLP lsizemore@reedsmith.com slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Luke A. Sizemore
on behalf of Debtor Rockdale Marcellus LLC lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Luke A. Sizemore
on behalf of Debtor Rockdale Marcellus Holdings LLC lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Case 21-22080-GLT    Doc 1379    Filed 03/05/23    Entered 03/06/23 00:20:48    Desc
Imaged Certificate of Notice    Page 14 of 15

| District/off: 0315-2 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Marc Greenwald
    on behalf of Plaintiff Rockdale Marcellus LLC marcgreenwald@quinnemanuel.com

Maribeth Thomas
    on behalf of Debtor Tilden Marcellus LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Mark A. Lindsay
    on behalf of Creditor ABC Holding I LLC mlindsay@bernsteinlaw.com, cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com

Michael J. Roeschenthaler
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings LLC, and Rockdale Marcellus, LLC mroeschenthaler@wtplaw.com, kmccauley@wtplaw.com;llescallette@wtplaw.com

Michael Paul Oliverio
    on behalf of Creditor ProFrac Services LLC mpoliverio@vorys.com, mjcoleman@vorys.com

Michael R. Proctor
    on behalf of Creditor White Oak Global Advisors LLC mproctor@bowlesrice.com lcrown@bowlesrice.com

Michael R. Proctor
    on behalf of Creditor White Oak Global Advisors LLC mproctor@bowlesrice.com, lcrown@bowlesrice.com

Nicholas F. Borsuk-Woodman
    on behalf of Attorney PA Public Utility Commission NBorsuk@eckertseamans.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Omar Alaniz
    on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Plaintiff Rockdale Marcellus Holdings LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Debtor Rockdale Marcellus Holdings LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Plaintiff Rockdale Marcellus LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar J. Alaniz
    on behalf of Debtor Rockdale Marcellus LLC , rstanbery@reedsmith.com;srhea@reedsmith.com

Paul J. Cordaro
    on behalf of Creditor Regency Marcellus Gas Gathering LLC pjc@camlev.com, candl@camlev.com;tmatiasic@yahoo.com;hlp@camlev.com;jmb@camlev.com;kmonahan@camlev.com

Robert J Burnett
    on behalf of Creditor Veronica Dugan rburnett@hh-law.com

Robert J Burnett
    on behalf of Creditor Jeffrey L. Dugan rburnett@hh-law.com

Robert J Burnett
    on behalf of Creditor Jeffrey L. Dugan as Trustee for the Dugan Family Trust rburnett@hh-law.com

Robert Jay Stark
    on behalf of Creditor Alta Fundamental Advisers LLC rstark@brownrudnick.com

Samuel H. Simon
    on behalf of Respondent Tioga Resources I LLC ssimon@hh-law.com, gallagherjl@hh-law.com

Samuel H. Simon
    on behalf of Creditor Butters Living Trust Dated September 28 2010 ssimon@hh-law.com, gallagherjl@hh-law.com

Samuel H. Simon
    on behalf of Creditor Tioga Resources I LLC ssimon@hh-law.com, gallagherjl@hh-law.com

Sara Mae Turk
    on behalf of Plaintiff Rockdale Marcellus LLC saraturk@quinnemanuel.com

Scott M. Hare
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings LLC, and Rockdale Marcellus, LLC share@wtplaw.com, share4@mac.com;8047805420@filings.docketbird.com;llescallette@wtplaw.com;JWeisbrod@wtplaw.com

| | |
|---|---|
| Sharon M. Beausoleil | on behalf of Creditor Energy Water Solutions LLC , sbeausoleil@foley.com;rdiep@foley.com |
| Steven J. Kahn | on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator skahn@pszjlaw.com |
| Terry A. Shulsky | on behalf of Creditor Suit-Kote Corporation terry.shulsky@bipc.com jessica.dillard@bipc.com;donna.curcio@bipc.com;eservice@bipc.com |
| Thomas D. Maxson | on behalf of Attorney Dentons Cohen & Grigsby P.C. thomas.maxson@dentons.com michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com |
| Thomas D. Maxson | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Tilden Marcellus LLC thomas.maxson@dentons.com, michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com |
| Thomas D. Maxson | on behalf of Creditor Committee The Official Committee of Unsecured Creditors thomas.maxson@dentons.com michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com |
| Timothy P. Palmer | on behalf of Creditor UGI Texas Creek LLC timothy.palmer@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com |
| Timothy P. Palmer | on behalf of Creditor UGI Energy Services LLC and UGI Texas Creek, LLC timothy.palmer@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com |
| Timothy P. Palmer | on behalf of Defendant UGI Energy Services LLC timothy.palmer@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com |
| Timothy P. Palmer | on behalf of Defendant UGI Texas Creek LLC timothy.palmer@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com |
| Tyler S. Dischinger | on behalf of Creditor UGI Energy Services LLC and UGI Texas Creek, LLC tyler.dischinger@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com |
| Tyler S. Dischinger | on behalf of Defendant UGI Texas Creek LLC tyler.dischinger@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com |
| Tyler S. Dischinger | on behalf of Defendant UGI Energy Services LLC tyler.dischinger@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com |
| Vera Kanova | on behalf of Interested Party PA Dept of Environmental Protection verkanova@pa.gov |
| Vera Kanova | on behalf of Interested Party Commonwealth of Pennsylvania Department of Environmental Protection verkanova@pa.gov |

TOTAL: 121