FILED
3/15/23 11:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>ROCKDALE MARCELLUS HOLDINGS, LLC, and ROCKDALE MARCELLUS, LLC,[1]<br><br>                Debtors.<br><br>ALFRED T. GIULIANO, SOLELY IN HIS CAPACITY AS PLAN ADMINISTRATOR ACTING ON BEHALF OF ROCKDALE MARCELLUS HOLDINGS, LLC, AND ROCKDALE MARCELLUS, LLC,<br><br>                Movant,<br><br>  v.<br><br>NO RESPONDENT. | Chapter 11<br><br>Case No. 21-22080-GLT<br><br>(Jointly Administered)<br><br>Document No.:<br><br>Related to Doc. No.: 1380<br><br>Hearing Date:<br><br>Hearing Time: |

**ORDER GRANTING PLAN ADMINISTRATOR'S MOTION FOR ENTRY OF AN
ORDER SCHEDULING SUBSEQUENT OMNIBUS HEARINGS**

Upon consideration of the *Plan Administrator's Motion for Entry of an Order Scheduling Subsequent Omnibus Hearings* (the "Motion"),[2] and the Court having reviewed the Motion; and the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the legal and factual bases set forth in the Motion establish cause for the relief granted herein; IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Additional Omnibus Hearings are hereby scheduled as follows:

   - May 24, 2023, at 1:30 p.m. (prevailing Eastern Time);
   - June 22, 2023, at 1:30 p.m. (prevailing Eastern Time); and,
   - July 20, 2023, at 1:30 p.m. (prevailing Eastern Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Rockdale Marcellus Holdings, LLC (7117); Rockdale Marcellus, LLC (8767).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1

3. The entry of this Order is without prejudice to the rights of the Plan Administrator to request the scheduling of additional omnibus hearings.

4. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Prepared by:

*/s/ Daniel R. Schimizzi*
Daniel R. Schimizzi (PA I.D.: 311869)
*Counsel to the Plan Administrator*

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22080-GLT |
| Rockdale Marcellus, LLC | Chapter 11 |
| Rockdale Marcellus Holdings, LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 6 |
| Date Rcvd: Mar 15, 2023 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2023:**

**Recip ID**    **Recipient Name and Address**
db    Rockdale Marcellus, LLC, 4600 J. Barry Ct., Suite 320, Canonsburg, PA 15317

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2023              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron S. Applebaum | on behalf of Attorney DLA Piper LLP (US) aaron.applebaum@us.dlapiper.com  carolyn.fox@us.dlapiper.com |
| Aaron S. Applebaum | on behalf of Creditor Committee The Official Committee of Unsecured Creditors aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com |
| Aaron S. Applebaum | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Tilden Marcellus  LLC aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com |
| Alan C. Hochheiser | on behalf of Creditor AmTrust North America  Inc. on behalf of Wesco Insurance Company ahochheiser@mauricewutscher.com |
| Alexis Allen Leventhal | on behalf of Debtor Rockdale Marcellus Holdings  LLC and Rockdale Marcellus, LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Plaintiff Rockdale Marcellus Holdings  LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |

Case 21-22080-GLT   Doc 1382   Filed 03/17/23   Entered 03/18/23 00:25:46   Desc
Imaged Certificate of Notice   Page 4 of 8

