# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ROCKDALE MARCELLUS HOLDINGS, LLC and ROCKDALE MARCELLUS, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-22080-GLT<br><br>(Jointly Administered) |

## NOTICE OF CANCELLATION OF OMNIBUS HEARING
## SCHEDULED FOR APRIL 20, 2023, at 11:00 A.M. (EST)

**THERE ARE NO MATTERS CONCURRENTLY SCHEDULED FOR THE APRIL 20, 2023 OMNIBUS HEARING. ACCORDINGLY, THE HEARING HAS BEEN CANCELED WITH PERMISSION FROM THE COURT.**

Dated: April 13, 2023

Respectfully submitted,

WHITEFORD, TAYLOR & PRESTON, LLP

By: */s/ Daniel R. Schimizzi*
Daniel R. Schimizzi, Esq. (PA I.D.: 311869)
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
Tel: (412) 275-2401
Fax: (412) 275-2404
dschimizzi@wtplaw.com

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler (PA ID No. 77463)
780 Third Avenue, 34th Floor
New York, NY 10017
t: 212-561-7700
f: 212-561-7777
bsandler@pszjlaw.com

*Counsel to Alfred T. Giuliano, Plan Administrator*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Rockdale Marcellus Holdings, LLC (7117); and Rockdale Marcellus, LLC (8767).

1