# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>ROCKDALE MARCELLUS HOLDINGS, LLC AND<br>ROCKDALE MARCELLUS, LLC,<br>   Debtors.<br><br>COMMONWEALTH OF PENNSYLVANIA,<br>DEPARTMENT OF ENVIRONMENTAL<br>PROTECTION<br>Movant<br><br>v.<br><br>NO RESPONDENTS. | Bank. Case No.: 21-22080-GLT<br><br>Chapter 11<br>(Jointly Administered)<br><br>Related to Doc. No 73 |

## MOTION TO SUBSTITUTE ATTORNEY

The Commonwealth of Pennsylvania, Department of Environmental Protection ("Department"), by and through its undersigned counsel, respectfully submits this Motion to Substitute Attorney in the above cited Bankruptcy case.

1. Attorney Kanova is an associate counsel at the Department.

2. Attorney Kanova has accepted employment elsewhere and will no longer represent the Department.

3. The Department wishes to substitute Attorney Kanova's appearance with Attorney Braymer.

4. Pursuant to Federal Rule of Bankruptcy Procedure 2002, 3017, and 9010, Attorney Braymer request service of all notices, motions, applications, orders, pleadings, reports, plans, and disclosure statements filed or served in the above-captioned case.

5. Attorney Braymer requests that service be made and directed as follows:

   Michael A. Braymer, Regional Counsel
   Department of Environmental Protection
   PA Sup. Ct. ID 89215
   Northwest Regional Office

        230 Chestnut St.
        Meadville PA 16335
        Phone: 814-332-6070
        Email: mbraymer@pa.gov

6.     The Department requests that Attorney Braymer be added to the mailing matrix and the mailing list for the above-captioned case.

7.     The Department requests that Attorney Kanova be removed from the Court's electronic notification system and all service lists.

WHEREFORE, the Department respectfully requests to be permitted to substitute Attorney Kanova with Attorney Braymer as counsel of record for the Department; that Attorney Kanova be removed from the Court's electronic notification system and all service lists in this case; and that Attorney Braymer be added to the same.

        Respectfully submitted,

        */s/ Vera N. Kanova*
        Vera N. Kanova
        Assistant Counsel
        PA ID No. 316676
        Office of Chief Counsel
        400 Market Street
        Harrisburg, PA  17101-2063
        717-787-9370
        verkanova@pa.gov

        Michael A. Braymer, Regional Counsel
        Department of Environmental Protection
        PA Sup. Ct. ID 89215
        Northwest Regional Office
        230 Chestnut St.
        Meadville PA 16335
        Phone: 814-332-6070
        Email: mbraymer@pa.gov

Date:  May 11, 2023         FOR THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION