## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 11 |
| ROCKDALE MARCELLUS HOLDINGS, LLC and ROCKDALE MARCELLUS, LLC,[1] | Case No. 21-22080-GLT |
| | (Jointly Administered) |
| Debtors. | |
| | Related to Doc. No.:  1397, 1398 & 1399 |
| ALFRED T. GIULIANO, SOLELY IN HIS CAPACITY AS PLAN ADMINISTRATOR ACTING ON BEHALF OF ROCKDALE MARCELLUS HOLDINGS, LLC, AND ROCKDALE MARCELLUS, LLC | Hearing Date: June 5, 2023 |
| | Hearing Time: 10:00 AM (EST) |
| Movant, | Response Deadline: May 29, 2023, at 4:00 PM (EST) |
| v. | |
| NO RESPONDENT. | |

### CERTIFICATE OF SERVICE OF PLAN ADMINISTRATOR'S CHAPTER 11 FINAL REPORT AND MOTION FOR ORDER (A) ENTERING FINAL DECREE, (B) AUTHORIZING THE ABANDONMENT OF CERTAIN PROPERTY AND DESTRUCTION OF CERTAIN DOCUMENTS AND RECORDS, AND (C) GRANTING RELATED RELIEF [DOC. NO. 1397] AND NOTICE OF HEARING WITH RESPONSE DEADLINE ON THE MOTION [DOC. NO. 1398] AND EXHIBIT C [DOC. NO. 1399]

I certify, under penalty of perjury, that I caused a true and correct copy of the forgoing document to be served as indicated below.

The types of service used were: ECF Notification, Direct Mail, and U.S. First Class Mail.

***Service by CM/ECF Notification on date of filing:***

Omar Alaniz on behalf of Debtor Rockdale Marcellus Holdings, LLC
oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz on behalf of Debtor Rockdale Marcellus Holdings, LLC and Rockdale Marcellus, LLC
oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Rockdale Marcellus Holdings, LLC (7117); and Rockdale Marcellus, LLC (8767).

Omar Alaniz on behalf of Other Prof. Alfred T. Giuliano, solely in his capacity as Plan Administrator
oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz on behalf of Plaintiff Rockdale Marcellus Holdings, LLC
oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz on behalf of Plaintiff Rockdale Marcellus, LLC
oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar J. Alaniz on behalf of Debtor Rockdale Marcellus, LLC
, rstanbery@reedsmith.com;srhea@reedsmith.com

Aaron S. Applebaum on behalf of Attorney DLA Piper LLP (US)
aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com

Aaron S. Applebaum on behalf of Creditor Committee Official Committee of Unsecured Creditors of
Tilden Marcellus, LLC
aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com

Aaron S. Applebaum on behalf of Creditor Committee The Official Committee of Unsecured Creditors
aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com

Keith M. Aurzada on behalf of Debtor Rockdale Marcellus Holdings, LLC and Rockdale Marcellus, LLC
kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com

Keith M. Aurzada on behalf of Plaintiff Rockdale Marcellus Holdings, LLC
kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com

Keith M. Aurzada on behalf of Plaintiff Rockdale Marcellus, LLC
kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com

Theodore Matthew Baum on behalf of Creditor Argonaut Insurance Company
tbaum@mdmc-law.com, kpatterson@mdmc-law.com;dprimack@mdmc-law.com

Sharon M. Beausoleil on behalf of Creditor Energy Water Solutions, LLC
, sbeausoleil@foley.com;rdiep@foley.com

Nicholas F. Borsuk-Woodman on behalf of Attorney PA Public Utility Commission
NBorsuk@eckertseamans.com

Robert J Burnett on behalf of Creditor Jeffrey L. Dugan, as Trustee for the Dugan Family Trust
rburnett@hh-law.com

Robert J Burnett on behalf of Creditor Jeffrey L. Dugan
rburnett@hh-law.com

Robert J Burnett on behalf of Creditor Veronica Dugan
rburnett@hh-law.com

Allison L. Carr on behalf of Creditor Commonwealth of Pennsylvania, Department of Revenue

acarr@attorneygeneral.gov

Paul J. Cordaro on behalf of Creditor Regency Marcellus Gas Gathering, LLC
pjc@camlev.com, candl@camlev.com; tmatiasic@yahoo.com; hlp@camlev.com;
jmb@camlev.com;kmonahan@camlev.com

Clayton W. Davidson on behalf of Creditor Brubacher Excavating, Inc.
cdavidson@mwn.com, ctran@mcneeslaw.com

