**Form 143**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Rockdale Marcellus, LLC**
82−2078767
**Rockdale Marcellus Holdings, LLC**
   Debtor(s)

Bankruptcy Case No.: 21−22080−GLT

Chapter: 11
Docket No.: 1402 − 1401

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

    Vera N. Kanova, Esq. has been removed as attorney from this case and will not receive any future notifications.

    The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: May 12, 2023

Michael R. Rhodes
Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22080-GLT |
| Rockdale Marcellus, LLC | Chapter 11 |
| Rockdale Marcellus Holdings, LLC | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 6 |
| Date Rcvd: May 12, 2023 | Form ID: 143 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Vera Kanova, Commonwealth of PA Office of Chief Couns, P.O. Box 8464, 400 Market Street, 9th Floor Harrisburg, PA 17101-2301 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2023          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron S. Applebaum | on behalf of Attorney DLA Piper LLP (US) aaron.applebaum@us.dlapiper.com  carolyn.fox@us.dlapiper.com |
| Aaron S. Applebaum | on behalf of Creditor Committee The Official Committee of Unsecured Creditors aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com |
| Aaron S. Applebaum | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Tilden Marcellus  LLC aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com |
| Alan C. Hochheiser | on behalf of Creditor AmTrust North America  Inc. on behalf of Wesco Insurance Company ahochheiser@mauricewutscher.com |
| Alexis Allen Leventhal | on behalf of Debtor Rockdale Marcellus Holdings  LLC and Rockdale Marcellus, LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |

Case 21-22080-GLT   Doc 1404   Filed 05/14/23   Entered 05/15/23 00:22:35   Desc
Imaged Certificate of Notice   Page 3 of 7

| District/off: 0315-2 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: May 12, 2023 | Form ID: 143 | Total Noticed: 1 |

Alexis Allen Leventhal
    on behalf of Plaintiff Rockdale Marcellus Holdings  LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com

Alexis Allen Leventhal
    on behalf of Other Prof. Alfred T. Giuliano  solely in his capacity as Plan Administrator aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com

Alexis Allen Leventhal
    on behalf of Debtor Rockdale Marcellus  LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com

Alexis Allen Leventhal
    on behalf of Debtor Rockdale Marcellus Holdings  LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com

Alexis Allen Leventhal
    on behalf of Plaintiff Rockdale Marcellus  LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com

Allison L. Carr
    on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue acarr@attorneygeneral.gov

Beverly Weiss Manne
    on behalf of Attorney Tucker Arensberg bmanne@tuckerlaw.com  bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne
    on behalf of Attorney Morris  Nichols, Asht & Tunnell LLP bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne
    on behalf of Debtor Tilden Marcellus  LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne
    on behalf of Interested Party Tilden Marcellus LLC bmanne@tuckerlaw.com  bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne
    on behalf of Interested Party Petrie Partners Securities  LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne
    on behalf of Attorney Tilden Marcellus  LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne
    on behalf of Other Prof. Epiq Corporate Restructuring  LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne
    on behalf of Attorney Tucker Arensberg  P.C. bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne
    on behalf of Creditor Tilden Marcellus  LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com

Beverly Weiss Manne
    on behalf of Interested Party Epiq Corporate bmanne@tuckerlaw.com  bewmanne@aol.com,jrusnack@tuckerlaw.com

Brendan Andrew O'Donnell
    on behalf of Creditor Jeffrey L. Dugan  as Trustee for the Dugan Family Trust odonnellba@hh-law.com

Brendan Andrew O'Donnell
    on behalf of Creditor Veronica Dugan odonnellba@hh-law.com

Brendan Andrew O'Donnell
    on behalf of Creditor Jeffrey L. Dugan odonnellba@hh-law.com

Christopher Darnell Porter
    on behalf of Plaintiff Rockdale Marcellus  LLC chrisporter@quinnemanuel.com

Christopher L. Perkins
    on behalf of Attorney PA Public Utility Commission cperkins@eckertseamans.com

