FILED
5/12/23 8:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>ROCKDALE MARCELLUS HOLDINGS, LLC AND ROCKDALE MARCELLUS, LLC,<br>    Debtors.<br><br>COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>Movant<br><br>v.<br><br>NO RESPONDENTS. | Bank. Case No.: 21-22080-GLT<br><br>Chapter 11<br>(Jointly Administered)<br><br>Related to Doc. No .73 & 1400 |

### ORDER

Upon consideration of the Commonwealth of Pennsylvania, Department of Environmental Protection's Motion to Substitute Attorney in the above cited Bankruptcy case,

IT IS HEREBY ORDERED THAT:

1. The relief requested in the Motion is GRANTED.

2. Attorney Vera N. Kanova shall be removed from above-captioned proceeding.

3. Attorney Michael A. Braymer shall be added to the above-captioned proceeding as counsel for the Commonwealth of Pennsylvania, Department of Environmental Protection.

Dated: May 12, 2023

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 21-22080-GLT

Rockdale Marcellus, LLC  Chapter 11

Rockdale Marcellus Holdings, LLC

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 6
Date Rcvd: May 12, 2023  Form ID: pdf900  Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rockdale Marcellus, LLC, 4600 J. Barry Ct., Suite 320, Canonsburg, PA 15317 |
| | + | Vera N. Kanova, Esq., 400 Market Street, Harrisburg, PA 17101-2301 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron S. Applebaum | |
| | on behalf of Attorney DLA Piper LLP (US) aaron.applebaum@us.dlapiper.com  carolyn.fox@us.dlapiper.com |
| Aaron S. Applebaum | |
| | on behalf of Creditor Committee The Official Committee of Unsecured Creditors aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com |
| Aaron S. Applebaum | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Tilden Marcellus  LLC aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com |
| Alan C. Hochheiser | |
| | on behalf of Creditor AmTrust North America  Inc. on behalf of Wesco Insurance Company ahochheiser@mauricewutscher.com |
| Alexis Allen Leventhal | |

Case 21-22080-GLT    Doc 1405    Filed 05/14/23    Entered 05/15/23 00:22:35    Desc
Imaged Certificate of Notice    Page 3 of 7

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 6 |
| Date Rcvd: May 12, 2023 | Form ID: pdf900 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Plaintiff Rockdale Marcellus Holdings LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Debtor Rockdale Marcellus Holdings LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Debtor Rockdale Marcellus LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Plaintiff Rockdale Marcellus LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Beverly Weiss Manne | on behalf of Attorney Tucker Arensberg bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Attorney Morris Nichols, Asht & Tunnell LLP bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Debtor Tilden Marcellus LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Tilden Marcellus LLC bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Petrie Partners Securities LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Attorney Tilden Marcellus LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Other Prof. Epiq Corporate Restructuring LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Attorney Tucker Arensberg P.C. bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Creditor Tilden Marcellus LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Epiq Corporate bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Brendan Andrew O'Donnell | on behalf of Creditor Jeffrey L. Dugan as Trustee for the Dugan Family Trust odonnellba@hh-law.com |
| Brendan Andrew O'Donnell | on behalf of Creditor Veronica Dugan odonnellba@hh-law.com |
| Brendan Andrew O'Donnell | on behalf of Creditor Jeffrey L. Dugan odonnellba@hh-law.com |
| Christopher Darnell Porter | on behalf of Plaintiff Rockdale Marcellus LLC chrisporter@quinnemanuel.com |
| Christopher L. Perkins | cperkins@eckertseamans.com |
| Christopher L. Perkins | on behalf of Attorney PA Public Utility Commission cperkins@eckertseamans.com |
| Christopher P. Schueller | on behalf of Defendant UGI Energy Services LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com |
| Christopher P. Schueller | on behalf of Defendant UGI Texas Creek LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com |
| Christopher P. Schueller | on behalf of Creditor UGI Energy Services LLC and UGI Texas Creek, LLC christopher.schueller@bipc.com, |

