FILED
5/19/23 9:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>ROCKDALE MARCELLUS HOLDINGS, LLC and ROCKDALE MARCELLUS, LLC,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 21-22080-GLT<br><br>Related to Dkt. No. 1406 |
| TILDEN MARCELLUS, LLC, and THE LIQUIDATING TRUSTEE OF THE TILDEN LIQUIDATING TRUST,<br><br>        Movants,<br>v.<br><br>NO RESPONDENT. | |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

AND NOW, this 19th day of May 2023, the Court having considered the Motion,[2] it is hereby ORDERED that the appearance of Taylor M. Haga, counsel of record for the Client identified in the Motion in the above-captioned case, is withdrawn, and the claims agent and/or Clerk is directed to terminate the corresponding CM/ECF attorney record in this case.

BY THE COURT:

_____
GREGORY L. TADDONIO, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Rockdale Marcellus Holdings, LLC (7117) and Rockdale Marcellus, LLC (8767).

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the *Motion to Withdraw Appearance of Taylor M. Haga*.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22080-GLT |
| Rockdale Marcellus, LLC | Chapter 11 |
| Rockdale Marcellus Holdings, LLC | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 6 |
| Date Rcvd: May 19, 2023 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2023:**

**Recip ID**  **Recipient Name and Address**
    Taylor M. Haga, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, DE 19899-1347

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**  **Bypass Reason**  **Name and Address**
db    Rockdale Marcellus Holdings, LLC

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron S. Applebaum | on behalf of Attorney DLA Piper LLP (US) aaron.applebaum@us.dlapiper.com  carolyn.fox@us.dlapiper.com |
| Aaron S. Applebaum | on behalf of Creditor Committee The Official Committee of Unsecured Creditors aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com |
| Aaron S. Applebaum | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Tilden Marcellus  LLC aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com |
| Alan C. Hochheiser | on behalf of Creditor AmTrust North America  Inc. on behalf of Wesco Insurance Company ahochheiser@mauricewutscher.com |
| Alexis Allen Leventhal | on behalf of Debtor Rockdale Marcellus Holdings  LLC and Rockdale Marcellus, LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |

Case 21-22080-GLT   Doc 1410   Filed 05/21/23   Entered 05/22/23 00:25:40   Desc
Imaged Certificate of Notice   Page 3 of 7

| District/off: 0315-2 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: May 19, 2023 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| Alexis Allen Leventhal | on behalf of Plaintiff Rockdale Marcellus Holdings LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Debtor Rockdale Marcellus Holdings LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Debtor Rockdale Marcellus LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Alexis Allen Leventhal | on behalf of Plaintiff Rockdale Marcellus LLC aleventhal@reedsmith.com, slucas@reedsmith.com;aimblum@reedsmith.com |
| Allison L. Carr | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Beverly Weiss Manne | on behalf of Attorney Tucker Arensberg bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Attorney Morris Nichols, Asht & Tunnell LLP bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Debtor Tilden Marcellus LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Tilden Marcellus LLC bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Petrie Partners Securities LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Attorney Tilden Marcellus LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Other Prof. Epiq Corporate Restructuring LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Attorney Tucker Arensberg P.C. bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Creditor Tilden Marcellus LLC bmanne@tuckerlaw.com, bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Epiq Corporate bmanne@tuckerlaw.com bewmanne@aol.com,jrusnack@tuckerlaw.com |
| Brendan Andrew O'Donnell | on behalf of Creditor Jeffrey L. Dugan as Trustee for the Dugan Family Trust odonnellba@hh-law.com |
| Brendan Andrew O'Donnell | on behalf of Creditor Veronica Dugan odonnellba@hh-law.com |
| Brendan Andrew O'Donnell | on behalf of Creditor Jeffrey L. Dugan odonnellba@hh-law.com |
| Christopher Darnell Porter | on behalf of Plaintiff Rockdale Marcellus LLC chrisporter@quinnemanuel.com |
| Christopher L. Perkins | cperkins@eckertseamans.com |
| Christopher L. Perkins | on behalf of Attorney PA Public Utility Commission cperkins@eckertseamans.com |
| Christopher P. Schueller | on behalf of Defendant UGI Energy Services LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com |
| Christopher P. Schueller | on behalf of Defendant UGI Texas Creek LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com |
| Christopher P. Schueller | on behalf of Creditor UGI Energy Services LLC and UGI Texas Creek, LLC christopher.schueller@bipc.com, donna.curcio@bipc.com;eservice@bipc.com |
| Clayton W. Davidson | |

