# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ROCKDALE MARCELLUS HOLDINGS, LLC and ROCKDALE MARCELLUS, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-22080-GLT<br><br>(Jointly Administered) |

## NOTICE OF CANCELLATION OF HEARINGS
## SCHEDULED FOR MAY 24, 2023, at 1:30 P.M. (EST)

**ALL MATTERS SCHEDULED FOR HEARING HAVE BEEN RESOLVED OR ADJOURNED. ACCORDINGLY, THE HEARING HAS BEEN CANCELED WITH PERMISSION FROM THE COURT.**

**ADJOURNED MATTERS:**

1. Objection to Informal Claim of Pennsylvania Public Utility Commission [Doc. No. 1176; Filed on June 13, 2022].

    Objection / Response Deadline:        September 20, 2022, at 4:00 PM (EST).

    Objections / Responses Received:

    a. Pennsylvania Public Utility Commission Response in Opposition to Plan Administrator's Objection [Doc. No. 1208; Filed on July 1, 2022].

    Replies Received:

    a. Plan Administrator's Reply in Support of Objection to Informal Claim of Pennsylvania Public Utility Commission [Doc. No. 1287; Filed October 20, 2022].

    b. Repsol Oil & Gas, LLC's Response (I) Joining the Plan Administrator's Objection to Informal Claim of Pennsylvania Public Utility Commission and (II) Objecting to Pennsylvania Public Utility Commission's Motion to Interpret, Implement and Enforce Sale Transaction [Doc. No. 1288; Filed on October 20, 2022].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Rockdale Marcellus Holdings, LLC (7117); and Rockdale Marcellus, LLC (8767).

1

Related Documents:

a. Declaration of Alfred T. Giuliano in Support of Objection [Doc. No. 1176-2, Filed on June 13, 2022].

b. Notice of Hearing and Response Deadline Regarding Objection to Claim of Pennsylvania Public Utility Commission [Doc. No. 1177; Filed on June 13, 2022].

c. Certificate of Service [Doc. No. 1186; Filed on June 14, 2022].

d. Opposition Response to Plan Administrator Objection filed by PA Public Utility Commission [Doc No. 1228; Filed on July 18, 2022].

e. Joint Motion to Continue/Reschedule Hearing On the Plan Administrator's Objection to Informal Claim of Pennsylvania Public Utility Commission [Doc No. 1231; Filed July 19, 2022].

f. Order Extending the Deadline for the Plan Administrator to File a Reply And Adjourning Hearing on the Plan Administrator's Objection to Informal Claim of Pennsylvania Public Utility Commission [Doc No. 1232; Filed on July 19, 2022].

g. Certificate of Service [Doc. No. 1236; Filed on July 21, 2022].

h. Joint Motion for Entry of an Order Adjourning Hearings [Doc. No. 1345, Filed January 19, 2023].

i. Order Adjourning Hearings [Doc. No. 1350, Filed January 20, 2023].

j. Joint Motion for Entry of an Order Adjourning Hearings on (I) Plan Administrator's Objection to Informal Claim of PUC and (II) Motion for Leave to File Proof of Claim [Doc. No. 1383, filed March 20, 2023].

k. Order Adjourning Hearings [Doc. No. 1384, Filed March 20, 2023].

l. Certification of Counsel Regarding Stipulation and Agreed Order Resolving Disputes between the Plan Administrator and PA Public Utility Commission [Doc. No. 1394, Filed April 24, 2023].

m. Stipulation and Agreed Order Resolving Disputes between the Plan Administrator and PA Public Utility Commission [Doc. No. 1395, entered April 24, 2023].

Status: This matter has been resolved.

2. Motion for Leave to File Proof of Claim [Doc. No. 1305; Filed on December 6, 2022].

   Objection / Response Deadline:    February 16, 2023, at 4:00 PM (EST).

   Objections / Responses Received:

   a. Plan Administrator's Objection to Pennsylvania Public Utility Commission's Motion for Leave to File Proof of Claim [Doc. No. 1358, Filed on February 16, 2023].

   Related Documents:

   a. Notice of Hearing and Response Deadline Regarding the Motion [Doc. No. 1306; Filed on December 6, 2022].

   b. Certificate of Service [Doc. No. 1307; filed on December 6, 2022].

   c. Joint Motion for Entry of an Order Adjourning Hearings [Doc. No. 1345, Filed January 19, 2023].

   d. Order Adjourning Hearings [Doc. No. 1350, Filed January 20, 2023].

   e. Joint Motion for Entry of an Order Adjourning Hearings on (I) Plan Administrator's Objection to Informal Claim of PUC and (II) Motion for Leave to File Proof of Claim [Doc. No. 1383, filed March 20, 2023].

   f. Order Adjourning Hearings [Doc. No. 1384, Filed March 20, 2023].

   g. Certification of Counsel Regarding Stipulation and Agreed Order Resolving Disputes between the Plan Administrator and PA Public Utility Commission [Doc. No. 1394, Filed April 24].

   h. Stipulation and Agreed Order Resolving Disputes between the Plan Administrator and PA Public Utility Commission [Doc. No. 1395, entered April 24, 2023].

   Status: This matter has been resolved.

**PLEASE TAKE NOTICE** that copies of the foregoing pleadings may be obtained from the Court's website (http://www.pawb.uscourts.gov via ECF/Pacer) or upon request to the undersigned.

Dated: May 22, 2023

Respectfully submitted,

WHITEFORD, TAYLOR & PRESTON, LLP

By: */s/ Daniel R. Schimizzi*
Daniel R. Schimizzi, Esq. (PA I.D.: 311869)
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
Tel: (412) 275-2401
Fax: (412) 275-2404
dschimizzi@wtplaw.com

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler (PA ID No. 77463)
780 Third Avenue, 34th Floor
New York, NY 10017
t: 212-561-7700
f: 212-561-7777
bsandler@pszjlaw.com

*Counsel to Alfred T. Giuliano, Plan Administrator for Rockdale Marcellus Holdings, LLC, and Rockdale Marcellus, LLC*