FILED
6/1/23 8:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>ROCKDALE MARCELLUS, LLC,<br><br>                              Debtors<br><br>ALFRED T. GIULIANO, SOLELY IN HIS CAPACITY AS PLAN ADMINISTRATOR ACTING ON BEHALF OF ROCKDALE MARCELLUS, LLC,<br><br>                              Movant,<br><br>   v.<br><br>NO RESPONDENT. | Chapter 11<br><br>Case No. 21-22080-GLT<br><br>Document No.<br><br>Related to Doc. No. 1397 & 1413<br><br>Hearing Date: June 5, 2023<br><br>Hearing Time: 10:00 AM (EST)<br><br>Response Deadline: May 29, 2023, at 4:00 PM (EST) |

## ORDER (A) ENTERING FINAL DECREE, (B) AUTHORIZING THE ABANDONMENT AND DESTRUCTION OF CERTAIN DOCUMENTS AND RECORDS, AND (C) GRANTING RELATED RELIEF

Upon the *Plan Administrator's Chapter 11 Final Report and Motion for Order (A) Entering Final Decree, (B) Authorizing the Abandonment and Destruction of Certain Documents and Records, and (c) Granting Related Relief* (the "Motion") filed by the Plan Administrator;[1] and it appearing that the Court has jurisdiction to consider the Motion pursuant to of 28 U.S.C. § 157(b)(2)(A), (B) and (O) and that this matter is a core matter pursuant to 28 U.S.C. §157(b)(2); and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; and it appearing that due notice of the Motion has been given; and the estate of Rockdale Marcellus Holdings, LLC having previously been closed, and Rockdale Marcellus, LLC having been fully administered,

---

[1] Capitalized terms not defined herein shall have the meaning given them in the Motion.

IT IS HEREBY ORDERED THAT:

1. Pursuant to section 350 of the Bankruptcy Code and Bankruptcy Rule 3022, a final decree is hereby issued with respect to the sole remaining chapter 11 case of Rockdale Marcellus, LLC and such case shall be, and hereby is, closed effective as of the date of entry of this Order (the "Closing Date");

2. The Plan Administrator, and his employees, professionals, and representatives, are authorized and directed to take any and all actions necessary or appropriate in connection with the closing authorized by this order, including but not limited to (a) filing final tax returns; (b) paying final invoices for professionals; and (c) and otherwise winding up the estate and dissolving the Debtors;

3. The Plan Administrator shall timely file the final quarterly operating report and remit required fees through the Closing Date to the Office of the United States Trustee;

4. The Plan Administrator is authorized to disallow any Allowed Class 7 General Unsecured Claim that does not remit to the Plan Administrator requested tax identification information within thirty (30) days of written request;

5. The Plan Administrator and his professionals and representatives shall have fully discharged their respective duties with respect to the Plan, the Debtors and their estates, and shall be deemed discharged, relieved and released from all liability, except for gross negligence and willful misconduct, related to their duties in the Bankruptcy Cases and under the Plan, the Confirmation Order, and Plan Administrator Agreement effective on the date that final distributions are made by the Plan Administrator in accordance with the Plan;

6. The Plan Administrator is authorized, but not directed, to abandon or destroy the Books and Records described in the Motion;

7. Entry of this Final Decree is without prejudice to the rights of the Plan Administrator or the U.S. Trustee to seek to reopen the chapter 11 cases for good cause shown pursuant to section 350(b) of the Bankruptcy Code;

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and

9. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Prepared by: */s/ Daniel R. Schimizzi*
Daniel R. Schimizzi
Co-Counsel to the Plan Administrator

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court