| District/off: 0315-2 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Mar 15, 2023 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| Alexis Allen Leventhal | on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Debtor Rockdale Marcellus LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Debtor Rockdale Marcellus Holdings LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Plaintiff Rockdale Marcellus LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Beverly Weiss Manne | on behalf of Attorney Tucker Arensberg bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Attorney Morris Nichols, Asht & Tunnell LLP bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Debtor Tilden Marcellus LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Tilden Marcellus LLC bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Petrie Partners Securities LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Attorney Tilden Marcellus LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Other Prof. Epiq Corporate Restructuring LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Attorney Tucker Arensberg P.C. bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Creditor Tilden Marcellus LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Epiq Corporate bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Brendan Andrew O'Donnell | on behalf of Creditor Jeffrey L. Dugan as Trustee for the Dugan Family Trust odonnellba@hh-law.com |
| Brendan Andrew O'Donnell | on behalf of Creditor Veronica Dugan odonnellba@hh-law.com |
| Brendan Andrew O'Donnell | on behalf of Creditor Jeffrey L. Dugan odonnellba@hh-law.com |
| Christopher Darnell Porter | on behalf of Plaintiff Rockdale Marcellus LLC chrisporter@quinnemanuel.com |
| Christopher L. Perkins | on behalf of Attorney PA Public Utility Commission cperkins@eckertseamans.com |
| Christopher L. Perkins | cperkins@eckertseamans.com |
| Christopher P. Schueller | on behalf of Defendant UGI Energy Services LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com |
| Christopher P. Schueller | on behalf of Defendant UGI Texas Creek LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com |
| Christopher P. Schueller | on behalf of Creditor UGI Energy Services LLC and UGI Texas Creek, LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com |
| Clayton W. Davidson | on behalf of Creditor Principle Enterprises LLC cdavidson@mwn.com, ctran@mcneeslaw.com |
| Clayton W. Davidson | on behalf of Creditor Brubacher Excavating Inc. cdavidson@mwn.com, ctran@mcneeslaw.com |

Case 21-22080-GLT    Doc 1382    Filed 03/17/23    Entered 03/18/23 00:25:46    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0315-2 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Mar 15, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Clayton W. Davidson
    on behalf of Creditor Principle Enterprises LLC cdavidson@mwn.com ctran@mcneeslaw.com

Clayton W. Davidson
    on behalf of Defendant Principle Enterprises LLC cdavidson@mwn.com, ctran@mcneeslaw.com

Daniel Michael Pereira
    on behalf of Creditor Flynn Energy Transport Inc. dpereira@stradley.com

Daniel R. Schimizzi
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings LLC, and Rockdale Marcellus, LLC dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

Daniel R. Schimizzi
    on behalf of Interested Party Alfred T. Giuliano solely in his capacity as Plan Administrator dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

Daniel R. Schimizzi
    on behalf of Financial Advisor Riveron RTS LLC dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

Daniel R. Schimizzi
    on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

David W. Ross
    on behalf of Interested Party Repsol Oil and Gas USA LLC dross@bernsteinlaw.com, cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com

Devin van der Hahn
    on behalf of Spec. Counsel Quinn Emanuel Urquhart & Sullivan LLP Devinvanderhahn@quinnemanuel.com

Devin van der Hahn
    on behalf of Plaintiff Rockdale Marcellus Holdings LLC Devinvanderhahn@quinnemanuel.com

Devin van der Hahn
    on behalf of Plaintiff Rockdale Marcellus LLC Devinvanderhahn@quinnemanuel.com

Donald J. Reinhard, II
    on behalf of Plaintiff Rockdale Marcellus LLC donaldreinhard@quinnemanuel.com

Donald J. Reinhard, II
    on behalf of Debtor Rockdale Marcellus LLC donaldreinhard@quinnemanuel.com

Donald J. Reinhard, II
    on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC donaldreinhard@quinnemanuel.com

Eric A. Schaffer
    on behalf of Interested Party Delaware Trust Company eschaffer@stonecipherlaw.com

Eric A. Schaffer
    on behalf of Creditor Alta Fundamental Advisers LLC eschaffer@stonecipherlaw.com

Erin Tate
    on behalf of Attorney PA Public Utility Commission etate@pa.gov

George T. Snyder
    on behalf of Interested Party Delaware Trust Company gsnyder@stonecipherlaw.com

George T. Snyder
    on behalf of Creditor Alta Fundamental Advisers LLC gsnyder@stonecipherlaw.com

Gregory Thomas Sturges
    on behalf of Interested Party TXCR Acquisition Co. LLC sturgesg@gtlaw.com, herrinm@gtlaw.com

Gretchen Lee Jankowski
    on behalf of Defendant UGI Texas Creek LLC gretchen.jankowski@bipc.com, eservice@bipc.com