Clayton W. Davidson on behalf of Creditor Principle Enterprises LLC
cdavidson@mwn.com, ctran@mcneeslaw.com

Clayton W. Davidson on behalf of Creditor Principle Enterprises, LLC
cdavidson@mwn.com, ctran@mcneeslaw.com

Clayton W. Davidson on behalf of Defendant Principle Enterprises, LLC
cdavidson@mwn.com, ctran@mcneeslaw.com

Tyler S. Dischinger on behalf of Creditor UGI Energy Services, LLC and UGI Texas Creek, LLC
tyler.dischinger@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger on behalf of Defendant UGI Energy Services, LLC
tyler.dischinger@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger on behalf of Defendant UGI Texas Creek, LLC
tyler.dischinger@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Joshua Ebersole on behalf of Interested Party Commonwealth of Pennsylvania, Department of
Conservation and Natural Resources
josebersol@pa.gov

Marc Greenwald on behalf of Plaintiff Rockdale Marcellus, LLC
marcgreenwald@quinnemanuel.com

Jacob Charles Hanley on behalf of Attorney PA Public Utility Commission
jhanley@eckertseamans.com

Scott M. Hare on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale
Marcellus Holdings, LLC, and Rockdale Marcellus, LLC
share@wtplaw.com, share4@mac.com ; 8047805420@filings.docketbird.com; llescallette@wtplaw.com;
JWeisbrod@wtplaw.com

Kathryn L. Harrison on behalf of Creditor Regency Marcellus Gas Gathering, LLC
klh@camlev.com,
jmb@camlev.com;hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com

Jodi Hause on behalf of U.S. Trustee Office of the United States Trustee
jodi.hause@usdoj.gov, David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Alan C. Hochheiser on behalf of Creditor AmTrust North America, Inc. on behalf of Wesco Insurance
Company

ahochheiser@mauricewutscher.com

Jennifer M. Irvin on behalf of Creditor CSU - OUCTS, PA Labor & Industry
jeirvin@pa.gov, jeirvin@pa.gov

Gretchen Lee Jankowski on behalf of Defendant UGI Energy Services, LLC
gretchen.jankowski@bipc.com, eservice@bipc.com

Gretchen Lee Jankowski on behalf of Defendant UGI Texas Creek, LLC
gretchen.jankowski@bipc.com, eservice@bipc.com

Steven J. Kahn on behalf of Other Prof. Alfred T. Giuliano, solely in his capacity as Plan Administrator
skahn@pszjlaw.com

Vera Kanova on behalf of Interested Party Commonwealth of Pennsylvania, Department of Environmental Protection
verkanova@pa.gov

Vera Kanova on behalf of Interested Party PA Dept of Environmental Protection
verkanova@pa.gov

John W. Kettering on behalf of Creditor J.L. Watts Excavating, Inc.
JK@pietragallo.com, ms@pietragallo.com

Alexis Allen Leventhal on behalf of Debtor Rockdale Marcellus Holdings, LLC
aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com

Alexis Allen Leventhal on behalf of Debtor Rockdale Marcellus Holdings, LLC and Rockdale Marcellus, LLC
aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com

Alexis Allen Leventhal on behalf of Debtor Rockdale Marcellus, LLC
aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com

Alexis Allen Leventhal on behalf of Other Prof. Alfred T. Giuliano, solely in his capacity as Plan Administrator
aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com

Alexis Allen Leventhal on behalf of Plaintiff Rockdale Marcellus Holdings, LLC
aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com

Alexis Allen Leventhal on behalf of Plaintiff Rockdale Marcellus, LLC
aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com

Mark A. Lindsay on behalf of Creditor ABC Holding I, LLC
mlindsay@bernsteinlaw.com, cwirick@bernsteinlaw.com; mlindsay@ecf.courtdrive.com;
cwirick@ecf.courtdrive.com