Christopher L. Perkins
    cperkins@eckertseamans.com

Christopher P. Schueller
    on behalf of Defendant UGI Energy Services  LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com

Christopher P. Schueller
    on behalf of Defendant UGI Texas Creek  LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com

Christopher P. Schueller
    on behalf of Creditor UGI Energy Services  LLC and UGI Texas Creek, LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com

Clayton W. Davidson

Case 21-22080-GLT   Doc 1404   Filed 05/14/23   Entered 05/15/23 00:22:35   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: May 12, 2023 | Form ID: 143 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Principle Enterprises LLC cdavidson@mwn.com, ctran@mcneeslaw.com |
| Clayton W. Davidson | |
| | on behalf of Creditor Brubacher Excavating Inc. cdavidson@mwn.com, ctran@mcneeslaw.com |
| Clayton W. Davidson | |
| | on behalf of Creditor Principle Enterprises LLC cdavidson@mwn.com ctran@mcneeslaw.com |
| Clayton W. Davidson | |
| | on behalf of Defendant Principle Enterprises LLC cdavidson@mwn.com, ctran@mcneeslaw.com |
| Daniel Michael Pereira | |
| | on behalf of Creditor Flynn Energy Transport Inc. dpereira@stradley.com |
| Daniel R. Schimizzi | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings LLC, and Rockdale Marcellus, LLC dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Interested Party Alfred T. Giuliano solely in his capacity as Plan Administrator dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Financial Advisor Riveron RTS LLC dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com |
| David W. Ross | |
| | on behalf of Interested Party Repsol Oil and Gas USA LLC dross@bernsteinlaw.com, cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;dross601@ecf.courtdrive.com |
| Devin van der Hahn | |
| | on behalf of Spec. Counsel Quinn Emanuel Urquhart & Sullivan LLP Devinvanderhahn@quinnemanuel.com |
| Devin van der Hahn | |
| | on behalf of Plaintiff Rockdale Marcellus Holdings LLC Devinvanderhahn@quinnemanuel.com |
| Devin van der Hahn | |
| | on behalf of Plaintiff Rockdale Marcellus LLC Devinvanderhahn@quinnemanuel.com |
| Donald John Reinhard | |
| | on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC DReinhard@kasowitz.com |
| Donald John Reinhard | |
| | on behalf of Debtor Rockdale Marcellus LLC DReinhard@kasowitz.com |
| Donald John Reinhard | |
| | on behalf of Plaintiff Rockdale Marcellus LLC DReinhard@kasowitz.com |
| Eric A. Schaffer | |
| | on behalf of Interested Party Delaware Trust Company eschaffer@stonecipherlaw.com |
| Eric A. Schaffer | |
| | on behalf of Creditor Alta Fundamental Advisers LLC eschaffer@stonecipherlaw.com |
| Erin Tate | |
| | on behalf of Attorney PA Public Utility Commission etate@pa.gov |
| George T. Snyder | |
| | on behalf of Interested Party Delaware Trust Company gsnyder@stonecipherlaw.com |
| George T. Snyder | |
| | on behalf of Creditor Alta Fundamental Advisers LLC gsnyder@stonecipherlaw.com |
| Gregory Thomas Sturges | |
| | on behalf of Interested Party TXCR Acquisition Co. LLC sturgesg@gtlaw.com, herrinm@gtlaw.com |
| Gretchen Lee Jankowski | |
| | on behalf of Defendant UGI Texas Creek LLC gretchen.jankowski@bipc.com, eservice@bipc.com |
| Gretchen Lee Jankowski | |
| | on behalf of Defendant UGI Energy Services LLC gretchen.jankowski@bipc.com, eservice@bipc.com |
| Helen S. Ward | |
| | on behalf of Creditor Energy Water Solutions LLC helen.ward@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com |
| Jacob Charles Hanley | |
| | on behalf of Attorney PA Public Utility Commission jhanley@eckertseamans.com |
| Jared S. Roach | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 6 |
| Date Rcvd: May 12, 2023 | Form ID: 143 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Rockdale Marcellus LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Plaintiff Rockdale Marcellus Holdings LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Plaintiff Rockdale Marcellus LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Debtor Rockdale Marcellus Holdings LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Accountant Houlihan Lokey Capital Inc. jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jennifer M. Irvin | on behalf of Creditor CSU - OUCTS PA Labor & Industry jeirvin@pa.gov, jeirvin@pa.gov |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Joel M. Walker | on behalf of Attorney Joel M. Walker jmwalker@nshmlaw.com |
| John R. O'Keefe, Jr. | on behalf of Creditor National Fuel Gas Distribution Corp. jokeefe@metzlewis.com |
| John W. Kettering | on behalf of Creditor J.L. Watts Excavating Inc. JK@pietragallo.com, ms@pietragallo.com |
| Jordan Webster | on behalf of Defendant UGI Texas Creek LLC jordan.webster@bipc.com |
| Jordan Webster | on behalf of Defendant UGI Energy Services LLC jordan.webster@bipc.com |
| Joshua Ebersole | on behalf of Interested Party Commonwealth of Pennsylvania Department of Conservation and Natural Resources josebersol@pa.gov |
| Kathryn L. Harrison | on behalf of Creditor Regency Marcellus Gas Gathering LLC klh@camlev.com, jmb@camlev.com;hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com |
| Keith M. Aurzada | on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com |
| Keith M. Aurzada | on behalf of Plaintiff Rockdale Marcellus LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com |
| Keith M. Aurzada | on behalf of Plaintiff Rockdale Marcellus Holdings LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com |
| Lindsey L. Robin | on behalf of Plaintiff Rockdale Marcellus Holdings LLC lrobin@reedsmith.com, srhea@reedsmith.com |
| Lindsey L. Robin | on behalf of Plaintiff Rockdale Marcellus LLC lrobin@reedsmith.com, srhea@reedsmith.com |
| Lindsey L. Robin | on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC lrobin@reedsmith.com, srhea@reedsmith.com |
| Lindsey L. Robin | on behalf of Debtor Rockdale Marcellus LLC , srhea@reedsmith.com |
| Luke A. Sizemore | on behalf of Attorney Reed Smith LLP lsizemore@reedsmith.com slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com |
| Luke A. Sizemore | on behalf of Debtor Rockdale Marcellus LLC lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com |