| | |
|---|---|
| | donna.curcio@bipc.com;eservice@bipc.com |
| Clayton W. Davidson | on behalf of Creditor Principle Enterprises LLC cdavidson@mwn.com, ctran@mcneeslaw.com |
| Clayton W. Davidson | on behalf of Creditor Brubacher Excavating Inc. cdavidson@mwn.com, ctran@mcneeslaw.com |
| Clayton W. Davidson | on behalf of Creditor Principle Enterprises LLC cdavidson@mwn.com ctran@mcneeslaw.com |
| Clayton W. Davidson | on behalf of Defendant Principle Enterprises LLC cdavidson@mwn.com, ctran@mcneeslaw.com |
| Daniel Michael Pereira | on behalf of Creditor Flynn Energy Transport Inc. dpereira@stradley.com |
| Daniel R. Schimizzi | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings LLC, and Rockdale Marcellus, LLC dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com |
| Daniel R. Schimizzi | on behalf of Interested Party Alfred T. Giuliano solely in his capacity as Plan Administrator dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com |
| Daniel R. Schimizzi | on behalf of Financial Advisor Riveron RTS LLC dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com |
| Daniel R. Schimizzi | on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com |
| David W. Ross | on behalf of Interested Party Repsol Oil and Gas USA LLC dross@bernsteinlaw.com, cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;dross601@ecf.courtdrive.com |
| Devin van der Hahn | on behalf of Spec. Counsel Quinn Emanuel Urquhart & Sullivan LLP Devinvanderhahn@quinnemanuel.com |
| Devin van der Hahn | on behalf of Plaintiff Rockdale Marcellus Holdings LLC Devinvanderhahn@quinnemanuel.com |
| Devin van der Hahn | on behalf of Plaintiff Rockdale Marcellus LLC Devinvanderhahn@quinnemanuel.com |
| Donald John Reinhard | on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC DReinhard@kasowitz.com |
| Donald John Reinhard | on behalf of Debtor Rockdale Marcellus LLC DReinhard@kasowitz.com |
| Donald John Reinhard | on behalf of Plaintiff Rockdale Marcellus LLC DReinhard@kasowitz.com |
| Eric A. Schaffer | on behalf of Interested Party Delaware Trust Company eschaffer@stonecipherlaw.com |
| Eric A. Schaffer | on behalf of Creditor Alta Fundamental Advisers LLC eschaffer@stonecipherlaw.com |
| Erin Tate | on behalf of Attorney PA Public Utility Commission etate@pa.gov |
| George T. Snyder | on behalf of Interested Party Delaware Trust Company gsnyder@stonecipherlaw.com |
| George T. Snyder | on behalf of Creditor Alta Fundamental Advisers LLC gsnyder@stonecipherlaw.com |
| Gregory Thomas Sturges | on behalf of Interested Party TXCR Acquisition Co. LLC sturgesg@gtlaw.com, herrinm@gtlaw.com |
| Gretchen Lee Jankowski | on behalf of Defendant UGI Texas Creek LLC gretchen.jankowski@bipc.com, eservice@bipc.com |
| Gretchen Lee Jankowski | on behalf of Defendant UGI Energy Services LLC gretchen.jankowski@bipc.com, eservice@bipc.com |
| Helen S. Ward | on behalf of Creditor Energy Water Solutions LLC helen.ward@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com |
| Jacob Charles Hanley | |