Case 21-22080-GLT    Doc 1410    Filed 05/21/23    Entered 05/22/23 00:25:40    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0315-2 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: May 19, 2023 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Principle Enterprises  LLC cdavidson@mwn.com, ctran@mcneeslaw.com |
| Clayton W. Davidson | |
| | on behalf of Creditor Brubacher Excavating  Inc. cdavidson@mwn.com, ctran@mcneeslaw.com |
| Clayton W. Davidson | |
| | on behalf of Creditor Principle Enterprises LLC cdavidson@mwn.com  ctran@mcneeslaw.com |
| Clayton W. Davidson | |
| | on behalf of Defendant Principle Enterprises  LLC cdavidson@mwn.com, ctran@mcneeslaw.com |
| Daniel Michael Pereira | |
| | on behalf of Creditor Flynn Energy Transport  Inc. dpereira@stradley.com |
| Daniel R. Schimizzi | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings  LLC, and Rockdale Marcellus, LLC dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Interested Party Alfred T. Giuliano  solely in his capacity as Plan Administrator dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Financial Advisor Riveron RTS  LLC dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com |
| Daniel R. Schimizzi | |
| | on behalf of Other Prof. Alfred T. Giuliano  solely in his capacity as Plan Administrator dschimizzi@wtplaw.com, LLescallette@wtplaw.com;sharding@wtplaw.com |
| David W. Ross | |
| | on behalf of Interested Party Repsol Oil and Gas USA  LLC dross@bernsteinlaw.com, cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;dross601@ecf.courtdrive.com |
| Devin van der Hahn | |
| | on behalf of Spec. Counsel Quinn Emanuel Urquhart & Sullivan  LLP Devinvanderhahn@quinnemanuel.com |
| Devin van der Hahn | |
| | on behalf of Plaintiff Rockdale Marcellus Holdings  LLC Devinvanderhahn@quinnemanuel.com |
| Devin van der Hahn | |
| | on behalf of Plaintiff Rockdale Marcellus  LLC Devinvanderhahn@quinnemanuel.com |
| Donald John Reinhard | |
| | on behalf of Debtor Rockdale Marcellus Holdings  LLC and Rockdale Marcellus, LLC DReinhard@kasowitz.com |
| Donald John Reinhard | |
| | on behalf of Debtor Rockdale Marcellus  LLC DReinhard@kasowitz.com |
| Donald John Reinhard | |
| | on behalf of Plaintiff Rockdale Marcellus  LLC DReinhard@kasowitz.com |
| Eric A. Schaffer | |
| | on behalf of Interested Party Delaware Trust Company eschaffer@stonecipherlaw.com |
| Eric A. Schaffer | |
| | on behalf of Creditor Alta Fundamental Advisers  LLC eschaffer@stonecipherlaw.com |
| Erin Tate | |
| | on behalf of Attorney PA Public Utility Commission etate@pa.gov |
| George T. Snyder | |
| | on behalf of Interested Party Delaware Trust Company gsnyder@stonecipherlaw.com |
| George T. Snyder | |
| | on behalf of Creditor Alta Fundamental Advisers  LLC gsnyder@stonecipherlaw.com |
| Gregory Thomas Sturges | |
| | on behalf of Interested Party TXCR Acquisition Co.  LLC sturgesg@gtlaw.com, herrinm@gtlaw.com |
| Gretchen Lee Jankowski | |
| | on behalf of Defendant UGI Texas Creek  LLC gretchen.jankowski@bipc.com, eservice@bipc.com |
| Gretchen Lee Jankowski | |
| | on behalf of Defendant UGI Energy Services  LLC gretchen.jankowski@bipc.com, eservice@bipc.com |
| Helen S. Ward | |
| | on behalf of Creditor Energy Water Solutions  LLC helen.ward@dentons.com, michelle.graeb@dentons.com,pg.rib.filings.us.dcg@dentons.com |
| Jacob Charles Hanley | |
| | on behalf of Attorney PA Public Utility Commission jhanley@eckertseamans.com |
| Jared S. Roach | |