Gretchen Lee Jankowski
    on behalf of Defendant UGI Energy Services LLC gretchen.jankowski@bipc.com, eservice@bipc.com

Helen S. Ward
    on behalf of Creditor Energy Water Solutions LLC helen.ward@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com

Jacob Charles Hanley
    on behalf of Attorney PA Public Utility Commission jhanley@eckertseamans.com

Jared S. Roach
    on behalf of Debtor Rockdale Marcellus LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach
    on behalf of Plaintiff Rockdale Marcellus Holdings LLC jroach@reedsmith.com,

Case 21-22080-GLT   Doc 1382   Filed 03/17/23   Entered 03/18/23 00:25:46   Desc
Imaged Certificate of Notice   Page 6 of 8

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Mar 15, 2023 | Form ID: pdf900 | Total Noticed: 1 |

bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach
    on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach
    on behalf of Plaintiff Rockdale Marcellus LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach
    on behalf of Debtor Rockdale Marcellus Holdings LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach
    on behalf of Accountant Houlihan Lokey Capital Inc. jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jennifer M. Irvin
    on behalf of Creditor CSU - OUCTS PA Labor & Industry jeirvin@pa.gov, jeirvin@pa.gov

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Joel M. Walker
    on behalf of Attorney Joel M. Walker jmwalker@nshmlaw.com

John R. O'Keefe, Jr.
    on behalf of Creditor National Fuel Gas Distribution Corp. jokeefe@metzlewis.com

John W. Kettering
    on behalf of Creditor J.L. Watts Excavating Inc. JK@pietragallo.com, ms@pietragallo.com

Jordan Webster
    on behalf of Defendant UGI Texas Creek LLC jordan.webster@bipc.com

Jordan Webster
    on behalf of Defendant UGI Energy Services LLC jordan.webster@bipc.com

Joshua Ebersole
    on behalf of Interested Party Commonwealth of Pennsylvania Department of Conservation and Natural Resources josebersol@pa.gov

Kathryn L. Harrison
    on behalf of Creditor Regency Marcellus Gas Gathering LLC klh@camlev.com, jmb@camlev.com;hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com

Keith M. Aurzada
    on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com

Keith M. Aurzada
    on behalf of Plaintiff Rockdale Marcellus LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com

Keith M. Aurzada
    on behalf of Plaintiff Rockdale Marcellus Holdings LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com

Lindsey L. Robin
    on behalf of Plaintiff Rockdale Marcellus Holdings LLC lrobin@reedsmith.com, srhea@reedsmith.com

Lindsey L. Robin
    on behalf of Plaintiff Rockdale Marcellus LLC lrobin@reedsmith.com, srhea@reedsmith.com

Lindsey L. Robin
    on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC lrobin@reedsmith.com, srhea@reedsmith.com

Lindsey L. Robin
    on behalf of Debtor Rockdale Marcellus LLC , srhea@reedsmith.com

Luke A. Sizemore
    on behalf of Attorney Reed Smith LLP lsizemore@reedsmith.com slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Luke A. Sizemore
    on behalf of Debtor Rockdale Marcellus LLC lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Luke A. Sizemore
    on behalf of Debtor Rockdale Marcellus Holdings LLC lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