Beverly Weiss Manne on behalf of Attorney Morris, Nichols, Asht & Tunnell LLP
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne on behalf of Attorney Tilden Marcellus, LLC
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne on behalf of Attorney Tucker Arensberg
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne on behalf of Attorney Tucker Arensberg, P.C.
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne on behalf of Creditor Tilden Marcellus, LLC
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne on behalf of Debtor Tilden Marcellus, LLC
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne on behalf of Interested Party Epiq Corporate
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne on behalf of Interested Party Petrie Partners Securities, LLC
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne on behalf of Interested Party Tilden Marcellus LLC
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne on behalf of Other Prof. Epiq Corporate Restructuring, LLC
bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Thomas D. Maxson on behalf of Attorney Dentons Cohen & Grigsby P.C.
thomas.maxson@dentons.com, michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Thomas D. Maxson on behalf of Creditor Committee Official Committee of Unsecured Creditors of
Tilden Marcellus, LLC
thomas.maxson@dentons.com, michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Thomas D. Maxson on behalf of Creditor Committee The Official Committee of Unsecured Creditors
thomas.maxson@dentons.com, michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Brendan Andrew O'Donnell on behalf of Creditor Jeffrey L. Dugan, as Trustee for the Dugan Family
Trust
odonnellba@hh-law.com

Brendan Andrew O'Donnell on behalf of Creditor Jeffrey L. Dugan
odonnellba@hh-law.com

Brendan Andrew O'Donnell on behalf of Creditor Veronica Dugan
odonnellba@hh-law.com

John R. O'Keefe, Jr. on behalf of Creditor National Fuel Gas Distribution Corp.
jokeefe@metzlewis.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Michael Paul Oliverio on behalf of Creditor ProFrac Services, LLC
mpoliverio@vorys.com, mjcoleman@vorys.com

Timothy P. Palmer on behalf of Creditor UGI Energy Services, LLC and UGI Texas Creek, LLC
timothy.palmer@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer on behalf of Creditor UGI Texas Creek, LLC
timothy.palmer@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer on behalf of Defendant UGI Energy Services, LLC
timothy.palmer@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer on behalf of Defendant UGI Texas Creek, LLC
timothy.palmer@bipc.com, donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Daniel Michael Pereira on behalf of Creditor Flynn Energy Transport, Inc.
dpereira@stradley.com

Christopher L. Perkins
cperkins@eckertseamans.com

Christopher L. Perkins on behalf of Attorney PA Public Utility Commission
cperkins@eckertseamans.com

Christopher Darnell Porter on behalf of Plaintiff Rockdale Marcellus, LLC
chrisporter@quinnemanuel.com

Michael R. Proctor on behalf of Creditor White Oak Global Advisors LLC
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Michael R. Proctor on behalf of Creditor White Oak Global Advisors, LLC
mproctor@bowlesrice.com, lcrown@bowlesrice.com

Donald John Reinhard on behalf of Debtor Rockdale Marcellus Holdings, LLC and Rockdale Marcellus, LLC
DReinhard@kasowitz.com

Donald John Reinhard on behalf of Debtor Rockdale Marcellus, LLC
DReinhard@kasowitz.com

Donald John Reinhard on behalf of Plaintiff Rockdale Marcellus, LLC
DReinhard@kasowitz.com

Jared S. Roach on behalf of Accountant Houlihan Lokey Capital, Inc.
jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach on behalf of Debtor Rockdale Marcellus Holdings, LLC
jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach on behalf of Debtor Rockdale Marcellus, LLC
jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach on behalf of Other Prof. Alfred T. Giuliano, solely in his capacity as Plan Administrator
jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach on behalf of Plaintiff Rockdale Marcellus Holdings, LLC
jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Jared S. Roach on behalf of Plaintiff Rockdale Marcellus, LLC
jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com

Lindsey L. Robin on behalf of Debtor Rockdale Marcellus Holdings, LLC and Rockdale Marcellus, LLC
lrobin@reedsmith.com, srhea@reedsmith.com

Lindsey L. Robin on behalf of Debtor Rockdale Marcellus, LLC
, srhea@reedsmith.com

Lindsey L. Robin on behalf of Plaintiff Rockdale Marcellus Holdings, LLC
lrobin@reedsmith.com, srhea@reedsmith.com

Lindsey L. Robin on behalf of Plaintiff Rockdale Marcellus, LLC
lrobin@reedsmith.com, srhea@reedsmith.com

Michael J. Roeschenthaler on behalf of Creditor Committee Official Committee of Unsecured Creditors
of Rockdale Marcellus Holdings, LLC, and Rockdale Marcellus, LLC
mroeschenthaler@wtplaw.com, kmccauley@wtplaw.com;llescallette@wtplaw.com

David W. Ross on behalf of Interested Party Repsol Oil and Gas USA, LLC
dross@bernsteinlaw.com, cwirick@bernsteinlaw.com; cwirick@ecf.courtdrive.com;
dross601@ecf.courtdrive.com

Eric A. Schaffer on behalf of Creditor Alta Fundamental Advisers, LLC
eschaffer@stonecipherlaw.com