Case 21-22080-GLT    Doc 1404    Filed 05/14/23    Entered 05/15/23 00:22:35    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: May 12, 2023 | Form ID: 143 | Total Noticed: 1 |

Luke A. Sizemore
    on behalf of Debtor Rockdale Marcellus Holdings LLC lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Marc Greenwald
    on behalf of Plaintiff Rockdale Marcellus LLC marcgreenwald@quinnemanuel.com

Maribeth Thomas
    on behalf of Debtor Tilden Marcellus LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Mark A. Lindsay
    on behalf of Creditor ABC Holding I LLC mlindsay@bernsteinlaw.com, cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Michael A. Braymer
    on behalf of Interested Party PA Dept of Environmental Protection mbraymer@pa.gov jbutryn@pa.gov;khollabaug@pa.gov

Michael J. Roeschenthaler
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings LLC, and Rockdale Marcellus, LLC mroeschenthaler@wtplaw.com, kmccauley@wtplaw.com;llescallette@wtplaw.com

Michael Paul Oliverio
    on behalf of Creditor ProFrac Services LLC mpoliverio@vorys.com, mjcoleman@vorys.com

Michael R. Proctor
    on behalf of Creditor White Oak Global Advisors LLC mproctor@bowlesrice.com lcrown@bowlesrice.com

Michael R. Proctor
    on behalf of Creditor White Oak Global Advisors LLC mproctor@bowlesrice.com, lcrown@bowlesrice.com