Case 21-22080-GLT   Doc 1405   Filed 05/14/23   Entered 05/15/23 00:22:35   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: May 12, 2023 | Form ID: pdf900 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Attorney PA Public Utility Commission jhanley@eckertseamans.com |
| Jared S. Roach | on behalf of Debtor Rockdale Marcellus  LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Plaintiff Rockdale Marcellus Holdings  LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Other Prof. Alfred T. Giuliano  solely in his capacity as Plan Administrator jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Plaintiff Rockdale Marcellus  LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Debtor Rockdale Marcellus Holdings  LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Accountant Houlihan Lokey Capital  Inc. jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jennifer M. Irvin | on behalf of Creditor CSU - OUCTS  PA Labor & Industry jeirvin@pa.gov, jeirvin@pa.gov |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Joel M. Walker | on behalf of Attorney Joel M. Walker jmwalker@nshmlaw.com |
| John R. O'Keefe, Jr. | on behalf of Creditor National Fuel Gas Distribution Corp. jokeefe@metzlewis.com |
| John W. Kettering | on behalf of Creditor J.L. Watts Excavating  Inc. JK@pietragallo.com, ms@pietragallo.com |
| Jordan Webster | on behalf of Defendant UGI Texas Creek  LLC jordan.webster@bipc.com |
| Jordan Webster | on behalf of Defendant UGI Energy Services  LLC jordan.webster@bipc.com |
| Joshua Ebersole | on behalf of Interested Party Commonwealth of Pennsylvania  Department of Conservation and Natural Resources josebersol@pa.gov |
| Kathryn L. Harrison | on behalf of Creditor Regency Marcellus Gas Gathering  LLC klh@camlev.com, jmb@camlev.com;hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com |
| Keith M. Aurzada | on behalf of Debtor Rockdale Marcellus Holdings  LLC and Rockdale Marcellus, LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com |
| Keith M. Aurzada | on behalf of Plaintiff Rockdale Marcellus  LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com |
| Keith M. Aurzada | on behalf of Plaintiff Rockdale Marcellus Holdings  LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com |
| Lindsey L. Robin | on behalf of Plaintiff Rockdale Marcellus Holdings  LLC lrobin@reedsmith.com, srhea@reedsmith.com |
| Lindsey L. Robin | on behalf of Plaintiff Rockdale Marcellus  LLC lrobin@reedsmith.com, srhea@reedsmith.com |
| Lindsey L. Robin | on behalf of Debtor Rockdale Marcellus Holdings  LLC and Rockdale Marcellus, LLC lrobin@reedsmith.com, srhea@reedsmith.com |
| Lindsey L. Robin | on behalf of Debtor Rockdale Marcellus  LLC , srhea@reedsmith.com |
| Luke A. Sizemore | on behalf of Attorney Reed Smith LLP lsizemore@reedsmith.com  slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com |

Case 21-22080-GLT   Doc 1405   Filed 05/14/23   Entered 05/15/23 00:22:35   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: May 12, 2023 | Form ID: pdf900 | Total Noticed: 2 |

Luke A. Sizemore
    on behalf of Debtor Rockdale Marcellus LLC lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Luke A. Sizemore
    on behalf of Debtor Rockdale Marcellus Holdings LLC lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Marc Greenwald
    on behalf of Plaintiff Rockdale Marcellus LLC marcgreenwald@quinnemanuel.com

Maribeth Thomas
    on behalf of Debtor Tilden Marcellus LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Mark A. Lindsay
    on behalf of Creditor ABC Holding I LLC mlindsay@bernsteinlaw.com, cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Michael A. Braymer
    on behalf of Interested Party PA Dept of Environmental Protection mbraymer@pa.gov jbutryn@pa.gov;khollabaug@pa.gov

Michael J. Roeschenthaler
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings LLC, and Rockdale Marcellus, LLC mroeschenthaler@wtplaw.com, kmccauley@wtplaw.com;llescallette@wtplaw.com

Michael Paul Oliverio
    on behalf of Creditor ProFrac Services LLC mpoliverio@vorys.com, mjcoleman@vorys.com

Michael R. Proctor
    on behalf of Creditor White Oak Global Advisors LLC mproctor@bowlesrice.com lcrown@bowlesrice.com

Michael R. Proctor
    on behalf of Creditor White Oak Global Advisors LLC mproctor@bowlesrice.com, lcrown@bowlesrice.com