| | |
|---|---|
| | on behalf of Debtor Rockdale Marcellus LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Plaintiff Rockdale Marcellus Holdings LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Plaintiff Rockdale Marcellus LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Debtor Rockdale Marcellus Holdings LLC jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jared S. Roach | on behalf of Accountant Houlihan Lokey Capital Inc. jroach@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com;slucas@reedsmith.com |
| Jennifer M. Irvin | on behalf of Creditor CSU - OUCTS PA Labor & Industry jeirvin@pa.gov, jeirvin@pa.gov |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Joel M. Walker | on behalf of Attorney Joel M. Walker jmwalker@nshmlaw.com |
| John R. O'Keefe, Jr. | on behalf of Creditor National Fuel Gas Distribution Corp. jokeefe@metzlewis.com |
| John W. Kettering | on behalf of Creditor J.L. Watts Excavating Inc. JK@pietragallo.com, ms@pietragallo.com |
| Jordan Webster | on behalf of Defendant UGI Texas Creek LLC jordan.webster@bipc.com |
| Jordan Webster | on behalf of Defendant UGI Energy Services LLC jordan.webster@bipc.com |
| Joshua Ebersole | on behalf of Interested Party Commonwealth of Pennsylvania Department of Conservation and Natural Resources josebersol@pa.gov |
| Kathryn L. Harrison | on behalf of Creditor Regency Marcellus Gas Gathering LLC klh@camlev.com, jmb@camlev.com;hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com |
| Keith M. Aurzada | on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com |
| Keith M. Aurzada | on behalf of Plaintiff Rockdale Marcellus LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com |
| Keith M. Aurzada | on behalf of Plaintiff Rockdale Marcellus Holdings LLC kaurzada@reedsmith.com, anixon@reedsmith.com;srhea@reedsmith.com |
| Lindsey L. Robin | on behalf of Plaintiff Rockdale Marcellus Holdings LLC lrobin@reedsmith.com, srhea@reedsmith.com |
| Lindsey L. Robin | on behalf of Plaintiff Rockdale Marcellus LLC lrobin@reedsmith.com, srhea@reedsmith.com |
| Lindsey L. Robin | on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC lrobin@reedsmith.com, srhea@reedsmith.com |
| Lindsey L. Robin | on behalf of Debtor Rockdale Marcellus LLC , srhea@reedsmith.com |
| Luke A. Sizemore | on behalf of Attorney Reed Smith LLP lsizemore@reedsmith.com  slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com |
| Luke A. Sizemore | on behalf of Debtor Rockdale Marcellus LLC lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com |

Case 21-22080-GLT   Doc 1410   Filed 05/21/23   Entered 05/22/23 00:25:40   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: May 19, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Luke A. Sizemore
    on behalf of Debtor Rockdale Marcellus Holdings LLC lsizemore@reedsmith.com, slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Marc Greenwald
    on behalf of Plaintiff Rockdale Marcellus LLC marcgreenwald@quinnemanuel.com

Maribeth Thomas
    on behalf of Debtor Tilden Marcellus LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com

Mark A. Lindsay
    on behalf of Creditor ABC Holding I LLC mlindsay@bernsteinlaw.com, cwirick@bernsteinlaw.com;mlindsay@ecf.courtdrive.com;cwirick@ecf.courtdrive.com

Michael A. Braymer
    on behalf of Interested Party PA Dept of Environmental Protection mbraymer@pa.gov jbutryn@pa.gov;khollabaug@pa.gov

Michael A. Braymer
    on behalf of Interested Party Commonwealth of Pennsylvania Department of Environmental Protection mbraymer@pa.gov, jbutryn@pa.gov;khollabaug@pa.gov

Michael J. Roeschenthaler
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings LLC, and Rockdale Marcellus, LLC mroeschenthaler@wtplaw.com, kmccauley@wtplaw.com;llescallette@wtplaw.com

Michael Paul Oliverio
    on behalf of Creditor ProFrac Services LLC mpoliverio@vorys.com, mjcoleman@vorys.com

Michael R. Proctor
    on behalf of Creditor White Oak Global Advisors LLC mproctor@bowlesrice.com lcrown@bowlesrice.com

Michael R. Proctor
    on behalf of Creditor White Oak Global Advisors LLC mproctor@bowlesrice.com, lcrown@bowlesrice.com