| | |
|---|---|
| Marc Greenwald | on behalf of Plaintiff Rockdale Marcellus LLC marcgreenwald@quinnemanuel.com |
| Maribeth Thomas | on behalf of Debtor Tilden Marcellus LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Mark A. Lindsay | on behalf of Creditor ABC Holding I LLC mlindsay@bernsteinlaw.com, cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com |
| Michael J. Roeschenthaler | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings LLC, and Rockdale Marcellus, LLC mroeschenthaler@wtplaw.com, kmccauley@wtplaw.com;llescallette@wtplaw.com |
| Michael Paul Oliverio | on behalf of Creditor ProFrac Services LLC mpoliverio@vorys.com, mjcoleman@vorys.com |
| Michael R. Proctor | on behalf of Creditor White Oak Global Advisors LLC mproctor@bowlesrice.com lcrown@bowlesrice.com |
| Michael R. Proctor | on behalf of Creditor White Oak Global Advisors LLC mproctor@bowlesrice.com, lcrown@bowlesrice.com |
| Nicholas F. Borsuk-Woodman | on behalf of Attorney PA Public Utility Commission NBorsuk@eckertseamans.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Omar Alaniz | on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com |
| Omar Alaniz | on behalf of Plaintiff Rockdale Marcellus Holdings LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com |
| Omar Alaniz | on behalf of Debtor Rockdale Marcellus Holdings LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com |
| Omar Alaniz | on behalf of Plaintiff Rockdale Marcellus LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com |
| Omar Alaniz | on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com |
| Omar J. Alaniz | on behalf of Debtor Rockdale Marcellus LLC , rstanbery@reedsmith.com;srhea@reedsmith.com |
| Paul J. Cordaro | on behalf of Creditor Regency Marcellus Gas Gathering LLC pjc@camlev.com, candl@camlev.com;tmatiasic@yahoo.com;hlp@camlev.com;jmb@camlev.com;kmonahan@camlev.com |
| Robert J Burnett | on behalf of Creditor Veronica Dugan rburnett@hh-law.com |
| Robert J Burnett | on behalf of Creditor Jeffrey L. Dugan rburnett@hh-law.com |
| Robert J Burnett | on behalf of Creditor Jeffrey L. Dugan as Trustee for the Dugan Family Trust rburnett@hh-law.com |
| Robert Jay Stark | on behalf of Creditor Alta Fundamental Advisers LLC rstark@brownrudnick.com |
| Samuel H. Simon | on behalf of Respondent Tioga Resources I LLC ssimon@hh-law.com, gallagherjl@hh-law.com |
| Samuel H. Simon | on behalf of Creditor Butters Living Trust Dated September 28 2010 ssimon@hh-law.com, gallagherjl@hh-law.com |
| Samuel H. Simon | on behalf of Creditor Tioga Resources I LLC ssimon@hh-law.com, gallagherjl@hh-law.com |
| Sara Mae Turk | on behalf of Plaintiff Rockdale Marcellus LLC saraturk@quinnemanuel.com |
| Scott M. Hare | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings LLC, and Rockdale Marcellus, LLC share@wtplaw.com, share4@mac.com;8047805420@filings.docketbird.com;llescallette@wtplaw.com;JWeisbrod@wtplaw.com |

Sharon M. Beausoleil
    on behalf of Creditor Energy Water Solutions LLC , sbeausoleil@foley.com;rdiep@foley.com

Steven J. Kahn
    on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator skahn@pszjlaw.com

Terry A. Shulsky
    on behalf of Creditor Suit-Kote Corporation terry.shulsky@bipc.com
    jessica.dillard@bipc.com;donna.curcio@bipc.com;eservice@bipc.com

Thomas D. Maxson
    on behalf of Attorney Dentons Cohen & Grigsby P.C. thomas.maxson@dentons.com
    michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Thomas D. Maxson
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Tilden Marcellus LLC
    thomas.maxson@dentons.com, michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Thomas D. Maxson
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors thomas.maxson@dentons.com
    michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Timothy P. Palmer
    on behalf of Creditor UGI Texas Creek LLC timothy.palmer@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer
    on behalf of Creditor UGI Energy Services LLC and UGI Texas Creek, LLC timothy.palmer@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer
    on behalf of Defendant UGI Energy Services LLC timothy.palmer@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer
    on behalf of Defendant UGI Texas Creek LLC timothy.palmer@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger
    on behalf of Creditor UGI Energy Services LLC and UGI Texas Creek, LLC tyler.dischinger@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger
    on behalf of Defendant UGI Texas Creek LLC tyler.dischinger@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger
    on behalf of Defendant UGI Energy Services LLC tyler.dischinger@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Vera Kanova
    on behalf of Interested Party PA Dept of Environmental Protection verkanova@pa.gov

Vera Kanova
    on behalf of Interested Party Commonwealth of Pennsylvania Department of Environmental Protection verkanova@pa.gov

TOTAL: 121