Eric A. Schaffer on behalf of Interested Party Delaware Trust Company
eschaffer@stonecipherlaw.com

Daniel R. Schimizzi on behalf of Creditor Committee Official Committee of Unsecured Creditors of
Rockdale Marcellus Holdings, LLC, and Rockdale Marcellus, LLC
dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

Daniel R. Schimizzi on behalf of Financial Advisor Riveron RTS, LLC
dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

Daniel R. Schimizzi on behalf of Interested Party Alfred T. Giuliano, solely in his capacity as Plan
Administrator
dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

Daniel R. Schimizzi on behalf of Other Prof. Alfred T. Giuliano, solely in his capacity as Plan
Administrator

dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com

Christopher P. Schueller on behalf of Creditor UGI Energy Services, LLC and UGI Texas Creek, LLC
christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com

Christopher P. Schueller on behalf of Defendant UGI Energy Services, LLC
christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com

Christopher P. Schueller on behalf of Defendant UGI Texas Creek, LLC
christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com

Terry A. Shulsky on behalf of Creditor Suit-Kote Corporation
terry.shulsky@bipc.com, jessica.dillard@bipc.com;donna.curcio@bipc.com;eservice@bipc.com

Samuel H. Simon on behalf of Creditor Butters Living Trust Dated September 28, 2010
ssimon@hh-law.com, gallagherjl@hh-law.com

Samuel H. Simon on behalf of Creditor Tioga Resources I, LLC
ssimon@hh-law.com, gallagherjl@hh-law.com

Samuel H. Simon on behalf of Respondent Tioga Resources I, LLC
ssimon@hh-law.com, gallagherjl@hh-law.com

Luke A. Sizemore on behalf of Attorney Reed Smith LLP
lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Luke A. Sizemore on behalf of Debtor Rockdale Marcellus Holdings, LLC
lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Luke A. Sizemore on behalf of Debtor Rockdale Marcellus, LLC
lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

George T. Snyder on behalf of Creditor Alta Fundamental Advisers, LLC
gsnyder@stonecipherlaw.com

George T. Snyder on behalf of Interested Party Delaware Trust Company
gsnyder@stonecipherlaw.com

Robert Jay Stark on behalf of Creditor Alta Fundamental Advisers, LLC
rstark@brownrudnick.com

Gregory Thomas Sturges on behalf of Interested Party TXCR Acquisition Co., LLC
sturgesg@gtlaw.com, herrinm@gtlaw.com

Erin Tate on behalf of Attorney PA Public Utility Commission
etate@pa.gov

Maribeth Thomas on behalf of Debtor Tilden Marcellus, LLC
mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Sara Mae Turk on behalf of Plaintiff Rockdale Marcellus, LLC

saraturk@quinnemanuel.com

Joel M. Walker on behalf of Attorney Joel M. Walker
jmwalker@nshmlaw.com

Helen S. Ward on behalf of Creditor Energy Water Solutions, LLC
helen.ward@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com

Jordan Webster on behalf of Defendant UGI Energy Services, LLC
jordan.webster@bipc.com

Jordan Webster on behalf of Defendant UGI Texas Creek, LLC
jordan.webster@bipc.com

Devin van der Hahn on behalf of Plaintiff Rockdale Marcellus Holdings, LLC
Devinvanderhahn@quinnemanuel.com

Devin van der Hahn on behalf of Plaintiff Rockdale Marcellus, LLC
Devinvanderhahn@quinnemanuel.com

Devin van der Hahn on behalf of Spec. Counsel Quinn Emanuel Urquhart & Sullivan, LLP
Devinvanderhahn@quinnemanuel.com