Nicholas F. Borsuk-Woodman
    on behalf of Attorney PA Public Utility Commission NBorsuk@eckertseamans.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Omar Alaniz
    on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Plaintiff Rockdale Marcellus Holdings LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Debtor Rockdale Marcellus Holdings LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Plaintiff Rockdale Marcellus LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar J. Alaniz
    on behalf of Debtor Rockdale Marcellus LLC , rstanbery@reedsmith.com;srhea@reedsmith.com

Paul J. Cordaro
    on behalf of Creditor Regency Marcellus Gas Gathering LLC pjc@camlev.com, candl@camlev.com;tmatiasic@yahoo.com;hlp@camlev.com;jmb@camlev.com;kmonahan@camlev.com

Robert J Burnett
    on behalf of Creditor Veronica Dugan rburnett@hh-law.com

Robert J Burnett
    on behalf of Creditor Jeffrey L. Dugan rburnett@hh-law.com

Robert J Burnett
    on behalf of Creditor Jeffrey L. Dugan as Trustee for the Dugan Family Trust rburnett@hh-law.com

Robert Jay Stark
    on behalf of Creditor Alta Fundamental Advisers LLC rstark@brownrudnick.com

Samuel H. Simon
    on behalf of Respondent Tioga Resources I LLC ssimon@hh-law.com, gallagherjl@hh-law.com

Samuel H. Simon
    on behalf of Creditor Butters Living Trust Dated September 28 2010 ssimon@hh-law.com, gallagherjl@hh-law.com

Samuel H. Simon
    on behalf of Creditor Tioga Resources I LLC ssimon@hh-law.com, gallagherjl@hh-law.com

Sara Mae Turk
: on behalf of Plaintiff Rockdale Marcellus LLC saraturk@quinnemanuel.com

Scott M. Hare
: on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings LLC, and Rockdale Marcellus, LLC share@wtplaw.com,
share4@mac.com;8047805420@filings.docketbird.com;llescallette@wtplaw.com;JWeisbrod@wtplaw.com

Sharon M. Beausoleil
: on behalf of Creditor Energy Water Solutions LLC , sbeausoleil@foley.com;rdiep@foley.com

Steven J. Kahn
: on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator skahn@pszjlaw.com

Terry A. Shulsky
: on behalf of Creditor Suit-Kote Corporation terry.shulsky@bipc.com
jessica.dillard@bipc.com;donna.curcio@bipc.com;eservice@bipc.com

Theodore Matthew Baum
: on behalf of Creditor Argonaut Insurance Company tbaum@mdmc-law.com
kpatterson@mdmc-law.com;dprimack@mdmc-law.com

Thomas D. Maxson
: on behalf of Attorney Dentons Cohen & Grigsby P.C. thomas.maxson@dentons.com
michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Thomas D. Maxson
: on behalf of Creditor Committee Official Committee of Unsecured Creditors of Tilden Marcellus LLC
thomas.maxson@dentons.com, michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Thomas D. Maxson
: on behalf of Creditor Committee The Official Committee of Unsecured Creditors thomas.maxson@dentons.com
michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Timothy P. Palmer
: on behalf of Creditor UGI Texas Creek LLC timothy.palmer@bipc.com,
donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer
: on behalf of Creditor UGI Energy Services LLC and UGI Texas Creek, LLC timothy.palmer@bipc.com,
donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer
: on behalf of Defendant UGI Energy Services LLC timothy.palmer@bipc.com,
donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer
: on behalf of Defendant UGI Texas Creek LLC timothy.palmer@bipc.com,
donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger
: on behalf of Creditor UGI Energy Services LLC and UGI Texas Creek, LLC tyler.dischinger@bipc.com,
donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger
: on behalf of Defendant UGI Texas Creek LLC tyler.dischinger@bipc.com,
donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger
: on behalf of Defendant UGI Energy Services LLC tyler.dischinger@bipc.com,
donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Vera Kanova
: on behalf of Interested Party PA Dept of Environmental Protection verkanova@pa.gov

Vera Kanova
: on behalf of Interested Party Commonwealth of Pennsylvania Department of Environmental Protection verkanova@pa.gov

TOTAL: 123