Nicholas F. Borsuk-Woodman
    on behalf of Attorney PA Public Utility Commission NBorsuk@eckertseamans.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Omar Alaniz
    on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Plaintiff Rockdale Marcellus Holdings LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Debtor Rockdale Marcellus Holdings LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Plaintiff Rockdale Marcellus LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar J. Alaniz
    on behalf of Debtor Rockdale Marcellus LLC , rstanbery@reedsmith.com;srhea@reedsmith.com

Paul J. Cordaro
    on behalf of Creditor Regency Marcellus Gas Gathering LLC pjc@camlev.com, candl@camlev.com;tmatiasic@yahoo.com;hlp@camlev.com;jmb@camlev.com;kmonahan@camlev.com

Robert J Burnett
    on behalf of Creditor Veronica Dugan rburnett@hh-law.com

Robert J Burnett
    on behalf of Creditor Jeffrey L. Dugan rburnett@hh-law.com

Robert J Burnett
    on behalf of Creditor Jeffrey L. Dugan as Trustee for the Dugan Family Trust rburnett@hh-law.com

Robert Jay Stark
    on behalf of Creditor Alta Fundamental Advisers LLC rstark@brownrudnick.com

Samuel H. Simon
    on behalf of Respondent Tioga Resources I LLC ssimon@hh-law.com, gallagherjl@hh-law.com

Samuel H. Simon
    on behalf of Creditor Butters Living Trust Dated September 28 2010 ssimon@hh-law.com, gallagherjl@hh-law.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 6 of 6 |
| Date Rcvd: May 12, 2023 | Form ID: pdf900 | Total Noticed: 2 |

Samuel H. Simon
    on behalf of Creditor Tioga Resources I  LLC ssimon@hh-law.com, gallagherjl@hh-law.com

Sara Mae Turk
    on behalf of Plaintiff Rockdale Marcellus  LLC saraturk@quinnemanuel.com

Scott M. Hare
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings  LLC, and Rockdale Marcellus, LLC share@wtplaw.com,
    share4@mac.com;8047805420@filings.docketbird.com;llescallette@wtplaw.com;JWeisbrod@wtplaw.com

Sharon M. Beausoleil
    on behalf of Creditor Energy Water Solutions  LLC , sbeausoleil@foley.com;rdiep@foley.com

Steven J. Kahn
    on behalf of Other Prof. Alfred T. Giuliano  solely in his capacity as Plan Administrator skahn@pszjlaw.com

Terry A. Shulsky
    on behalf of Creditor Suit-Kote Corporation terry.shulsky@bipc.com
    jessica.dillard@bipc.com;donna.curcio@bipc.com;eservice@bipc.com

Theodore Matthew Baum
    on behalf of Creditor Argonaut Insurance Company tbaum@mdmc-law.com
    kpatterson@mdmc-law.com;dprimack@mdmc-law.com

Thomas D. Maxson
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors thomas.maxson@dentons.com
    michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Thomas D. Maxson
    on behalf of Attorney Dentons Cohen & Grigsby P.C. thomas.maxson@dentons.com
    michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Thomas D. Maxson
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Tilden Marcellus  LLC
    thomas.maxson@dentons.com, michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Timothy P. Palmer
    on behalf of Creditor UGI Texas Creek  LLC timothy.palmer@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer
    on behalf of Creditor UGI Energy Services  LLC and UGI Texas Creek, LLC timothy.palmer@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer
    on behalf of Defendant UGI Energy Services  LLC timothy.palmer@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer
    on behalf of Defendant UGI Texas Creek  LLC timothy.palmer@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger
    on behalf of Creditor UGI Energy Services  LLC and UGI Texas Creek, LLC tyler.dischinger@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger
    on behalf of Defendant UGI Texas Creek  LLC tyler.dischinger@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger
    on behalf of Defendant UGI Energy Services  LLC tyler.dischinger@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Vera Kanova
    on behalf of Interested Party PA Dept of Environmental Protection verkanova@pa.gov

Vera Kanova
    on behalf of Interested Party Commonwealth of Pennsylvania  Department of Environmental Protection verkanova@pa.gov

TOTAL: 123