Nicholas F. Borsuk-Woodman
    on behalf of Attorney PA Public Utility Commission NBorsuk@eckertseamans.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Omar Alaniz
    on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Plaintiff Rockdale Marcellus Holdings LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Debtor Rockdale Marcellus Holdings LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Debtor Rockdale Marcellus Holdings LLC and Rockdale Marcellus, LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar Alaniz
    on behalf of Plaintiff Rockdale Marcellus LLC oalaniz@reedsmith.com, rstanbery@reedsmith.com;srhea@reedsmith.com

Omar J. Alaniz
    on behalf of Debtor Rockdale Marcellus LLC , rstanbery@reedsmith.com;srhea@reedsmith.com

Paul J. Cordaro
    on behalf of Creditor Regency Marcellus Gas Gathering LLC pjc@camlev.com, candl@camlev.com;tmatiasic@yahoo.com;hlp@camlev.com;jmb@camlev.com;kmonahan@camlev.com

Robert J Burnett
    on behalf of Creditor Veronica Dugan rburnett@hh-law.com

Robert J Burnett
    on behalf of Creditor Jeffrey L. Dugan rburnett@hh-law.com

Robert J Burnett
    on behalf of Creditor Jeffrey L. Dugan as Trustee for the Dugan Family Trust rburnett@hh-law.com

Robert Jay Stark
    on behalf of Creditor Alta Fundamental Advisers LLC rstark@brownrudnick.com

Samuel H. Simon
    on behalf of Respondent Tioga Resources I LLC ssimon@hh-law.com, gallagherjl@hh-law.com

Samuel H. Simon
    on behalf of Creditor Butters Living Trust Dated September 28 2010 ssimon@hh-law.com, gallagherjl@hh-law.com

District/off: 0315-2 | User: auto | Page 6 of 6
Date Rcvd: May 19, 2023 | Form ID: pdf900 | Total Noticed: 1

Samuel H. Simon
    on behalf of Creditor Tioga Resources I LLC ssimon@hh-law.com, gallagherjl@hh-law.com

Sara Mae Turk
    on behalf of Plaintiff Rockdale Marcellus LLC saraturk@quinnemanuel.com

Scott M. Hare
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Rockdale Marcellus Holdings LLC, and Rockdale Marcellus, LLC share@wtplaw.com,
    share4@mac.com;8047805420@filings.docketbird.com;llescallette@wtplaw.com;JWeisbrod@wtplaw.com

Sharon M. Beausoleil
    on behalf of Creditor Energy Water Solutions LLC , sbeausoleil@foley.com;rdiep@foley.com

Steven J. Kahn
    on behalf of Other Prof. Alfred T. Giuliano solely in his capacity as Plan Administrator skahn@pszjlaw.com

Steven Michael Beauchamp
    on behalf of Creditor Argonaut Insurance Company sbeauchamp@drylaw.com

Terry A. Shulsky
    on behalf of Creditor Suit-Kote Corporation terry.shulsky@bipc.com
    jessica.dillard@bipc.com;donna.curcio@bipc.com;eservice@bipc.com

Theodore Matthew Baum
    on behalf of Creditor Argonaut Insurance Company tbaum@mdmc-law.com
    kpatterson@mdmc-law.com;dprimack@mdmc-law.com

Thomas D. Maxson
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors thomas.maxson@dentons.com
    michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Thomas D. Maxson
    on behalf of Attorney Dentons Cohen & Grigsby P.C. thomas.maxson@dentons.com
    michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Thomas D. Maxson
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Tilden Marcellus LLC
    thomas.maxson@dentons.com, michelle.graeb@dentons.com;pg.rib.filings.us.dcg@dentons.com

Timothy P. Palmer
    on behalf of Creditor UGI Texas Creek LLC timothy.palmer@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer
    on behalf of Creditor UGI Energy Services LLC and UGI Texas Creek, LLC timothy.palmer@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer
    on behalf of Defendant UGI Energy Services LLC timothy.palmer@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Timothy P. Palmer
    on behalf of Defendant UGI Texas Creek LLC timothy.palmer@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger
    on behalf of Creditor UGI Energy Services LLC and UGI Texas Creek, LLC tyler.dischinger@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger
    on behalf of Defendant UGI Texas Creek LLC tyler.dischinger@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

Tyler S. Dischinger
    on behalf of Defendant UGI Energy Services LLC tyler.dischinger@bipc.com,
    donna.curcio@bipc.com;sean.kenny@bipc.com;eservice@bipc.com

TOTAL: 123