### *Service of Motion for Final Decree and Hearing Notice by Direct Email on May 10, 2023*:

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| BABST, CALLAND, CLEMENTS & ZOMNIR, P.C. | ATTN: DAVID W ROSS; ERICA K DAUSCH | DROSS@BABSTCALLAND.COM; EDAUSCH@BABSTCALLAND.COM |
| BOWLES RICE LLP | ATTN MICHAEL R PROCTOR | MPROCTOR@BOWLESRICE.COM |
| BROWN RUDNICK, LLP | ATTN: ROBERT J STARK & STEVEN B LEVINE | RSTARK@BROWNRUDNICK.COM; SLEVINE@BROWNRUDNICK.COM |
| BROWN RUDNICK, LLP | ATTN ROBERT J. STARK & STEVE LEVINE | RSTARK@BROWNRUDNICK.COM;SLEVINE@BROWNRUDNICK.COM |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN TIMOTHY PALMER, TYLER S DISCHINGER | TIMOTHY.PALMER@BIPC.COM; TYLER.DISCHINGER@BIPC.COM |
| CAMPBELL & LEVINE, LLC | ATTN: PAUL J CORDARO; KATHRYN L HARRISON | PCORDARO@CAMLEV.COM; KHARRISON@CAMLEV.COM |
| DAVIS POLK & WARDWELL LLP | ATTN DARREN S KLEIN & ADAM L SHPEEN | DARREN.KLEIN@DAVISPOLK.COM; ADAM.SHPEEN@DAVISPOLK.COM |
| DELAWARE TRUST COMPANY | ATTN ADAM BERMAN, MICHELLE DREYER, SEAN FORONJY | ADAM.BERMAN@DELAWARETRUST.COM; MICHELLE.DREYER@CSCGFM.COM; SEAN.FORONJY@DELAWARETRUST.COM |
| DENTONS COHEN & GRIGSBY P.C. | ATTN: HELEN SARA WARD | HELEN.WARD@DENTONS.COM |
| DENTONS COHEN & GRIGSBY P.C. | ATTN: THOMAS D. MAXSON | THOMAS.MAXSON@DENTONS.COM |
| DEPARTMENT OF ENVIRONMENTAL PROTECTION | ATTN VERA N KANOVA, ASSISTANT COUNSEL | VERKANOVA@PA.GOV |
| DLA PIPER LLP (US) | ATTN: DENNIS O'DONNELL | DENNIS.ODONNELL@DLAPIPER.COM |
| FOLEY & LARDNER LLP | ATTN: SHARON M. BEAUSOLEIL | SBEAUSOLEIL@FOLEY.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| GREENBERG TRAURIG, LLP | ATTN: KARL D. BURRER | BURRERK@GTLAW.COM |
| GREENBERG TRAURIG, LLP | ATTN: GREGORY T. STURGES | STURGESG@GTLAW.COM |
| HOUSTON HARBAUGH, P.C. | ATTN: S. SIMON, R. BURNETT, B. O'DONNELL | SSIMON@HH-LAW.COM; RBURNETT@HH-LAW.COM; ODONNELLBA@HH-LAW.COM |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: JOHN E. MITCHELL, YELENA E. ARCHIYAN, | JOHN.MITCHELL@KATTEN.COM; YELENA.ARCHIYAN@KATTEN.COM; MICHAELA.CROCKER@KATTEN.COM |
| MAURICE WUTSCHER LLP | ATTN ALAN C HOCHHEISER | AHOCHHEISER@MAURICEWUTSCHER.COM |
| MCNEES WALLACE & NURICK LLC | ATTN CLAYTON W DAVIDSON, ESQ & DANA W CHILSON, ESQ | CDAVIDSON@MCNEESLAW.COM; DCHILSON@MCNEESLAW.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN ROBERT J DEHNEY; TAYLOR M HAGA; | RDEHNEY@MORRISNICHOLS.COM; THAGA@MORRISNICHOLS.COM; MHARVEY@MORRISNICHOLS.COM |
| OFFICE OF ATTORNEY GENERAL | ATTN ALLISON L CARR, SR DEPUTY ATTORNEY GENERAL | ACARR@ATTORNEYGENERAL.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN JODI L HAUSE | JODI.HAUSE@USDOJ.GOV |
| PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP | ATTN: JOHN W KETTERING | JK@PIETRAGALLO.COM |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | ATTN BENJAMIN I. FINESTONE, MARC L. GREENWALD, | BENJAMINFINESTONE@QUINNEMANUEL.COM; MARCGREENWALD@QUINNEMANUEL.COM; DONALDREINHARD@QUINNEMANUEL.COM; SARATURK@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | ATTN CHRISTOPHER D. PORTER, DEVIN VAN DER HAHN | CHRISPORTER@QUINNEMANUEL.COM; DEVINVANDERHAHN@QUINNEMANUEL.COM |
| REED SMITH LLP | ATTN KEITH M AURZADA, OMAR J ALANIZ, | KAURZADA@REEDSMITH.COM; OALANIZ@REEDSMITH.COM; LROBIN@REEDSMITH.COM; DDALCOL@REEDSMITH.COM |
| REED SMITH LLP | ATTN LUKE A SIZEMORE, JARED S ROACH, | LSIZEMORE@REEDSMITH.COM; JROACH@REEDSMITH.COM; ALEVENTHAL@REEDSMITH.COM |
| ROCKDALE MARCELLUS, LLC | C/O JOHN C. DIDONATO | JDIDONATO@HCG.COM; CBROWN@HCG.COM |
| SEWARD & KISSEL LLP | ATTN JOHN R ASHMEAD, GREGG S BATEMAN, | BATEMAN@SEWKIS.COM; ASHMEAD@SEWKIS.COM; LOTEMPIO@SEWKIS.COM |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN JOSH SHAPIRO | INFO@ATTORNEYGENERAL.GOV |
| STONECIPHER LAW FIRM | ATTN ERIC SCHAFFER, GEORGE SNYDER | ESCHAFFER@STONECIPHERLAW.COM; GSNYDER@STONECIPHERLAW.COM |
| STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA | DPEREIRA@STRADLEY.COM |
| TUCKER ARENSBERG, PC | ATTN BEVERLY WEISS MANNE | BMANNE@TUCKERLAW.COM |
| VORYS, SATER, SEYMOUR & PEASE LLP | ATTN MICHAEL P OLIVERIO | MPOLIVERIO@VORYS.COM |
| WILLKIE FARR & GALLAGHER LLP | ATTN ANA ALFONSO | AALFONSO@WILLKIE.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| COMMITTEE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TILDEN MARCELLUS, LLC | AARON S. APPLEBAUM | AARON.APPLEBAUM@US.DLAPIPER.COM |
| ATTORNEY PA PUBLIC UTILITY COMMISSION | NICHOLAS F. BORSUK-WOODMAN | NBORSUK@ECKERTSEAMANS.COM |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES | JOSHUA EBERSOLE | JOSEBERSOL@PA.GOV |
| PA PUBLIC UTILITY COMMISSION | CHRIS PERKINS JACOB CHARLES HANLEY ERIN TATE | CPERKINS@ECKERTSEAMANS.COM; JHANLEY@ECKERTSEAMANS.COM ETATE@PA.GOV |
| REGENCY MARCELLUS GAS GATHERING, LLC | PAUL J. CORDARO KATHRYN L. HARRISON | PJC@CAMLEV.COM KLH@CAMLEV.COM |
| CSU - OUCTS, PA LABOR & INDUSTRY | JENNIFER M. IRVIN | JEIRVIN@PA.GOV |
| UGI ENERGY SERVICES, LLC | GRETCHEN LEE JANKOWSKI | GRETCHEN.JANKOWSKI@BIPC.COM |
| ABC HOLDING I, LLC | MARK A. LINDSAY | MLINDSAY@BERNSTEINLAW.COM |
| NATIONAL FUEL GAS DISTRIBUTION CORP. | JOHN R. O'KEEFE, JR. | JOKEEFE@METZLEWIS.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | | USTPREGION03.PI.ECF@USDOJ.GOV |
| UGI TEXAS CREEK, LLC | CHRISTOPHER P. SCHUELLER JORDAN WEBSTER | CHRISTOPHER.SCHUELLER@BIPC.COM JORDAN.WEBSTER@BIPC.COM |
| SUIT-KOTE CORPORATION | TERRY A. SHULSKY | TERRY.SHULSKY@BIPC.COM |
| TILDEN MARCELLUS, LLC | MARIBETH THOMAS | MTHOMAS@TUCKERLAW.COM |
| ATTORNEY JOEL M. WALKER | JOEL M. WALKER | JMWALKER@NSHMLAW.COM |

***<u>Service of Motion for Final Decree and Hearing Notice by U.S. First Class Mail on May 10, 2023 to the following</u>***:

Internal Revenue Service
1000 Liberty Avenue, Room 711B
Pittsburgh, PA 15222

Internal Revenue Service
Special Procedures Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Shell Trading Risk Management
1000 Main St, 12th Fl
Houston, TX 77002

Shell Western E&P, LP
200 N Dairy Ashford Road

Houston, TX 77079-1101
US Attorney's Office for the Western District of PA
Attn: Stephen R Kaufman & Joseph F Weis, Jr
US Courthouse
700 Grant St, Ste 4000
Pittsburgh, PA 15219

### _Service of Exhibit C to Motion for Final Decree by direct email on May 11, 2023 to the following:_

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| BABST, CALLAND, CLEMENTS & ZOMNIR, P.C. | ATTN: DAVID W ROSS; ERICA K DAUSCH | DROSS@BABSTCALLAND.COM; EDAUSCH@BABSTCALLAND.COM |
| BOWLES RICE LLP | ATTN MICHAEL R PROCTOR | MPROCTOR@BOWLESRICE.COM |
| BROWN RUDNICK, LLP | ATTN: ROBERT J STARK & STEVEN B LEVINE | RSTARK@BROWNRUDNICK.COM; SLEVINE@BROWNRUDNICK.COM |
| BROWN RUDNICK, LLP | ATTN ROBERT J. STARK & STEVE LEVINE | RSTARK@BROWNRUDNICK.COM;SLEVINE@BROWNRUDNICK.COM |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN TIMOTHY PALMER, TYLER S DISCHINGER | TIMOTHY.PALMER@BIPC.COM; TYLER.DISCHINGER@BIPC.COM |
| CAMPBELL & LEVINE, LLC | ATTN: PAUL J CORDARO; KATHRYN L HARRISON | PCORDARO@CAMLEV.COM; KHARRISON@CAMLEV.COM |
| DAVIS POLK & WARDWELL LLP | ATTN DARREN S KLEIN & ADAM L SHPEEN | DARREN.KLEIN@DAVISPOLK.COM; ADAM.SHPEEN@DAVISPOLK.COM |
| DELAWARE TRUST COMPANY | ATTN ADAM BERMAN, MICHELLE DREYER, SEAN FORONJY | ADAM.BERMAN@DELAWARETRUST.COM; MICHELLE.DREYER@CSCGFM.COM; SEAN.FORONJY@DELAWARETRUST.COM |
| DENTONS COHEN & GRIGSBY P.C. | ATTN: HELEN SARA WARD | HELEN.WARD@DENTONS.COM |
| DENTONS COHEN & GRIGSBY P.C. | ATTN: THOMAS D. MAXSON | THOMAS.MAXSON@DENTONS.COM |
| DEPARTMENT OF ENVIRONMENTAL PROTECTION | ATTN VERA N KANOVA, ASSISTANT COUNSEL | VERKANOVA@PA.GOV |
| DLA PIPER LLP (US) | ATTN: DENNIS O'DONNELL | DENNIS.ODONNELL@DLAPIPER.COM |
| FOLEY & LARDNER LLP | ATTN: SHARON M. BEAUSOLEIL | SBEAUSOLEIL@FOLEY.COM |
| GREENBERG TRAURIG, LLP | ATTN: KARL D. BURRER | BURRERK@GTLAW.COM |
| GREENBERG TRAURIG, LLP | ATTN: GREGORY T. STURGES | STURGESG@GTLAW.COM |
| HOUSTON HARBAUGH, P.C. | ATTN: S. SIMON, R. BURNETT, B. O'DONNELL | SSIMON@HH-LAW.COM; RBURNETT@HH-LAW.COM; ODONNELLBA@HH-LAW.COM |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: JOHN E. MITCHELL, YELENA E. ARCHIYAN, | JOHN.MITCHELL@KATTEN.COM; YELENA.ARCHIYAN@KATTEN.COM; MICHAELA.CROCKER@KATTEN.COM |
| MAURICE WUTSCHER LLP | ATTN ALAN C HOCHHEISER | AHOCHHEISER@MAURICEWUTSCHER.COM |
| MCNEES WALLACE & NURICK LLC | ATTN CLAYTON W DAVIDSON, ESQ & DANA W CHILSON, ESQ | CDAVIDSON@MCNEESLAW.COM; DCHILSON@MCNEESLAW.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN ROBERT J DEHNEY; TAYLOR M HAGA; | RDEHNEY@MORRISNICHOLS.COM; THAGA@MORRISNICHOLS.COM; MHARVEY@MORRISNICHOLS.COM |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| OFFICE OF ATTORNEY GENERAL | ATTN ALLISON L CARR, SR DEPUTY ATTORNEY GENERAL | ACARR@ATTORNEYGENERAL.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN JODI L HAUSE | JODI.HAUSE@USDOJ.GOV |
| PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP | ATTN: JOHN W KETTERING | JK@PIETRAGALLO.COM |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | ATTN BENJAMIN I. FINESTONE, MARC L. GREENWALD, | BENJAMINFINESTONE@QUINNEMANUEL.COM; MARCGREENWALD@QUINNEMANUEL.COM; DONALDREINHARD@QUINNEMANUEL.COM; SARATURK@QUINNEMANUEL.COM |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | ATTN CHRISTOPHER D. PORTER, DEVIN VAN DER HAHN | CHRISPORTER@QUINNEMANUEL.COM; DEVINVANDERHAHN@QUINNEMANUEL.COM |
| REED SMITH LLP | ATTN KEITH M AURZADA, OMAR J ALANIZ, | KAURZADA@REEDSMITH.COM; OALANIZ@REEDSMITH.COM; LROBIN@REEDSMITH.COM; DDALCOL@REEDSMITH.COM |
| REED SMITH LLP | ATTN LUKE A SIZEMORE, JARED S ROACH, | LSIZEMORE@REEDSMITH.COM; JROACH@REEDSMITH.COM; ALEVENTHAL@REEDSMITH.COM |
| ROCKDALE MARCELLUS, LLC | C/O JOHN C. DIDONATO | JDIDONATO@HCG.COM; CBROWN@HCG.COM |
| SEWARD & KISSEL LLP | ATTN JOHN R ASHMEAD, GREGG S BATEMAN, | BATEMAN@SEWKIS.COM; ASHMEAD@SEWKIS.COM; LOTEMPIO@SEWKIS.COM |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN JOSH SHAPIRO | INFO@ATTORNEYGENERAL.GOV |
| STONECIPHER LAW FIRM | ATTN ERIC SCHAFFER, GEORGE SNYDER | ESCHAFFER@STONECIPHERLAW.COM; GSNYDER@STONECIPHERLAW.COM |
| STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA | DPEREIRA@STRADLEY.COM |
| TUCKER ARENSBERG, PC | ATTN BEVERLY WEISS MANNE | BMANNE@TUCKERLAW.COM |
| VORYS, SATER, SEYMOUR & PEASE LLP | ATTN MICHAEL P OLIVERIO | MPOLIVERIO@VORYS.COM |
| WILLKIE FARR & GALLAGHER LLP | ATTN ANA ALFONSO | AALFONSO@WILLKIE.COM |
| COMMITTEE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TILDEN MARCELLUS, LLC | AARON S. APPLEBAUM | AARON.APPLEBAUM@US.DLAPIPER.COM |
| ATTORNEY PA PUBLIC UTILITY COMMISSION | NICHOLAS F. BORSUK-WOODMAN | NBORSUK@ECKERTSEAMANS.COM |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES | JOSHUA EBERSOLE | JOSEBERSOL@PA.GOV |
| PA PUBLIC UTILITY COMMISSION | CHRIS PERKINS JACOB CHARLES HANLEY ERIN TATE | CPERKINS@ECKERTSEAMANS.COM; JHANLEY@ECKERTSEAMANS.COM ETATE@PA.GOV |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| REGENCY MARCELLUS GAS GATHERING, LLC | PAUL J. CORDARO<br>KATHRYN L. HARRISON | PJC@CAMLEV.COM<br>KLH@CAMLEV.COM |
| CSU - OUCTS, PA LABOR & INDUSTRY | JENNIFER M. IRVIN | JEIRVIN@PA.GOV |
| UGI ENERGY SERVICES, LLC | GRETCHEN LEE JANKOWSKI | GRETCHEN.JANKOWSKI@BIPC.COM |
| ABC HOLDING I, LLC | MARK A. LINDSAY | MLINDSAY@BERNSTEINLAW.COM |
| NATIONAL FUEL GAS DISTRIBUTION CORP. | JOHN R. O'KEEFE, JR. | JOKEEFE@METZLEWIS.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | | USTPREGION03.PI.ECF@USDOJ.GOV |
| UGI TEXAS CREEK, LLC | CHRISTOPHER P. SCHUELLER<br>JORDAN WEBSTER | CHRISTOPHER.SCHUELLER@BIPC.COM<br>JORDAN.WEBSTER@BIPC.COM |
| SUIT-KOTE CORPORATION | TERRY A. SHULSKY | TERRY.SHULSKY@BIPC.COM |
| TILDEN MARCELLUS, LLC | MARIBETH THOMAS | MTHOMAS@TUCKERLAW.COM |
| ATTORNEY JOEL M. WALKER | JOEL M. WALKER | JMWALKER@NSHMLAW.COM |

Dated:  May 12, 2023         WHITEFORD, TAYLOR & PRESTON, LLP

*/s/ Daniel R. Schimizzi*
Daniel R. Schimizzi, Esq. (PA I.D.: 311869)
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
Tel: (412) 275-2401
Fax: (412) 275-2404
dschimizzi@wtplaw.com

*Local Counsel to Alfred T. Giuliano, Solely in his Capacity*
*as Plan Administrator of Rockdale Marcellus Holdings,*
*LLC, and Rockdale Marcellus, LLC*